UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

GRIFOLS, S.A. and GRIFOLS SHARED
SERVICES NORTH AMERICA, INC.,

Plaintiff(s)

- v -

DANIEL YU, an individual, GOTHAM CITY RESEARCH LLC, GENERAL INDUSTRIAL PARTNERS LLP, CYRUS DE WECK, an individual, JOHN DOES 1-10, and XYZ CORPORATIONS 1-10.

Defendant(s)
_____

**RULE 7.1 STATEMENT**

1:24-cv-00576-LJL
Case Number

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

GRIFOLS, S.A. and GRIFOLS SHARED SERVICES NORTH AMERICA, INC.,

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor.  If there are no such corporations, the form shall so state.

No publicly-held corporation owns a 10% or greater interest in Grifols, S.A.; and

Grifols, S.A. is the sole entity holding 10% or greater interest in Grifols Shared Services North America, Inc.

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

Grifols Shared Services North America, Inc. is a Virginia corporation with its principal place of business located in California.

Grifols' S.A. is incorporated and has its principal place of business in Spain.

While the Spanish corporate type Sociedad Anónima has a limited liability regime for the stakeholders, see paragraph 46 of Complaint, such corporate type is the Spanish corporate law equivalent to the United States' definition of a "corporation". Unlike an LLC, Grifols, S.A. does not have members. It only has shareholders.

01/30/2024
Date

/s/Peter Doyle
Signature of Attorney

2639151
Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

Form Rule7_1.pdf  SDNY Web 12/2022