UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRIFOLS, S.A. and GRIFOLS SHARED SERVICES NORTH AMERICA, INC., <br><br>              Plaintiffs, <br><br>  -against- <br><br>DANIEL YU, an individual, GOTHAM CITY RESEARCH LLC, GENERAL INDUSTRIAL PARTNERS LLP, CYRUS DE WECK, an individual, JOHN DOES 1-10, and XYZ CORPORATIONS 1-10. <br><br>              Defendants. | Case No. 1:24-cv-00576 <br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

    Enter the appearance of William T. Walsh, Jr. of Proskauer Rose LLP as counsel of record in this case for Plaintiffs Grifols, S.A. and Grifols Shared Services North America, Inc.

    I certify that I am admitted to practice in this Court.

Dated: March 6, 2024
       New York, New York

                                              Respectfully submitted,

                                              /s/ *William T. Walsh, Jr.*
                                              William T. Walsh, Jr.
                                              PROSKAUER ROSE LLP
                                              Eleven Times Square
                                              New York, New York 10036
                                              Telephone: 212.969.3908
                                              Facsimile: 212.969.2900
                                              wwalsh@proskauer.com