UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRIFOLS, S.A. and GRIFOLS SHARED SERVICES NORTH AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DANIEL YU, an individual, GOTHAM CITY RESEARCH LLC, GENERAL INDUSTRIAL PARTNERS LLP, CYRUS DE WECK, an individual, JOHN DOES 1-10, and XYZ CORPORATIONS 1-10, <br><br> Defendants. | No.: 1:24-cv-00576-LJL <br><br><br> **STIPULATION AND ORDER CONCERNING SERVICE OF PROCESS AND BRIEFING SCHEDULE ON POTENTIAL RESPONSIVE MOTION** |

Plaintiffs Grifols, S.A. and Grifols Shared Services North America, Inc. (collectively, "Grifols") and Defendants Daniel Yu, Gotham City Research, LLC, General Industrial Partners, LLP, and Cyrus De Weck (collectively, Defendants) (together, the "Parties), through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, to the following:

WHEREAS, on January 26, 2024, Grifols filed a Complaint against Defendants (ECF No. 1);

WHEREAS, on February 16, 2024, pursuant to Fed. R. Civ. P. 4(d), *et seq.*, Defendants requested Defendants waive service of the Complaint and Summonses (the "Waivers of Service");

WHEREAS, after receipt of the Waivers of Service, counsel for Defendants contacted counsel for Grifols and indicated a willingness to accept service of the Complaint and Summonses on behalf of Defendants in exchange for agreement on a coordinated deadline for Defendants to file an anticipated responsive motion to Grifols' Complaint; and

WHEREAS, in the interest of cooperation and conservation of judicial and party resources, Grifols agreed to Plaintiffs' proposal; and

WHEREAS, no previous extensions to any responsive deadlines have be requested as no previous responsive deadlines have been set;

IT IS THEREFORE, HEREBY STIPULATED AND AGREED by and between the Parties, that:

1. Counsel for Defendants accepts service of the Complaint and Summonses on behalf of Defendants and the Complaint and Summonses shall be deemed served on Defendants as of April 5, 2024;

2. The deadline for Defendants to answer and/or file any responsive motion to Grifols' Complaint shall be July 8, 2024;

3. The deadline for Grifols to file any opposition to any responsive motion filed by Defendants shall be August 22, 2024;

4. The deadline for Defendants to file any reply in support of any responsive motion filed by Defendants shall be September 13, 2024.

5. The Parties shall serve any of the aforementioned briefing on one another on or before the aforementioned deadlines;

6. The Parties shall not file any of the aforementioned briefing with the Court until September 13, 2024 unless the court rules provide otherwise.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: April 10, 2024 | Respectfully submitted, |
| **PROSKAUER ROSE LLP** | **MILLER KORZENIK SOMMERS RAYMAN LLP** |
| /s/ Peter Doyle | /s/ David S. Korzenik |
| Peter D. Doyle<br>Jeff Warshafsky<br>William T. Walsh, Jr.<br>PROSKAUER ROSE LLP<br>Eleven Times Square<br>New York, NY 10036<br>Telephone: (212) 969-3000<br>pdoyle@proskauer.com<br>jwarshafsky@proskauer.com<br>wwalsh@proskauer.com | David S. Korzenik<br>Gillian Vernick<br>The Paramount Building<br>1501 Broadway, Suite 2015<br>New York, NY 10036<br>Telephone: (212) 752-9200<br>dkorzenik@mkslex.com<br>gvernick@mkslex.com |
| *Counsel for Plaintiffs Grifols, S.A. and Grifols Shared Services North America, Inc.* | *Counsel for Defendants Daniel Yu, Gotham City Research LLC, General Industrial Partners, LLP and Cyrus de Weck.* |

**DATED**: April 11, 2024

**SO ORDERED:**

_____
Hon. Lewis J. Liman, U.S.D.J.