Proskauer Rose LLP  Eleven Times Square  New York, NY 10036-8299

Peter D. Doyle
Member of the Firm
d +1.212.969.3688
f 212.969.2900
pdoyle@proskauer.com
www.proskauer.com

September 24, 2024

**Via ECF**

Hon. Lewis J. Liman, U.S.D.J.
United States District Court for the Southern District of New York
500 Pearl St.
New York, NY 10007-1312

    Re: *Grifols, S.A., et al. v. Yu, et al.*
        No. 1:24-cv-00576-LJL

Dear Judge Liman,

    This firm represents Plaintiffs Grifols, S.A. and Grifols Shared Services North America, Inc. (collectively, "**Grifols**"). Grifols writes, together with Defendants Daniel Yu, Gotham City Research, LLC, General Industrial Partners, LLP, and Cyrus De Weck (collectively, "**Defendants**"), to respectfully request entry of the attached Stipulation and Proposed Order concerning a briefing schedule on the Defendants' anticipated motion to dismiss Grifols' Amended Complaint (ECF No. 22).

    If acceptable to Your Honor, the parties respectfully request the Court "So Order" the Stipulation and Proposed Order and have it entered on the Court's docket.

    We thank the Court for its time and consideration and remain available should Your Honor or any member of Your Honor's staff have questions.

                              Respectfully,

                              */s/Peter Doyle*

                              Peter Doyle