# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRIFOLS, S.A. and GRIFOLS SHARED SERVICES NORTH AMERICA, INC., <br><br>　　　　　　　　　　Plaintiffs, <br><br>　　　　v. <br><br>DANIEL YU, an individual, GOTHAM CITY RESEARCH LLC, GENERAL INDUSTRIAL PARTNERS LLP, CYRUS DE WECK, an individual, JOHN DOES 1-10, and XYZ CORPORATIONS 1-10, <br><br>　　　　　　　　　　Defendants. | No.: 1:24-cv-00576-LJL <br><br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS GRIFOLS' AMENDED COMPLAINT** |

Plaintiffs Grifols, S.A. and Grifols Shared Services North America, Inc. (collectively, "Grifols") and Defendants Daniel Yu, Gotham City Research, LLC, General Industrial Partners, LLP, and Cyrus De Weck (collectively, "Defendants") (together, the "Parties), through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, to the following:

WHEREAS, pursuant to the Court's July 1, 2024 Order (ECF No. 21), Grifols filed an Amended Complaint on September 9, 2024 (ECF No. 22);

WHEREAS, pursuant to the Court's July 1, 2024 Order, the parties met and conferred and agreed to the below briefing schedule concerning Defendants' anticipated Motion to Dismiss Grifols' Amended Complaint;

IT IS THEREFORE, HEREBY STIPULATED AND AGREED by and between the Parties, that:

1.  The following briefing schedule will apply to Defendants' anticipated Motion to Dismiss Grifols' Amended Complaint:

| Event | Deadline |
| --- | --- |
| Defendants' Opening Brief | October 22, 2024 |
| Grifols' Opposition Brief | December 9, 2024 |
| Defendants' Reply Brief | December 20, 2024 |

2.  The Parties shall serve any of the aforementioned briefing on one another on or before the applicable deadlines and then file the briefing with the Court upon service of Defendants' Reply Brief.

**IT IS SO STIPULATED.**

Dated: September 24, 2024																		Respectfully submitted,

| | |
|---|---|
| **PROSKAUER ROSE LLP** | **MILLER KORZENIK**<br>**SOMMERS RAYMAN LLP** |
| /s/ *Peter D. Doyle* | /s/ *David S. Korzenik* |
| Peter D. Doyle<br>Jeff Warshafsky<br>William T. Walsh, Jr.<br>PROSKAUER ROSE LLP<br>Eleven Times Square<br>New York, NY 10036<br>Telephone: (212) 969-3000<br>pdoyle@proskauer.com<br>jwarshafsky@proskauer.com<br>wwalsh@proskauer.com | David S. Korzenik<br>Gillian Vernick<br>The Paramount Building<br>1501 Broadway, Suite 2015<br>New York, NY 10036<br>Telephone: (212) 752-9200<br>dkorzenik@mkslex.com<br>gvernick@mkslex.com |
| *Counsel for Plaintiffs*<br>*Grifols, S.A. and Grifols*<br>*Shared Services North*<br>*America, Inc.* | *Counsel for Defendants*<br>*Daniel Yu, Gotham City*<br>*Research LLC, General*<br>*Industrial Partners, LLP and*<br>*Cyrus de Weck.* |

**DATED**: September __24__, 2024			**SO ORDERED:**

_____
Hon. Lewis J. Liman, U.S.D.J.