# Exhibit A



UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

**DIVISION OF ENFORCEMENT**

November 6, 2024

BY EMAIL (masaro@akingump.com)
General Industrial Partners LLP
c/o Michael Asaro
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036

Re:   In the Matter of Gotham City Research (HO-14845)

Dear Mr. Asaro:

    We have concluded the investigation as to General Industrial Partners LLP ("GIP"). Based on the information we have as of this date, we do not intend to recommend an enforcement action by the Commission against GIP. We are providing this notice under the guidelines set out in the final paragraph of Securities Act Release No. 5310, which states in part that the notice "must in no way be construed as indicating that the party has been exonerated or that no action may ultimately result from the staff's investigation." (The full text of Release No. 5310 can be found at: http://www.sec.gov/divisions/enforce/wells-release.pdf.)

                            Sincerely,

                            /s/ *Laura B. Josephs*
                            Laura B. Josephs
                            Assistant Director
                            Division of Enforcement



**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C. 20549

**DIVISION OF ENFORCEMENT**

November 6, 2024

BY EMAIL (masaro@akingump.com)
Gotham City Research LLC
c/o Michael Asaro
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036

Re:   In the Matter of Gotham City Research (HO-14845)

Dear Mr. Asaro:

      We have concluded the investigation as to Gotham City Research LLC ("Gotham"). Based on the information we have as of this date, we do not intend to recommend an enforcement action by the Commission against Gotham. We are providing this notice under the guidelines set out in the final paragraph of Securities Act Release No. 5310, which states in part that the notice "must in no way be construed as indicating that the party has been exonerated or that no action may ultimately result from the staff's investigation." (The full text of Release No. 5310 can be found at: http://www.sec.gov/divisions/enforce/wells-release.pdf.)

      Sincerely,

      */s/ Laura B. Josephs*
      Laura B. Josephs
      Assistant Director
      Division of Enforcement