UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRIFOLS, S.A. and GRIFOLS SHARED SERVICES NORTH AMERICA, INC.,<br><br>       Plaintiffs,<br><br>v.<br><br>DANIEL YU, an individual, GOTHAM CITY RESEARCH LLC, GENERAL INDUSTRIAL PARTNERS LLP, CYRUS DE WECK, an individual, JOHN DOES 1-10, and XYZ CORPORATIONS 1-10,<br><br>       Defendants. | No.: 1:24-cv-00576-LJL<br><br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR LEGAL FEES** |

  Plaintiffs Grifols, S.A. and Grifols Shared Services North America, Inc. (collectively, "Grifols") and Defendants Daniel Yu, Gotham City Research, LLC, General Industrial Partners, LLP, and Cyrus De Weck (collectively, "Defendants") (together, the "Parties), through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, to the following:

  WHEREAS, on January 7, 2025, the Court granted Defendants leave to file a motion seeking legal fees pursuant to N.Y. Civ. Rights Law § 70-a(1) (the "Motion") by no later than January 21, 2025 (ECF No. 40);

  WHEREAS, counsel for Defendants requires additional time to prepare the Motion;

  WHEREAS, no previous extensions to this briefing schedule have been sought;

  IT IS THEREFORE, HEREBY STIPULATED AND AGREED by and between the Parties, that:

1. The following briefing schedule will apply to Defendants' Motion:

| Event | Deadline |
|---|---|
| Defendants' Motion | January 31, 2025 |
| Grifols' Opposition | February 21, 2025 |
| Defendants' Reply | February 28, 2025 |

**IT IS SO STIPULATED.**

Dated: January 17, 2025                                                                                         Respectfully submitted,

| | |
|---|---|
| **PROSKAUER ROSE LLP** | **MILLER KORZENIK SOMMERS RAYMAN LLP** |
| /s/ Peter D. Doyle | /s/ David Korzenik |
| Peter D. Doyle<br>Jeff Warshafsky<br>William T. Walsh, Jr.<br>PROSKAUER ROSE LLP<br>Eleven Times Square<br>New York, NY 10036<br>Telephone: (212) 969-3000<br>pdoyle@proskauer.com<br>jwarshafsky@proskauer.com<br>wwalsh@proskauer.com | David S. Korzenik<br>Gillian Vernick<br>The Paramount Building<br>1501 Broadway, Suite 2015<br>New York, NY 10036<br>Telephone: (212) 752-9200<br>dkorzenik@mkslex.com<br>gvernick@mkslex.com |
| *Counsel for Plaintiffs Grifols, S.A. and Grifols Shared Services North America, Inc.* | *Counsel for Defendants Daniel Yu, Gotham City Research LLC, General Industrial Partners, LLP and Cyrus de Weck.* |

2

**DATED**: January \_\_\_, 2025          **SO ORDERED:**

_____
Hon. Lewis J. Liman, U.S.D.J.