## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRIFOLS, S.A.,<br><br>                     Plaintiff,<br><br>     v.<br><br>DANIEL YU, GOTHAM CITY RESEARCH LLC, GENERAL INDUSTRIAL PARTNERS LLP, CYRUS DE WECK,<br><br>                     Defendants. | No.: 1:24-cv-00576-LJL<br><br>**STIPULATION AND ORDER RESCHEDULING INITIAL PRE-TRIAL CONFERENCE** |

Plaintiff Grifols, S.A. and Defendants Daniel Yu, Gotham City Research, LLC, General Industrial Partners, LLP, and Cyrus De Weck (collectively, "Defendants") (together, the "Parties), through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, to the following:

WHEREAS, the Court gave notice of the initial pretrial conference set for June 26, 2025 at 11:00 AM (ECF 52);

WHEREAS, on the Parties met and conferred on June 10, 2025, and discussed additional dates available for rescheduling the Initial Pre-trial Conference to provide Defendants time to answer the Redacted Complaint, filed on June 4, 2025, and for the Parties to meet and confer before the Pre-trial Conference on a joint case management plan and scheduling order;

WHEREAS, the Parties agreed that Defendants shall answer the Redacted Complaint on June 26, 2025, and

WHEREAS, the Parties determined the following three dates are available and give sufficient time for Defendants to answer the Redacted Complaint and the Parties to meet and confer:

Thursday, July 17, 2025

Tuesday, July 22, 2025

Wednesday, July 23, 2025.

IT IS THEREFORE, HEREBY STIPULATED AND AGREED by and between the Parties, that Defendant will answer the Redacted Complaint on June 26. 2025 and the Initial Pre-trial Conference may be rescheduled to any of the following dates, as selected by the Court, with understanding that the Court may select its own date and time to reschedule:

1. Thursday, July 17, 2025, at 12 PM      ☐
2. Tuesday, July 22, 2025, at 12 PM       ☑
3. Wednesday, July 23, 2025, at 12 PM     ☐

**IT IS SO STIPULATED.**

Dated: June 12, 2025                                  Respectfully submitted,

**PROSKAUER ROSE LLP**                                **MILLER KORZENIK SOMMERS RAYMAN LLP**

/s/ Peter D. Doyle                                    /s/ David Korzenik

Peter D. Doyle                                        David S. Korzenik
Jeff Warshafsky                                       Gillian Vernick
William T. Walsh, Jr.                                 The Paramount Building
PROSKAUER ROSE LLP                                    1501 Broadway, Suite 2015
Eleven Times Square                                   New York, NY 10036
New York, NY 10036                                    Telephone: (212) 752-9200
Telephone: (212) 969-3000                             dkorzenik@mkslex.com
pdoyle@proskauer.com                                  gvernick@mkslex.com
wwalsh@proskauer.com

                                                      *Counsel for Defendants Daniel Yu, Gotham City Research LLC, General Industrial Partners, LLP and Cyrus de Weck.*

*Counsel for Plaintiff Grifols, S.A.*

2

The initial pretrial conference scheduled for June 26, 2025, is rescheduled to July 22, 2025, at 12:00 p.m. Parties are directed to dial into the Court's new teleconference number at 646-453-4442, use conference ID# 358639322, and follow the necessary prompts.

**DATED**: June  13 , 2025          **SO ORDERED:**

_____
Hon. Lewis J. Liman, U.S.D.J.