```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/02/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
GRIFOLS, S.A., GRIFOLS SHARED SERVICES :
NORTH AMERICA, INC., :
:
                    Plaintiffs, :       24-cv-576 (LJL)
:
          -v- :       ERRATA ORDER
:
DANIEL YU, GOTHAM CITY RESEARCH, LLC, :
GENERAL INDUSTRIAL PARTNERS LLP, CYRUS :
DE WECK, JOHN DOES 1-10, XYZ CORPORATIONS :
1-10, :
:
                    Defendants. :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Opinion and Order filed on May 29, 2025, at Dkt. No. 48 contained several typographical errors. Specifically, the names of the parties were mistakenly transposed in the second full sentence on page 28 and the final sentence on page 43. Along with this Errata Order the Court is separately filing an Amended Opinion and Order correcting those errors.

      SO ORDERED.

Dated: July 2, 2025
       New York, New York
                                                                   _____
                                                                   LEWIS J. LIMAN
                                                                  United States District Judge