UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRIFOLS, S.A.,<br><br>                            Plaintiff,<br><br>           v.<br><br>DANIEL YU, an individual, GOTHAM CITY RESEARCH LLC, GENERAL INDUSTRIAL PARTNERS LLP, CYRUS DE WECK, an individual, JOHN DOES 1-10, and XYZ CORPORATIONS 1-10,<br><br>                            Defendants. | No.: 1:24-cv-00576-LJL<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON PLAINTIFF GRIFOLS, S.A.'s MOTION TO DISMISS DEFENDANTS' COUNTERCLAIMS** |

      Plaintiff Grifols, S.A. ("Grifols") and Defendants Daniel Yu, Gotham City Research, LLC, General Industrial Partners, LLP, and Cyrus De Weck (collectively, "Defendants") (together, the "Parties), through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, to the following:

      WHEREAS, on June 26, 2025, Defendants filed Counterclaims against Grifols (ECF No. 55);

      WHEREAS, Grifols intends to file a Motion to Dismiss Defendants' Counterclaims;

      WHEREAS, in light of the Parties', as well as their counsel's upcoming schedules, additional time is necessary to prepare briefing on Grifols' anticipated Motion and Defendants' Opposition thereto;

      WHEREAS, the parties met and conferred and agreed to the below briefing schedule concerning Grifols' anticipated Motion to Dismiss Defendants' Counterclaims;

WHEREAS, no previous extensions to the deadline for Grifols to respond to Defendants' Counterclaims have been sought;

IT IS THEREFORE, HEREBY STIPULATED AND AGREED by and between the Parties, that:

1. The following briefing schedule will apply to Grifols' anticipated Motion to Dismiss Defendants' Counterclaims:

| Event | Deadline |
| --- | --- |
| Grifols' Opening Brief | August 12, 2025 |
| Defendants' Opposition Brief | September 19, 2025 |
| Grifols' Reply Brief | October 3, 2025 |

**IT IS SO STIPULATED.**

Dated: July 15, 2025                                        Respectfully submitted,

| **PROSKAUER ROSE LLP** | **MILLER KORZENIK**<br>**SOMMERS RAYMAN LLP** |
|---|---|
| /s/ *Peter D. Doyle* | /s/ *David S. Korzenik* |
| Peter D. Doyle<br>Jeff Warshafsky<br>William T. Walsh, Jr.<br>PROSKAUER ROSE LLP<br>Eleven Times Square<br>New York, NY 10036<br>Telephone: (212) 969-3000<br>pdoyle@proskauer.com<br>jwarshafsky@proskauer.com<br>wwalsh@proskauer.com | David S. Korzenik<br>Gillian Vernick<br>The Paramount Building<br>1501 Broadway, Suite 2015<br>New York, NY 10036<br>Telephone: (212) 752-9200<br>dkorzenik@mkslex.com<br>gvernick@mkslex.com |
| *Counsel for Plaintiff*<br>*Grifols, S.A.* | *Counsel for Defendants*<br>*Daniel Yu, Gotham City*<br>*Research LLC, General*<br>*Industrial Partners, LLP and*<br>*Cyrus de Weck.* |

**SO ORDERED:**

_____
Hon. Lewis J. Liman, U.S.D.J.

July 16, 2025