Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

Peter D. Doyle
Member of the Firm
d +1.212.969.3688
f 212.969.2900
pdoyle@proskauer.com
www.proskauer.com

October 28, 2025

**Via ECF**

Hon. Lewis J. Liman, U.S.D.J.
United States District Court for the Southern District of New York
500 Pearl St.
New York, NY 10007-1312

      Re: *Grifols, S.A. v. Yu, et al.*
           No. 1:24-cv-00576-LJL

Dear Judge Liman,

    This firm represents Plaintiff Grifols, S.A. Grifols writes, together with Defendants Daniel Yu, Gotham City Research, LLC, General Industrial Partners, LLP, and Cyrus De Weck, to respectfully request an adjournment of the October 30, 2025 Status Conference at 10:00 a.m. until either November 6 or 7, 2025, or at another date convenient for the Court.

    Pursuant to the Court's instructions, the parties have met and conferred extensively to address the issues raised in the Court's October 22, 2025 Order. ECF 71. While some progress has been made, additional time would aid in potentially resolving remaining issues and clarifying any disputes requiring the Court's attention.

    If acceptable to Your Honor, the parties respectfully request the Court enter an Order on the Court's docket granting the parties' request and setting a new time for the status conference.

    We thank the Court for its time and consideration and remain available should Your Honor or any member of Your Honor's staff have questions.

                                                    Respectfully,

                                                  */s/Peter Doyle*

                                                  Peter Doyle

The motion is granted and the conference initially scheduled for October 30, 2025, is adjourned to November 6, 2025, at 2:00 PM.

SO ORDERED.

/s/ Lewis J. Liman
LEWIS J. LIMAN
United States District Judge

October 29, 2025