

Proskauer Rose LLP    Eleven Times Square    New York, NY 10036-8299

Peter D. Doyle
Member of the Firm
d +1.212.969.3688
f 212.969.2900
pdoyle@proskauer.com
www.proskauer.com

November 10, 2025

**Via ECF**
Hon. Gabriel W. Gorenstein, U.S.M.J.
United States District Court for the Southern District of New York

> Re: *Grifols, S.A. v. Yu, et al.*
> No. 1:24-cv-00576-LJL-GWG

Dear Judge Gorenstein,

This firm represents Plaintiff Grifols, S.A. ("Grifols"). Pursuant to Judge Liman's instructions to the parties at the conclusion of the Court's November 7, 2025 conference, Grifols writes, along with Defendants Daniel Yu, Gotham City Research, LLC, General Industrial Partners, LLP, and Cyrus De Weck (collectively "Defendants"), to respectfully request the Court enter the below proposed briefing schedule for Grifols' forthcoming Motion to Compel Defendants to Comply with Grifols' Second Set of Requests for Production:

**Grifols' Opening Submission:** November 14, 2025

**Defendants' Opposition:** November 26, 2025

**Grifols' Reply:** December 8, 2025

If acceptable, the parties respectfully request the Court "So Order" this letter below and instruct the Clerk's office to enter a copy of the endorsed letter on the Court's docket.

We thank the Court for its time and consideration and remain available should Your Honor or any member of Your Honor's staff have questions.

Respectfully,

*/s/Peter D. Doyle*

Peter D. Doyle

**SO ORDERED:**

_____

Hon. Gabriel W. Gorenstein, U.S.M.J.

Beijing | Boca Raton | Boston | Chicago | Hong Kong | London | Los Angeles | New Orleans | New York | Paris | São Paulo | Washington, DC