UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRIFOLS, S.A.,<br><br>　　　　　　　　　　Plaintiff,<br><br>　-against-<br><br>DANIEL YU, an individual, GOTHAM CITY RESEARCH LLC, GENERAL INDUSTRIAL PARTNERS LLP, CYRUS DE WECK, an individual, JOHN DOES 1-10, and XYZ CORPORATIONS 1-10.<br><br>　　　　　　　　　　Defendants. | Case No. 1:24-cv-00576<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

　　Enter the appearance of Michael Guggenheim of Proskauer Rose LLP as counsel of record in this case for Plaintiff Grifols, S.A ("Grifols").

　　I certify that I am admitted to practice in this Court.

Dated: November 14, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Michael Guggenheim*
　　　　　　　　　　　　　　　　　　　　　　　　Michael Guggenheim
　　　　　　　　　　　　　　　　　　　　　　　　PROSKAUER ROSE LLP
　　　　　　　　　　　　　　　　　　　　　　　　Eleven Times Square
　　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: 212.969.3133
　　　　　　　　　　　　　　　　　　　　　　　　mguggenheim@proskauer.com