

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

**MEMORANDUM ENDORSED**

November 21, 2025

Peter D. Doyle
Member of the Firm
d +1.212.969.3688
f 212.969.2900
pdoyle@proskauer.com
www.proskauer.com

<u>Via ECF</u>
Hon. Gabriel W. Gorenstein, U.S.M.J.
United States District Court for the Southern District of New York

Re: *Grifols, S.A. v. Yu, et al.*, No. 1:24-cv-00576-LJL-GWG

Dear Judge Gorenstein,

    This firm represents Plaintiff Grifols, S.A. ("**Grifols**"). Grifols writes, together with Defendants Daniel Yu, Gotham City Research, LLC, General Industrial Partners, LLP, and Cyrus De Weck (collectively, "**Defendants**"), pursuant to paragraph 5 of the Court's November 11, 2025 Order, which directed the parties to advise the Court of their respective positions concerning the timing and form of mediation. ECF 76.

    The parties respectfully submit that mediation is not likely to be productive at this point in the case given the parties' pending motions and document production and depositions have yet to commence. The parties have not been able to agree on what form of mediation would be most suitable, but anticipate that they will be able to reach agreement on the form of mediation once the case is at a stage where mediation would be productive.

    We thank the Court for its time and consideration and remain available should Your Honor or any member of Your Honor's staff have questions.

Respectfully,

*/s/ Peter Doyle*

Peter Doyle

The parties are directed to write the Court as soon as both sides are prepared to participate in mediation or a settlement conference.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
November 24, 2025