

Proskauer Rose LLP  Eleven Times Square  New York, NY 10036-8299

Peter D. Doyle
Member of the Firm
d +1.212.969.3688
f 212.969.2900
pdoyle@proskauer.com
www.proskauer.com

December 8, 2025

**Via ECF**

Hon. Gabriel W. Gorenstein, U.S.M.J.
United States District Court for the Southern District of New York

Re: *Grifols, S.A. v. Yu, et al.*, No. 1:24-cv-00576-LJL-GWG

Dear Judge Gorenstein,

This firm represents Plaintiff Grifols, S.A. ("**Grifols**") in the above-referenced matter. Pursuant to paragraph 2.B. of Your Honor's Individual Practices, Grifols writes to advise the Court that Grifols' Motion to Compel Production from Defendants Daniel Yu, Gotham City Research LLC, Cyrus De Weck, and General Industrial Partners, LLP has been fully briefed. *See* ECF Nos. 85, 86, 91, 99, and 100.

We thank the Court for its time and attention and remain available for any questions the Court may have.

Respectfully submitted,

*/s/ Peter Doyle*

Peter Doyle