# MILLER KORZENIK RAYMAN LLP

THE PARAMOUNT BUILDING • 1501 BROADWAY, SUITE 2015 • NEW YORK, NY 10036
TEL 212-752-9200 • FAX 212-688-3996 • WWW.MKSR.LAW

December 9, 2025

**VIA ECF**
Hon. Gabriel W. Gorenstein, U.S.M.J.
United States District Court for the Southern District of New York

      **Re: *Grifols, S.A. v. Yu, et al.*, No. 1:24-cv-00576-LJL-GWG**

Dear Judge Gorenstein,

      We represent all defendants Daniel Yu, Gotham City Research LLC, General Industrial Partners LLC, and Cyrus De Weck. Plaintiff Grifols, by its letter of December 8 [ECF 101] per Rule 2B, suggested that its Motion to Compel was now "fully briefed."

      While Plaintiff did just file its Reply [ECF 99] on its Motion to Compel, Defendants' related Cross-Motion for Protective Order, ECF 92, asserting New York's Reporters Privilege under N.Y. Civ. R. Law § 79-h, is *not* yet fully briefed.

      That Cross-Motion applies to the same discovery demands that are the subject of the Motion to Compel. Since the subjects of the two motions overlap, we want ensure that the two motions are considered in tandem so as to not render inconsistent rulings.

      Your Honor granted Plaintiff's motion to extend its time to Oppose our Cross-Motion briefing until Dec. 17, 2025. ECF 97. Our Reply to Grifols' Opposition is now due by January 9, 2026. The motions at that point will then be fully briefed for consistent and coordinated rulings.

      Respectfully,

      David S. Korzenik

      *Attorney for Defendants*