UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRIFOLS, S.A.,<br><br>                            Plaintiff,<br><br>               v.<br><br>DANIEL YU, GOTHAM CITY RESEARCH LLC, GENERAL INDUSTRIAL PARTNERS LLP, and CYRUS DE WECK,<br><br>                            Defendants. | No.: 1:24-cv-00576-LJL-GWG<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR PROTECTIVE ORDER UNDER N.Y. § 79-h** |

       Defendants Daniel Yu, Gotham City Research, LLC, General Industrial Partners, LLP, and Cyrus De Weck ("Defendants") and Plaintiff Grifols, S.A. ("Grifols") (together, the "Parties), through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, to the following:

       WHEREAS, on November 26, 2025, Defendants filed a motion for protective order under N.Y. Civ. Rights Law § 79-h (ECF 92); and Plaintiff filed its reply in opposition on December 18, 2025 (ECF 106);

       WHEREAS, due to a death in the family of a partner on the case, counsel for Defendants requires additional time to prepare its reply in further support of its Motion;

       WHEREAS, no previous extensions to Defendants' briefing have been sought;

       IT IS THEREFORE, HEREBY STIPULATED AND AGREED by and between the Parties, that Defendants reply in further support of its Motion for Protective Order under § 79-h is extended one week from January 9, 2026 until January 16, 2026.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: December 22, 2025 | Respectfully submitted, |
| **PROSKAUER ROSE LLP** | **MILLER KORZENIK SOMMERS RAYMAN LLP** |
| /s/ *Peter D. Doyle* | /s/ *David S. Korzenik* |
| Peter D. Doyle<br>Jeff Warshafsky<br>William T. Walsh, Jr.<br>PROSKAUER ROSE LLP<br>Eleven Times Square<br>New York, NY 10036<br>Telephone: (212) 969-3000<br>pdoyle@proskauer.com<br>jwarshafsky@proskauer.com<br>wwalsh@proskauer.com | David S. Korzenik<br>Gillian Vernick<br>The Paramount Building<br>1501 Broadway, Suite 2015<br>New York, NY 10036<br>Telephone: (212) 752-9200<br>dkorzenik@mkslex.com<br>gvernick@mkslex.com |
| *Counsel for Plaintiff*<br>*Grifols, S.A.* | *Counsel for Defendants Daniel Yu, Gotham City Research LLC, General Industrial Partners, LLP and Cyrus de Weck.* |

**DATED**: December  22 , 2025

**SO ORDERED:**

_____
Hon. Gabriel W. Gorenstein, U.S.M.J.