UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GRIFOLS, S.A. et al.,                                    :

                                                                                       :   ORDER
                         Plaintiffs,                        :   24 Civ. 576 (LJL) (GWG)

     -v.-                                                          :

DANIEL YU et al.,                                        :

                         Defendants.                       :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

       By Order dated May 29, 2025, the Court granted defendants' motion to strike certain allegations from the original Amended Complaint (filed as Docket # 22). See Docket # 49. The order was conditioned on plaintiff refiling the Amended Complaint with specified redactions. Id. at 8. Plaintiff then refiled the Amended Complaint with the redactions, see Docket # 50, and the Court struck Docket # 22 from the record, see Docket # 51.

       The problem is that when plaintiff refiled the Amended Complaint, it did not refile the four attachments to the Amended Complaint. As a result, the attachments — which were not the subject of the motion to strike —no longer form part of the Amended Complaint, even though they are referred to repeatedly in the body of the Amended Complaint.

       To correct this omission, plaintiffs are directed to refile forthwith the Amended Complaint (as it currently appears in Docket # 50) along with the four exhibits that were attached to the original Amended Complaint.

       SO ORDERED.

Dated: March 2, 2026
       New York, New York

                                                                         GABRIEL W. GORENSTEIN
                                                                         United States Magistrate Judge