UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GRIFOLS, S.A. et al.,                              :

                                                         :       ORDER
                     Plaintiffs,
                                                         :       24 Civ. 576 (LJL) (GWG)

   -v.-
                                                         :

YU et al.,                                          :

                                                         :
                   Defendants.
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     The Court will hold a brief telephone conference in this matter to discuss a procedural issue relating to the motion for a protective order (Docket # 92). The telephone conference shall take place on Wednesday, March 4, 2026, at 11:30 a.m. At that time, the parties shall dial 202-503-1666 and use access code: 684 736 521#. (The public may also dial in but will be permitted only to listen.) When dialing in to the conference, the parties must be in a quiet location, must not be outdoors or in a vehicle, and must not use a speakerphone. The Court will record the proceeding for purposes of transcription in the event a transcript is ordered. However, any other recording or dissemination of the proceeding in any form is forbidden.

     When addressing the Court, counsel must <u>not</u> use a speakerphone.

     Each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the conference date and time. In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available https://nysd.uscourts.gov/hon-gabriel-w-gorenstein).

     SO ORDERED.

Dated: March 3, 2026
       New York, New York

                                                     GABRIEL W. GORENSTEIN
                                                     United States Magistrate Judge

Case 1:24-cv-00576-LJL-GWG    Document 116    Filed 03/03/26    Page 2 of 2