UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRIFOLS, S.A.,<br><br>                               Plaintiff,<br><br>     v.<br><br>DANIEL YU, GOTHAM CITY RESEARCH LLC, GENERAL INDUSTRIAL PARTNERS LLP, and CYRUS DE WECK,<br><br>                               Defendants. | Index No. 1:24-cv-00576-LJL<br><br>**DECLARATION OF MICHAEL A. ASARO**<br><br>**IN SUPPORT OF MOTION FOR PROTECTIVE ORDER UNDER § 79-h.** |

I, MICHAEL A. ASARO, affirm as follows under penalty of perjury:

1. I am a partner at the law firm Akin Gump Strauss Hauer & Feld LLP. I make this Declaration in support of Defendants' Motion for Protective Order under New York's Reporter's Privilege, § 79-h.

2. I represented Defendants in the above-captioned case and Turtle Ship LLC ("Turtle Ship"), an affiliate of General Industrial Partners LLP ("GIP") that is not a party in the above-captioned case, in connection with an investigation conducted by the U.S. Securities and Exchange Commission (the "SEC") regarding in part Defendants' January 9, 2024 report on Plaintiff Grifols S.A. (the "Report").

3. Gotham City Research LLC ("Gotham") and Turtle Ship produced documents related to Grifols S.A. pursuant to the following subpoenas from the SEC's Division of Enforcement:

    a. a January 26, 2024 subpoena served on Gotham, attached as **Exhibit A**; and

    b. a February 12, 2024 subpoena served on Turtle Ship, attached as **Exhibit B**.

1

4. GIP produced documents related to Grifols S.A. in response to the following request for documents from the SEC's Division of Enforcement, pursuant to federal laws applicable to GIP as a regulated entity:

    a. a February 12, 2024 document request served on GIP, attached as **Exhibit C**.

5. GIP was required to produce documents pursuant to the aforementioned SEC document request or could have been subject to sanctions and other penalties. *See* **Exhibit C**, at 17-18.

6. The documents which Gotham, GIP, and Turtle Ship produced to the SEC pursuant to the aforementioned subpoenas and document request were not provided voluntarily.

7. Defendants made two voluntary productions to the SEC related to Grifols S.A. or the Report.

8. First, on April 25, 2024, Gotham received a letter from the SEC's Office of International Affairs, requesting that Gotham voluntarily provide to the CNMV answers to questions concerning aspects of its business, Grifols, and the Report. The SEC's letter, and the CNMV's questions, are attached as **Exhibit D**. The CNMV is a Spanish government agency responsible for the regulation of Spanish securities markets. It is not uncommon for foreign securities regulators to seek assistance from the SEC or other foreign securities regulators in obtaining information from entities outside of their jurisdiction.

9. On June 3, 2024, Gotham responded to the SEC's request for voluntary assistance by providing documents and information for the CNMV. The documents and information provided in response to the SEC's April 25, 2024 request were provided voluntarily.

10. Second, on July 25, 2024, I met with the SEC to make a presentation regarding the Report. I provided presentation materials to the SEC at the time of the presentation. That

same day, Gotham, GIP, and Turtle Ship produced those presentation materials, and three publicly available documents that were referenced in the presentation materials, to the SEC. The presentation materials produced to the SEC on July 25, 2024 were provided voluntarily.

11. Unrelated to the SEC investigation, GIP was compelled to provide information to the United Kingdom's Financial Conduct Authority (the "FCA") in response to two Notice of Requirement letters sent on February 20, 2024, demanding information regarding aspects of GIP's business, trading activity, and the Report, in connection with a request for assistance from the CNMV to the FCA. Those two Notice of Requirement letters are attached as **Exhibits E** and **F**.

12. On March 4, 2024, GIP provided information in response to the FCA's Notice of Requirement letters. That information was not provided voluntarily.

Dated: March 13, 2026
New York, N.Y.

*/s/*

MICHAEL A. ASARO