# EXHIBIT D



**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549**

OFFICE OF
INTERNATIONAL AFFAIRS

Marianne B. Olson
**Assistant Director**
t / 202.551.6669
OlsonM@sec.gov

**PRIVILEGED AND CONFIDENTIAL**

April 25, 2024

Via e-mail (masaro@akingump.com; cc: rkanner@akingump.com)

Mr. Michael A. Asaro
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036-6745

    Re:    **Request for Voluntary Assistance in Gotham City Research LLC; OIA No. 2024-00733; DAI/UCI/17012024-04**

Dear Mr. Asaro:

    In connection with assistance that the United States Securities and Exchange Commission ("SEC") is providing to the Spanish Comisión Nacional del Mercado de Valores ("CNMV") under Section 21(a)(2) of the Securities Exchange Act of 1934, we request that Gotham City Research LLC ("Gotham") voluntarily provide to the CNMV answers to the questions set forth in the attached letter, dated January 17, 2024, from the CNMV to the SEC. We respectfully request that this letter and the contents thereof be given **confidential treatment**.

    Please send response in electronic format to Juan Rodríguez de la Rúa, Vice-General Counsel at CNMV, at the following email address: juan.rdelarua@cnmv.es. Please provide the response requested **by Friday, May 10, 2024.**

    This matter is confidential and should not be construed as an indication by the SEC or its staff that any violation of law has occurred or as an adverse reflection upon any person, entity, or security.

    We appreciate your assistance. Should you have any questions about this matter, please contact Mr. Rodriguez directly. You may also contact Senior Counsel Tracy Gostyla by email at gostylat@sec.gov or by telephone at (202) 551-2063.

Mr. Michael Asaro  
April 25, 2024  
Page 2

**PRIVILEGED AND CONFIDENTIAL**

Sincerely,

Marianne B. Olson

Cc: Rebecca Kanner
Enclosure: January 17, 2024, Letter from the CNMV to the SEC



**DEPARTAMENTO DE ASUNTOS INTERNACIONALES**
**INTERNATIONAL AFFAIRS DEPARTMENT**

Edison, 4
28006 Madrid
España

+ 34 91 585 15 00
www.cnmv.es



COMISIÓN NACIONAL DEL MERCADO DE VALORES
REGISTRO DE SALIDA
Nº 2024007784  17/01/2024  17:30

U.S. SECURITIES AND EXCHANGE COMMISSION
Marianne Olson
Assistant Director
Office of International Affairs
100 F Street, NE
Washington, D.C. 20549-1104
United States of America (USA)

Madrid, 17 January 2024

**Request for Information**
**Our ref.:** DAI/UCI/17012024-04

Dear Ms. Olson,

Pursuant to the IOSCO Multilateral Memorandum of Understanding on cooperation and the exchange of information, to which both the *Securities and Exchange Commission* (hereinafter, "SEC") and the *Comisión Nacional del Mercado de Valores* (hereinafter, "CNMV") are signatories, your assistance is sought in relation to the matters set out in detail below.

**I. - Description of the facts underlying the investigation which form the basis of the request and their connection with the jurisdiction of the Requesting Authority, including details of the laws and regulations which may have been violated.**

On January 9th, 2024 GOTHAM CITY RESEARCH LLC (hereinafter, "GOTHAM") published on its website a research report (from now on, "the report") about a Spanish company, GRIFOLS, S.A. (from now on "Grifols" or "GRF") whose shares are admitted to trading in the Spanish Stock Exchanges (BME SIX). The report was published under the following title: Grifols SA: Scranton and the Undisclosed Debts and concluded, among other statements, the following:

- *GRF manipulates reported debt & EBITDA to artificially reduce reported leverage to 6x which we believe is closer to 10x-13x.*

- *Both GRF and Scranton Enterprises (a Grifols family vehicle) fully consolidate BPC + Haema onto their financial statements. This treatment is materially deceptive and incorrect.*

- *Should our estimate of the Grifols' true leverage be correct, GRF will face notably higher financing costs. Consequently, we believe shares are uninvestable, likely zero.*



**Departamento de Asuntos Internacionales**
**International Affairs Department**

Edison, 4
28006 Madrid
España

+ 34 91 585 15 00
www.cnmv.es

The price of the shares of GRIFOLS, S.A. plummeted 25% in the trading session of the publication (compared to the previous close) with a low price of -42% after the release. Likewise, since that date, a great volatility has been observed in the trading activity of the shares of the issuer and prices have been clearly impacted by the above Gotham report (currently, GRF shares trade at 8,67€ compared with 14,24€ before the report was published).

CNMV notes that GRIFOLS, S.A. ADRs are traded in the United States of America. Specifically, based on the evidence available, ADRs on class B shares are traded in Nasdaq (ISIN US3984384087).

Under Article 18 and 225 of Ley 6/2023, de 17 de marzo, de los Mercados de Valores y de los Servicios de Inversión, (hereinafter, the "Spanish Securities Market Act"), CNMV is the competent authority to investigate market abuse, in accordance with Regulation EU 596/2014. CNMV is carrying out a preliminary analysis of a potential case of use of inside information and market manipulation while publishing research and/or investment recommendations. In particular, CNMV is trying to ascertain whether the report contained any false or misleading information.

In parallel, and as a higher priority, CNMV is also assessing whether the financial reports of Grifols are precise enough and compliant with the applicable rules and whether any additional information or correction is necessary. The results of this assessment will of course feed into the analysis of the report and its contents.

**II. - Description of the information being requested and/or the assistance being sought.**

CNMV kindly requests your assistance to provide us with the following information to be obtained from GOTHAM:

1. Articles of incorporation and bylaws of the company. In particular, explain the nature of the affiliate relationship with GENERAL INDUSTRIAL PARTNERS LLP that the report acknowledges.

2. Full identification of the officers and management team of the company.

3. Indicate the date when GOTHAM began the analysis and works related to the GRIFOLS´ report that was published on January 9th, 2024.

4. Indicate whether the report has been ordered by a third party (including entities within the group to which Gotham pertains) or following third´s party instructions.

5. Full identification of any person that took part in the analysis and drafting of the report, including external parties such as outsourcing companies or external consultants or advisors.

6. Indicate whether the persons identified under item 2 and 5 working for GOTHAM under a contract of employment or otherwise have received or will receive any remuneration directly tied to the evolution of the price of Grifols shares, to transactions on GRIFOLS' shares or on derivatives or other financial instruments relating to GRIFOLS' shares undertaken by GOTHAM, by GENERAL INDUSTRIAL PARTNERS LLP or by any other legal person that is part of the same group to which any of those two entities belong.

Documento firmado electrónicamente por ANTONIO MAS SIRVENT - DIRECTOR - COMISION NACIONAL DEL MERCADO DE VALORES el 17/01/2024



**DEPARTAMENTO DE ASUNTOS INTERNACIONALES**
**INTERNATIONAL AFFAIRS DEPARTMENT**

Edison, 4
28006 Madrid
España

+ 34 91 585 15 00
www.cnmv.es

7. Indicate whether the report or its main conclusions were shared with GRIFOLS´s management team or any relevant person directly or indirectly linked to the issuer before the report had been released. Likewise, indicate if there has been any contact with GRIFOLS, S.A. management team or employees before or after the release of report.

8. Date by which the report was finished and/or when the conclusions were reached and adopted.

9. In case the report was partially or totally delivered to third parties (including entities within the group to which Gotham pertains) before January 9th, 2024, identify those third parties and describe the information shared with them.

10. Describe any effective internal organizational and administrative arrangements and any information barrier GOTHAM has set up for the prevention and avoidance of conflicts of interest with respect to the drawing up of the report.

11. Identification of the sources of information, marking specifically any non-public source used. Regarding annual reports issued by Grifols or its shareholders that have been used for the drawing up of the report, indicate the years to which said annual reports refer.

12. Explain why GOTHAM states in the report that such report is not considered a recommendation and that GOTHAM is not subject to rules applicable when issuing investment recommendations in the European Union, following Regulation (EU) No 596/2014 of the European Parliament and of the Council of 16 April 2014 on market abuse and Commission Delegated Regulation (EU) 2016/958 of 9 March 2016 supplementing Regulation (EU) No 596/2014.

13. Explain the reasons why GOTHAM published its report. Also, explain the reason of the pre-announcement through social platform X (Twitter) on Jan 8th, 2024: *"Tomorrow, we will release a report on a highly levered, $10+ billion company. Shares listed in Spain. Though the company's maneuvers reminds us more of NMC Health plc than Let's Gowex, we believe shares are uninvestable, and will head to zero, just as Let's Gowex shares did."*

14. Indicate the planned frequency of updates to the report, if any.

15. Records of all the calls made or received by GOTHAM, employees, or managers to a Spanish telephone number (+34) from the date indicated in point (3) above to the date of the publication of the report.

CNMV appreciates that when asked for "full identification" or "identification", the following data is provided:

a) For individuals: first name, family name, address, e-mail address and telephone number.

b) For legal entities: full name, registry on which they are registered, legal identification number and complete registered address. Please, identify, as well, all the relevant individuals belonging to the corporation with the same data mentioned in a).

Documento firmado electrónicamente por ANTONIO MAS SIRVENT - DIRECTOR - COMISION NACIONAL DEL MERCADO DE VALORES el 17/01/2024



**DEPARTAMENTO DE ASUNTOS INTERNACIONALES**
**INTERNATIONAL AFFAIRS DEPARTMENT**

Edison, 4
28006 Madrid
España

+ 34 91 585 15 00
www.cnmv.es

**III.- Description of the purpose for which the assistance is sought and why the information/assistance will be helpful to the Requesting Authority.**

CNMV is empowered to request the above information in accordance with Articles 234 of the Spanish Securities Market Law and 23 of the Regulation EU 596/2014 on market abuse. All the information and documents provided to CNMV shall be deemed non-public and confidential. They are protected by the secrecy provisions contained in Article 248 of the Securities Market Law and will only be used according to the permissible uses related to the scope of this investigation.

Your contacts for any queries you might have in relation to any aspects of this request are: Sonia Vadillo (svadillo@cnmv.es), Raul Navarro (rnavarro@cnmv.es) and Jorge Hernandez (jhernandez@cnmv.es).

Depending on the information requested and on the parallel assessment that CNMV is carrying out on the financial reports published by Grifols, we do not rule out further and subsequent requests to Gotham or to other entities of its group.

We would be grateful if the above assistance could be provided by **17 February 2024** or, if that is not possible, for an indication as to when you expect to be in a position to provide the assistance which is being requested.

Yours sincerely,

Antonio Mas Sirvent
*Director*

Documento firmado electrónicamente por ANTONIO MAS SIRVENT - DIRECTOR - COMISION NACIONAL DEL MERCADO DE VALORES el 17/01/2024