# MILLER KORZENIK RAYMAN LLP

THE PARAMOUNT BUILDING • 1501 BROADWAY, SUITE 2015 • NEW YORK, NY 10036
TEL 212-752-9200 • FAX 212-688-3996 • WWW.MKSR.LAW

March 13, 2026

**MEMORANDUM ENDORSED**

**VIA ECF**
Hon. Gabriel W. Gorenstein, U.S.M.J.
United States District Court for the Southern District of New York
500 Pearl St.
New York, NY 10007-1312

       **Re:** *Grifols, S.A. v. Yu, et al.*, No. 1:24-cv-00576-LJL-GWG; Ltr on N.Y. CRL § 79h.

Dear Judge Gorenstein,

    On behalf of defendants Daniel Yu, Gotham City Research LLC, General Industrial Partners LLP and Cyrus De Weck ("Defendants"), we submit this letter motion to seal the following exhibits in conjunction with Defendants' supplemental submission regarding its Motion for Protective Order, ECF 92:

        1. UK Financial Conduct Authority Notice of Requirement letters sent on February 20, 2024; **Exhibits E and F**.

    We seek to seal these two letters from the UK FCA under the statutory obligation, as put forth in the letter: "The information in this Notice of Requirement remains confidential in the hands of GIP and is subject to the restrictions contained in section 348 of FSMA and the exceptions permitted by section 349. Disclosure other than in accordance with these restrictions and exceptions is a criminal offence under UK law."

    We have emailed copies of these exhibits directly to adverse counsel and are delivering copies to the Court on the next business day. For the reasons put forth, Defendants ask the Court for an order permitting these exhibits to be filed under seal.

                                  Respectfully,

                                    David S. Korzenik
                                    *Attorney for Defendants*

This application is denied without prejudice to a new application that explains 1) why the filing of the sealed exhibits comes within the restrictions of section 348 of the Financial Services and Markets Act 2000 of the United Kingdom ("FSMA"); and 2) why the filing of the exhibits is not permitted under the "exceptions permitted by section 349." To the extent the issue turns on interpretation of the law of the United Kingdom, the application must be accompanied by a sworn statement from a person with expertise in UK law. Any new application shall be filed by March 23, 2026.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

March 16, 2026