**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| GRIFOLS, S.A.,<br><br>       Plaintiff,<br><br>   v.<br><br>DANIEL YU, an individual, GOTHAM CITY RESEARCH LLC, GENERAL INDUSTRIAL PARTNERS LLP, CYRUS DE WECK, an individual, JOHN DOES 1-10, and XYZ CORPORATIONS 1-10,<br><br>       Defendants. | No.: 1:24-cv-00576-LJL-GWG |

### <u>DECLARATION OF WILLIAM T. WALSH, JR.</u>

I, William T. Walsh, Jr., state and declare as follows:

1.  I am an attorney at the law firm Proskauer Rose LLP in New York, New York, and counsel to Plaintiff Grifols, S.A. ("Grifols"). I make this declaration in support of Grifols' Response to Defendants' supplemental submission in support of their cross-motion for a protective order under N.Y. Civ. Rights Law § 79-h.

2.  During a meet and confer on March 17, 2026, counsel for Defendants represented that in connection with Defendants' production of documents to the Securities and Exchange Commission, Defendants produced all documents in their possession, custody and control that were related to Grifols, withheld documents only based on attorney-client privilege, and did not withhold any documents pursuant to N.Y. Civ. Rights Law § 79-h.  These facts were memorialized in an email exchange following the conference, which we will submit to the Court if requested.

3.  Attached hereto as <u>Exhibit A</u> is a true and correct copy of the Financial Conduct ("FCA") Authority Registration Report for Cyrus De Weck, which is available at https://register.fca.org.uk/s/individual?id=003b000000LVrGuAAL.

2

4.      Attached hereto as <u>Exhibit B</u> is a true and correct copy of a November 14, 2025 email from Gillian Vernick to William Walsh.

5.      Attached hereto as <u>Exhibit C</u> is a true and correct copy of General Industrial Partners LLP ("GIP") Form ADV dated June 27, 2025, which is available at https://reports.adviserinfo.sec.gov/reports/ADV/282342/PDF/282342.pdf.

6.      Attached hereto as <u>Exhibit D</u> is a true and correct copy of GIP's Form ADV Part 2A: Firm Brochure dated June 2025, which is available at https://files.adviserinfo.sec.gov/IAPD/Content/Common/crd_iapd_Brochure.aspx?BRCHR_VRS N_ID=983090.

7.      Attached hereto as <u>Exhibit E</u> is a true and correct copy of GIP's Registration with the FCA, which is available at https://register.fca.org.uk/s/firm?id=001b000000qGpQBAA0.

8.      Attached hereto as <u>Exhibit F</u> is a true and correct copy of Turtle Ship  LLC Form ADV dated March 25, 2025, which is available at https://reports.adviserinfo.sec.gov/reports/ADV/331979/PDF/331979.pdf

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief, and this this declaration was executed on March 20, 2026 in New York, New York.

William T. Walsh, Jr.

2