# EXHIBIT A

Wed Mar 18 2026 09:50:03 GMT-0400 (Eastern Daylight Time)

# Mr Cyrus de Weck

Reference number: CXD01218

Certified / assessed by firm

Approved by regulator

This individual carries out roles that are regulated in different ways. Check their record for the firms they are connected with and further details about their roles.

No FCA or PRA disciplinary or regulatory action.

**Known as**
Cyrus de Weck
**Previous names**
Mr Cyrus De Weck

## Current roles and activities

This is not a full employment history, as it only covers roles with activities regulated by the FCA and/or PRA.

## Cyrus de Weck is connected to:

## General Industrial Partners LLP (Approved roles)
## General Industrial Partners LLP (Certified/assessed roles)

### General Industrial Partners LLP (Approved roles)

**SMF27 Partner**
From 09 Dec 2019

This individual has been approved by the FCA and/or PRA to perform specific roles at this firm.

### General Industrial Partners LLP

This firm trades under 1 name

Reference number: 705149

Wed Mar 18 2026 09:50:03 GMT-0400 (Eastern Daylight Time)

**Head Office contact details**

Portman House
2 Portman Street
London
W1H 6DU
UNITED KINGDOM

+442074961900

ag@generalindustrialpartners.com

www.generalindustrialpartners.com

It's important to check the firm's record to see its status, any restrictions, and what regulated activities they are permitted to do.

We do not keep individual contact details on the Register. To get in touch with this individual, you should contact their firm.

## General Industrial Partners LLP (Certified/assessed roles)

**The individual's information has been confirmed as correct by their firm within the last 12 months**
Firms are required to confirm that the information shown is correct at least annually.

**[FCA CF] Significant management**
From 09 Dec 2019

**[FCA CF] Manager of certification employee**
From 09 Dec 2019

**[FCA CF] Client dealing**
From 09 Dec 2019

This individual has been certified and/or assessed by an authorised firm that is regulated for certain activities. This firm accepts responsibility for the certified/assessed individual and the information on this record.

**General Industrial Partners LLP**

This firm trades under 1 name

Reference number: 705149

Wed Mar 18 2026 09:50:03 GMT-0400 (Eastern Daylight Time)

**Head Office contact details**

Portman House
2 Portman Street
London
W1H 6DU
UNITED KINGDOM

+442074961900

ag@generalindustrialpartners.com

www.generalindustrialpartners.com

It's important to check the firm's record to see its status, any restrictions, and what regulated activities they are permitted to do.

We do not keep individual contact details on the Register. To get in touch with this individual, you should contact their firm.

# History

This is not a full employment history, as it only covers roles with activities regulated by the FCA and/or PRA.

## Cyrus de Weck was connected to:

**Barclays Bank Plc**
**Fortelus Capital Management LLP**
**General Industrial Partners LLP (Approved roles)**
**MatlinPatterson Advisers (Europe) LLP**
**Morgan Stanley & Co. International Plc**
**QVT Financial LLP**
**Silver Point Europe LLP**
**General Industrial Partners LLP (Certified/assessed roles)**

### Barclays Bank Plc

**CF21 Investment Adviser**
From 27 Aug 2002 to 23 Mar 2004

Wed Mar 18 2026 09:50:03 GMT-0400 (Eastern Daylight Time)

## Barclays Bank Plc

This firm trades under 22 names

Reference number: 122702

## Fortelus Capital Management LLP

**CF4 Partner**
From 18 Dec 2007 to 01 Jul 2008

**CF30 Customer**
From 18 Dec 2007 to 01 Jul 2008

## Fortelus Capital Management LLP

This firm trades under 1 name

Reference number: 456643

## General Industrial Partners LLP (Approved roles)

**CF4 Partner**
From 01 Dec 2015 to 08 Dec 2019

**CF30 Customer**
From 01 Dec 2015 to 08 Dec 2019

## General Industrial Partners LLP

This firm trades under 1 name

Reference number: 705149

## MatlinPatterson Advisers (Europe) LLP

**CF23 Corporate Finance Adviser**
From 25 Jul 2005 to 28 Apr 2006

Wed Mar 18 2026 09:50:03 GMT-0400 (Eastern Daylight Time)

### MatlinPatterson Advisers (Europe) LLP

This firm trades under 1 name

Reference number: 221613

## Morgan Stanley & Co. International Plc

**CF21 Investment Adviser**
From 03 Jun 2004 to 07 Apr 2005

### Morgan Stanley & Co. International Plc

This firm trades under 1 name

Reference number: 165935

## QVT Financial LLP

**CF3 Chief Executive**
From 18 May 2011 to 30 Sept 2015

**CF30 Customer**
From 18 May 2011 to 30 Sept 2015

### QVT Financial LLP

This firm trades under 1 name

Reference number: 228957

## Silver Point Europe LLP

**CF21 Investment Adviser**
From 15 Jun 2006 to 08 Dec 2006

Wed Mar 18 2026 09:50:03 GMT-0400 (Eastern Daylight Time)

## Silver Point Europe LLP

This firm trades under 2 names

Reference number: 432908

## General Industrial Partners LLP (Certified/assessed roles)

**[FCA CF] Material risk taker**
From 09 Dec 2019 to 01 Jan 2022

## General Industrial Partners LLP

This firm trades under 1 name

Reference number: 705149