# EXHIBIT B

| | |
|---|---|
| **From:** | Gillian Vernick <gvernick@mkslex.com> |
| **Sent:** | Friday, November 14, 2025 11:06 AM |
| **To:** | Walsh, William T.; Warshafsky, Jeff; Doyle, Peter D. |
| **Cc:** | David  Korzenik |
| **Subject:** | Re: Grifols v. Yu, et al.: Meet and Confer Follow Up |

*This email sent by **gvernick@mkslex.com** originated from outside the Firm.*

Hi Billy:

We are in agreement on RFP27, we will be producing documents responsive to that request.

On RFP23 and RFP 24, RFP 23 and RFP 24 are *about* the Scranton loan statement, so we don't have scope issues with them. But we might have timeline objections, because we are not producing any documents that were (1) not in existence at the time of publication (Jan 9 or Jan 10) or (2) post-publication documents that do not reflect back on the state of mind of Defendants at that time of publication. Our position is that the relevant inquiry is state of mind at publication. Therefore, we will produce anything responsive to these demands (1) that existed at time of relevant publication at issue (Jan 9 or Jan 10), or (2) later documents that reflect back on the state of mind of Defendants at the time of publication.

On employees:

GIP employees:

- Cyrus De Weck
- Amy Gilliland
- Christian Cluett
- Kristina Caruana (will be added on amended initial disclosures)

It is our understanding that Dan is associated with GIP as a senior investment professional, but that he is not an employee.

Gotham City Research employees:

- Daniel Yu, founder and principal

We do not believe there are any other employees of Gotham City Research, but we will alert you if we receive information otherwise.

Thanks,

Gillian

1

—

Gillian Vernick, Esq.

**MILLER KORZENIK RAYMAN LLP**

THE PARAMOUNT BUILDING
1501 Broadway, Suite 2015
NEW YORK, NY 10036
TEL.: 212-752-9200
FAX: 212-688-3996
gvernick@mkslex.com
Website: MKSR.Law