# EXHIBIT E

Wed Mar 18 2026 09:38:32 GMT-0400 (Eastern Daylight Time)

# General Industrial Partners LLP

Reference number: 705149

This firm is authorised for specific activities and product types. It's important to check the full record for what regulated activities this firm has permission to do.

## ⚠ Some activities by this firm may not be protected

This firm is shown on the Register because it is now, or was previously, approved by the FCA (or relevant regulatory body). As a result, you may be able to complain about this firm to the Financial Ombudsman Service. If this firm goes out of business owing you money you may be able to claim compensation from the Financial Services Compensation Scheme (FSCS). However, this is not always the case and these organisations may not cover some of this firm's activities. If you would like to check what is and what isn't covered, you can ask this firm to confirm this to you in writing. There's more information on the **Financial Ombudsman Service's website (https://www.financial-ombudsman.org.uk/consumers/complaints-can-help/)** and the **FSCS's website (https://www.fscs.org.uk/what-we-cover/)** about the kind of complaints and claims they can help with. The final decision on whether or not they will consider any complaint or claim is for the Financial Ombudsman Service or the FSCS.

## Notices

### Restrictions / suspensions

This firm has requirements or restrictions placed on the financial services activities that it can operate. Requirements or restrictions can include suspensions.

**See the requirements applying to this firm.**

### Clones of this firm

Individuals are using the details of this firm to suggest they work for the genuine firm. We call this a **cloned firm** and it is typically part of a scam.

To contact the genuine firm you should call the switchboard number listed on the Register - and contact us if it is not provided. Find out more about the clone firm(s):

**Portsea Asset Management LLP**
Added to the FS Register on 15 Jul 2016.

Wed Mar 18 2026 09:38:32 GMT-0400 (Eastern Daylight Time)

# Who is this firm?

## Firm details ⌃

Check details about this firm's place of business, contact details, etc.

**The 'firm details' displayed on the register have been confirmed as correct.**
Firms are required to confirm that the information shown is correct at least annually.

### Address
Portman House
2 Portman Street
London
W1H 6DU
UNITED KINGDOM

### Phone
+442074961900

### Email
ag@generalindustrialpartners.com

### Website
www.generalindustrialpartners.com

### Firm reference number
705149

### Registered company number
OC399737

## Firm status ⌃

Check this firm's status and any additional regulatory information.

### Status
Authorised
Since 01/12/2015
This firm is authorised for specific activities and product types. It's important to check the full record for what regulated activities this firm has permission to do.

### Type
Regulated

Wed Mar 18 2026 09:38:32 GMT-0400 (Eastern Daylight Time)

## Trading names    ∧

This firm currently trades under 1 trading names.

## Current names

Showing 1 result out of 1

| Name | Type of name (Registered, Trading) | Effective from |
|---|---|---|
| General Industrial Partners LLP | Registered | 31 Aug 2022 |

## Previous names

Showing 1 result out of 1

| Name | Type of name (Registered, Trading) | Effective from | Effective to |
|---|---|---|---|
| Portsea Asset Management LLP | Registered | 01 Dec 2015 | 31 Aug 2022 |

# How are customers protected?

## Protections and support    ∧

Understand the protections you have when dealing with this firm, and how to make a complaint.



Customer protections and the Register
The Register tells you the activities the FCA has given this firm permission to carry out. The Register can only give you general information about the help from other organisations if something goes wrong when dealing with this firm. The Register does not detail the activities that the firm undertakes that do not require FCA approval.

The Financial Ombudsman Service and the Financial Services Compensation Scheme (FSCS) are the main organisations who may be able to help if something goes wrong when dealing with this firm. The Financial Ombudsman Service may be able to resolve your complaint against this firm if the firm fails to deal with it properly. The FSCS may be able to provide compensation if this firm goes out of business owing you money.

The protection provided by the Financial Ombudsman Service and FSCS depends on the activity a firm is carrying out. There are also other conditions, such as needing to bring a complaint or claim within a set time period, that affect any protection you may have. The final decision to consider any specific complaint or claim is determined by the Financial Ombudsman Service or the FSCS. You should always check which activities are covered by these organisations before doing business with this firm.

∧

Wed Mar 18 2026 09:38:32 GMT-0400 (Eastern Daylight Time)

## The Financial Ombudsman Service may be able to consider a complaint about this firm

If this firm fails to deal with your complaint properly, you can ask the Financial Ombudsman Service to help. But it may not be able to consider complaints about all the firm's activities. The Financial Ombudsman Service has the final decision as to whether or not it will consider a specific complaint.

You can complain to the Financial Ombudsman Service about most regulated activities and some unregulated activities. The **Financial Ombudsman Service's website (https://www.financial-ombudsman.org.uk/)** has information about the type of activities you can complain about.

## The Financial Services Compensation Scheme may be able to consider a claim against this firm if it fails

If this firm goes out of business owing you money, you can ask the Financial Services Compensation Scheme (FSCS) to help. FSCS protection only applies to claims in connection with some regulated activities. The FSCS has the final decision as to whether or not it will consider a specific claim. The **FSCS website (https://www.fscs.org.uk/)** gives you information on what it protects.

## If you have a complaint about a firm

If you are concerned you've been scammed: consumers in England, Wales or Northern Ireland should immediately contact **the FCA (https://fca.org.uk/contact)** and **Action Fraud (https://www.actionfraud.police.uk/)**; consumers in Scotland should immediately contact **the FCA (https://fca.org.uk/contact)** and **Police Scotland. (https://www.scotland.police.uk)**

## Complain to the firm

Amy Gilliland

Portman House
2 Portman Street
London
W1H 6DU
UNITED KINGDOM

+442074961900

ag@generalindustrialpartners.com

www.generalindustrialpartners.com

### Report to the FCA

Wed Mar 18 2026 09:38:32 GMT-0400 (Eastern Daylight Time)

If you have concerns about a firm listed on the Register, **contact the FCA directly. (https://www.fca.org.uk/contact)**

If you suspect you have been contacted by an unauthorised firm or individual carrying out an FCA-regulated activity, report it to us using **this form. (https://www.fca.org.uk/report-scam-unauthorised-firm-individual)**

## Help using the Register

If you have any concerns or difficulties using the Register you can contact the FCA and we will talk you through the record and answer any queries you may have.

---

## What can this firm do in the UK?

## Restrictions                                             ⌃

Check the requirements placed on this firm. Requirements are restrictions governing the regulated activities that this firm can do.

## Client Money

This firm cannot hold client money, but it can control a client's money under a mandate (for instance a direct debit over a client's bank account, or some other form of authority given by the client)

Specific requirements may change this firm's ability to hold or control client money – see below for details.

01 Sept 2023

### CPMI Requirement

The firm is only permitted to carry on the activities specified in FUND 1.4.3R (1) to (6) or any successor provision

01 Dec 2015

### May control but not hold client money

The firm may control but must not hold client money.

⌃

Wed Mar 18 2026 09:38:32 GMT-0400 (Eastern Daylight Time)

## Financial promotions    ∧

**Check if this firm has permission to approve financial promotions and what these permissions are.**



**What this information means**

The law restricts who can promote financial services and products ('communicate financial promotions'). Firms or individuals ('persons') have to be authorised to do this, unless an authorised person has already approved the financial promotion or an exemption applies. This firm is an authorised person. This means it may be able to approve financial promotions for unauthorised persons in some circumstances. This section sets out the types of financial promotions this firm can approve.

Unless there is a requirement on this firm that says otherwise, then:

This firm can approve its own financial promotions as well as those of members of its wider group and, in certain circumstances, those of its appointed representatives.

If you have concerns about a financial promotion or would like to check that an authorised person has approved a financial promotion, please contact the authorised person who communicated or approved it.

If the financial promotion came from an unauthorised person, then the promotion may show the name of the authorised person who approved it or that firm's reference number (FRN).

Please note The Financial Ombudsman Service is unlikely to consider a complaint about the approval of a financial promotion. The Financial Services Compensation Scheme is unlikely to be able to consider claims that are solely about the communication or approval of financial promotions.

If you're worried or have a complaint about the firm, please check 'How are customers protected?' section.

∧

# Activities and services

Learn about the regulated activities that this firm has FCA and/or PRA permission to provide and other information related to specific non-regulated activities and services that may impact your business with a firm.

**What to do with this information**

These regulated activities are grouped into categories. You should check the specific activities within these categories relate to the business you want to do with the firm, not just the categories.

This firm is shown on the Register because it is now, or was previously, approved by the FCA (or relevant regulatory body). As a result, you may be able to complain about this firm to the Financial Ombudsman Service. If this firm goes out of business owing you money you may be able to claim compensation from the Financial Services Compensation Scheme (FSCS). However, this is not always the case and these organisations may not cover some of this firm's activities. If you would like to check what is and what isn't covered, you can ask this firm to confirm this to you in writing. There's more information on the Financial Ombudsman Service's website and the FSCS's website about the kind of complaints and claims they can help with. The final decision on whether or not they will consider any complaint or claim is for the Financial Ombudsman Service or the FSCS.

Once you have checked this page, you should contact the firm via their main contact details and ask them to confirm their permitted regulated activities.

If you don't understand whether the permissions cover the business you want to do, you should **contact the FCA. (https://www.fca.org.uk/contact)**

## ⚓ Investments

### Advising on investments (except on Pension Transfers and Pension Opt Outs)

LIMITATIONS

**Customer Type**

Eligible Counterparty
Professional

**Investment Type**

Certificates representing certain security
Commodity Future

Commodity option and option on commodity future

Contract for Differences (excluding a spread bet and, a rolling spot forex contract and a binary bet)

Debenture

Future (excluding a commodity future and a rolling spot forex contract)

Government and public security

Option (excluding a commodity option and an option on a commodity future)

Rights to or interests in investments (Contractually Based Investments)

Rights to or interests in investments (Security)

Rolling spot forex contract

Share

Unit

Warrant

## Limitation

Rights to or interests in (both). : Investment activity in "rights to or interests in investments (security)" and "rights to or interests in investments (contractually based investment)" is limited to the investment types granted for this activity.

## Arranging (bringing about) deals in investments

### LIMITATIONS

## Customer Type

Eligible Counterparty

Professional

## Investment Type

Certificates representing certain security

Commodity Future

Commodity option and option on commodity future

Contract for Differences (excluding a spread bet and, a rolling spot forex contract and a binary bet)

Debenture

Future (excluding a commodity future and a rolling spot forex contract)

Government and public security

Option (excluding a commodity option and an option on a commodity future)

Rights to or interests in investments (Contractually Based Investments)

Rights to or interests in investments (Security)

Rolling spot forex contract

Share
Unit
Warrant

## Limitation

Rights to or interests in (both). : Investment activity in "rights to or interests in investments (security)" and "rights to or interests in investments (contractually based investment)" is limited to the investment types granted for this activity.

### Arranging safeguarding and administration of assets

LIMITATIONS

## Customer Type

Eligible Counterparty
Professional

## Investment Type

Certificates representing certain security
Commodity Future
Commodity option and option on commodity future
Contract for Differences (excluding a spread bet and, a rolling spot forex contract and a binary bet)
Debenture
Future (excluding a commodity future and a rolling spot forex contract)
Government and public security
Option (excluding a commodity option and an option on a commodity future)
Rights to or interests in investments (Contractually Based Investments)
Rights to or interests in investments (Security)
Rolling spot forex contract
Share
Unit
Warrant

## Limitation

Rights to or interests in (both). : Investment activity in "rights to or interests in investments (security)" and "rights to or interests in investments (contractually based investment)" is limited to the investment types granted for this activity.

## Dealing in investments as agent

### LIMITATIONS



## Customer Type

Eligible Counterparty
Professional

## Investment Type

Certificates representing certain security
Commodity Future
Commodity option and option on commodity future
Contract for Differences (excluding a spread bet and, a rolling spot forex contract and a binary bet)
Debenture
Future (excluding a commodity future and a rolling spot forex contract)
Government and public security
Option (excluding a commodity option and an option on a commodity future)
Rights to or interests in investments (Contractually Based Investments)
Rights to or interests in investments (Security)
Rolling spot forex contract
Share
Unit
Warrant

## Limitation

Rights to or interests in (both). : Investment activity in "rights to or interests in investments (security)" and "rights to or interests in investments (contractually based investment)" is limited to the investment types granted for this activity.

## Making arrangements with a view to transactions in investments

### LIMITATIONS



Wed Mar 18 2026 09:38:32 GMT-0400 (Eastern Daylight Time)

## Customer Type

Eligible Counterparty
Professional

## Investment Type

Certificates representing certain security
Commodity Future
Commodity option and option on commodity future
Contract for Differences (excluding a spread bet and, a rolling spot forex contract and a binary bet)
Debenture
Future (excluding a commodity future and a rolling spot forex contract)
Government and public security
Option (excluding a commodity option and an option on a commodity future)
Rights to or interests in investments (Contractually Based Investments)
Rights to or interests in investments (Security)
Rolling spot forex contract
Share
Unit
Warrant

## Limitation

Rights to or interests in (both). : Investment activity in "rights to or interests in investments (security)" and "rights to or interests in investments (contractually based investment)" is limited to the investment types granted for this activity.

### Managing an unauthorised AIF

### Managing investments

LIMITATIONS

## Customer Type

Professional

## Investment Type

Certificates representing certain security

Commodity Future

Commodity option and option on commodity future

Contract for Differences (excluding a spread bet and, a rolling spot forex contract and a binary bet)

Debenture

Future (excluding a commodity future and a rolling spot forex contract)

Government and public security

Option (excluding a commodity option and an option on a commodity future)

Rights to or interests in investments (Contractually Based Investments)

Rights to or interests in investments (Security)

Rolling spot forex contract

Share

Unit

Warrant

## Limitation

Rights to or interests in (both). : Investment activity in "rights to or interests in investments (security)" and "rights to or interests in investments (contractually based investment)" is limited to the investment types granted for this activity.

## ▪ Other activities

### Agreeing to carry on a regulated activity

LIMITATIONS

## Limitation

Limited to carry on regulated activities. : The firm can only agree to carry on the regulated activities specified in this Notice.

# Who is involved with activities at this firm?

## Individuals

Individuals currently and previously involved in regulated activities at this firm.

You should check the details of any individual that you want to carry out regulated activities on your behalf, especially their current roles and any disciplinary or regulatory action on their record.



## Current

Showing 3 results out of 3

| Name | Individual reference number | Status | Role |
|---|---|---|---|
| Cyrus de Weck | CXD01218 | Approved by regulator<br><br>Certified / assessed by firm | [FCA CF] Significant management<br><br>[FCA CF] Manager of certification employee<br><br>[FCA CF] Client dealing<br><br>SMF27 Partner |
| Christian Cluett | CXC00323 | Approved by regulator<br><br>Certified / assessed by firm | [FCA CF] Client dealing<br><br>SMF27 Partner |
| Amy Shelagh Gilliland | ASG01115 | Approved by regulator<br><br>Certified / assessed by firm | [FCA CF] Significant management<br><br>SMF16 Compliance Oversight<br><br>SMF17 Money Laundering Reporting Officer (MLRO)<br><br>SMF27 Partner |

## Previous

Wed Mar 18 2026 09:38:32 GMT-0400 (Eastern Daylight Time)

Showing 10 results out of 10

| Name | Individual reference number | Role |
|---|---|---|
| **Christian Cluett** | **CXC00323** | **[FCA CF] Material risk taker** |
| **Cyrus de Weck** | **CXD01218** | **[FCA CF] Material risk taker** |
| | | **CF4 Partner** |
| | | **CF30 Customer** |
| **Amy Shelagh Gilliland** | **ASG01115** | **[FCA CF] Material risk taker** |
| **Winfield Browning** | **WXB01353** | **[FCA CF] Significant management** |
| | | **[FCA CF] Manager of certification employee** |
| | | **[FCA CF] Material risk taker** |
| | | **[FCA CF] Client dealing** |
| | | **CF4 Partner** |
| | | **CF30 Customer** |
| | | **SMF27 Partner** |
| **Tim Simon Fitch** | **TSF01010** | **SMF27 Partner** |

Wed Mar 18 2026 09:38:32 GMT-0400 (Eastern Daylight Time)

| Name | Individual reference number | Role |
| --- | --- | --- |
| **Josef Schmalfuss** | JXS02543 | [FCA CF] Significant management |
| | | [FCA CF] Manager of certification employee |
| | | [FCA CF] Material risk taker |
| | | [FCA CF] Client dealing |
| | | CF4 Partner |
| | | CF30 Customer |
| | | SMF27 Partner |
| **Mohamed Moustafa** | MXM00525 | [FCA CF] Material risk taker |
| | | [FCA CF] Client dealing |
| **Jonathan James Khong** | JJK01064 | [FCA CF] Significant management |
| | | [FCA CF] Manager of certification employee |
| | | [FCA CF] Material risk taker |
| | | SMF27 Partner |
| **Luka Spoljaric** | LXS01383 | CF4 Partner |
| | | CF30 Customer |
| | | SMF27 Partner |

Wed Mar 18 2026 09:38:32 GMT-0400 (Eastern Daylight Time)

| Name | Individual reference number | Role |
|---|---|---|
| **Christian Paul Fincke** | **CPF01024** | **[FCA CF] Significant management** |
| | | **[FCA CF] Manager of certification employee** |
| | | **[FCA CF] Material risk taker** |
| | | **CF4 Partner** |
| | | **CF10 Compliance Oversight** |
| | | **CF11 Money Laundering Reporting** |
| | | **SMF16 Compliance Oversight** |
| | | **SMF17 Money Laundering Reporting Officer (MLRO)** |
| | | **SMF27 Partner** |

# Who is this firm connected to?

## Regulators  ∧

Current and former regulators of this firm.

This table shows the former and current regulators of this firm, in the UK and in other European Economic Area (EEA) countries.

Showing 1 result out of 1

| Regulator | Effective from | Effective to |
|---|---|---|
| **Financial Conduct Authority** | **01 Dec 2015** | |