UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GRIFOLS, S.A.,                                    :

                                                  :      ORDER
                    Plaintiff,

                                                  :      24 Civ. 576 (LJL) (GWG)
       -v.-
                                                  :

YU et al.,                                        :

                                                  :
                    Defendants.
---------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

       Plaintiff has leave to file a response to Docket # 133 if it wishes.   Any response shall be
filed by April 3, 2026.

       SO ORDERED.

Dated:  March 27, 2026
        New York, New York


                                                  _____
                                                  GABRIEL W. GORENSTEIN
                                                  United States Magistrate Judge