# MILLER KORZENIK RAYMAN LLP

THE PARAMOUNT BUILDING • 1501 BROADWAY, SUITE 2015 • NEW YORK, NY 10036
TEL 212-752-9200 • FAX 212-688-3996 • WWW.MKSR.LAW

April 10, 2026

**VIA ECF**
Hon. Gabriel W. Gorenstein, U.S.M.J.
United States District Court for the Southern District of New York
500 Pearl St.
New York, NY 10007-1312

> Re: ***Grifols, S.A. v. Yu, et al.*, No. 1:24-cv-00576-LJL-GWG/ Supplemental Response**
> *New Spanish Ruling Denying Grifol's Request to Release Documents to SDNY*

Dear Judge Gorenstein,

On behalf of defendants Daniel Yu, Gotham City Research LLC, General Industrial Partners LLP and Cyrus De Weck ("Defendants"), we submit this letter to inform the Court of a new development in the Spanish proceeding that may be of relevance to the motions pending before Your Honor.

The Spanish Judge has issued an Order dismissing Grifols S.A.'s request to use in proceedings before this Court in New York the recordings of the statements given by Daniel Yu and Cyrus de Weck in the Spanish proceedings.

The Court held that the Spanish case is still at the pre-trial investigation stage, where external secrecy applies, so the material cannot be disclosed or used outside those proceedings.

The Spanish Court noted that allowing disclosure could undermine the confidentiality of the investigation, affect the rights of the persons under investigation, and compromise the integrity of the pending proceedings.

In papers that Grifols submitted to Your Honor, Grifols described deposition testimony given by Defendants in the Spanish proceeding and claimed that their testimony regarding whether they were "journalists" was "inconsistent" with their declarations here in New York. It is evident that in the deposition no question was raised about whether Dan Yu and Cyrus de Weck were "journalists" or not. The word "journalist" was not used either in a question or in a response to a question. In all events, Grifols' request to use these materials in New York was denied.

Respectfully submitted,
//s//*David S. Korzenik*
David S. Korzenik