Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

Peter D. Doyle
Member of the Firm
d +1.212.969.3688
f 212.969.2900
pdoyle@proskauer.com
www.proskauer.com

April 14, 2026

**Via ECF**
Hon. Gabriel W. Gorenstein, U.S.M.J.
United States District Court for the Southern District of New York

Re: *Grifols, S.A. v. Yu, et al.*, No. 1:24-cv-00576-LJL-GWG

Dear Judge Gorenstein,

Grifols apologizes for burdening the Court with an additional submission, but it is compelled to respond to Defendants' latest unauthorized letter. ECF 137.

That letter attempts to portray the Spanish court's ruling on the use of Defendants' testimony in this action as a "new development." That characterization is inaccurate. Grifols specifically discussed this ruling in its sur-reply (ECF 135 at 4 n.2), including that the Spanish court invited Grifols to seek the testimony through international judicial assistance mechanisms— an invitation Defendants conspicuously omit. Grifols remains prepared to seek production of the transcripts through those mechanisms should the Court believe it would be helpful to resolve the pending motion.

In the meantime, Defendants' counsel now purports to attest to the substance of the testimony Defendants simultaneously seek to keep non-public. The impropriety and prejudice of that tactic aside, Defendants do not contend their testimony was consistent; they argue only that the word "journalist" was not used—an absurd distinction given that term is unnecessary to address whether Defendants publish news for a living. Regardless, even without the transcripts, the overwhelming evidence demonstrates that Defendants' motion should be denied.

Respectfully Submitted,

*/s/ Peter D. Doyle*

Peter D. Doyle

Beijing | Boca Raton | Boston | Chicago | Hong Kong | London | Los Angeles | New Orleans | New York | Paris | São Paulo | Washington, DC