# MILLER KORZENIK RAYMAN LLP

THE PARAMOUNT BUILDING • 1501 BROADWAY, SUITE 2015 • NEW YORK, NY 10036
TEL 212-752-9200 • FAX 212-688-3996 • WWW.MKSR.LAW

May 19, 2025

**VIA ECF**
Hon. Gabriel W. Gorenstein, U.S.M.J.
United States District Court for the Southern District of New York

> **Re:**  ***Grifols, S.A. v. Yu, et al.*, No. 1:24-cv-00576-LJL-GWG**
> ***Response to Order 139***

Dear Judge Gorenstein,

We represent all defendants Daniel Yu, Gotham City Research LLC, General Industrial Partners LLP and Cyrus De Weck.

Your Honor's Order 139 had allowed for a further possible submission of a declaration from a UK law expert regarding the FCA / FSMA confidentiality requirements. We had found the reach of the FCA obligations concerning and wanted to be sure that we were in compliance with them. We feel that we have made our best efforts to comply and will not trouble the Court with any further submission on this issue.

We thank Your Honor for the careful attention given to this issue.

Respectfully,

Miller Korzenik Rayman LLP

By: *//s// David S. Korzenik*
　　 David S. Korzenik

*Attorneys for Defendants*