UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GRIFOLS, S.A.,                                              :

                                                           :        ORDER
                        Plaintiff,
                                                           :        24 Civ. 576 (LJL) (GWG)

        -v.-                                                :

                                                           :
YU et al.,                                                  :

                                                           :
                        Defendants.
------------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

        At the time the Court issued its Order of May 11, 2026 (Docket # 139) regarding defendants' motion to seal the letters filed at Docket ## 125-1 and 125-2, the Court had read only the motion to seal filed at Docket # 124.  It was unaware that defendants had renewed this same motion with an expanded filing at Docket # 131. Defendants' renewed motion attached a declaration from a barrister registered in England and Wales, see Declaration of Daniel Burgess (Docket # 131-1) — just the sort of declaration the Court invited in the Order of May 11, 2026.

        We have now considered for the first time the motion to seal at Docket # 131, including Burgess's declaration.  While we might be prepared to accept Burgess's analysis of the governing statute in light of his expertise in UK law, we are baffled by one aspect of defendants' motion.  Burgess concludes that the statute bars disclosure of the letters, yet defendants do not address the fact that the letters have been shared (we presume) with litigants to this case who were not recipients of the letters: specifically, Grifols, S.A.; Daniel Yu; and Gotham City Research LLC.  If such sharing has occurred in purported violation of UK law, there would seem to be little value in paying lip service to confidentiality by hiding the letters from other individuals purportedly not authorized to view them (i.e., members of the public, who have a presumptive right of access to judicial documents).

        Defendants have leave to address this issue, if they wish, by a filing made on or before May 28, 2026.

        SO ORDERED.

Dated: May 21, 2026
        New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge