# MILLER KORZENIK RAYMAN LLP

THE PARAMOUNT BUILDING • 1501 BROADWAY, SUITE 2015 • NEW YORK, NY 10036
TEL 212-752-9200 • FAX 212-688-3996 • WWW.MKSR.LAW

May 27, 2026

**VIA ECF**
Hon. Gabriel W. Gorenstein, U.S.M.J.
United States District Court for the Southern District of New York
500 Pearl St.
New York, NY 10007-1312

> Re:    *Grifols, S.A. v. Yu, et al.*, No. 1:24-cv-00576-LJL-GWG; In Response to ECF
> 143 Renewed Mot. to Seal Exhibits to ECF 125.

Dear Judge Gorenstein,

On behalf of defendants Daniel Yu, Gotham City Research LLC, General Industrial
Partners LLP ("GIP") and Cyrus De Weck ("Defendants"), we submit this letter in response to
Your Honor's Minute Order at Dkt. 143, to address the point raised regarding sharing the sealed
documents at issue with other Defendants, specifically Daniel Yu and Gothan City Research
LLC. The sealed documents have not been shared with Plaintiff Grifols S.A.

Defendants GIP and Gotham City Research LLC have in place a cross-collaboration
agreement that cover the services the yare providing to one another. It follows that this
necessarily includes sharing regulatory disclosures in order for each party to properly perform
their functions and discharge their duties. The circumstances would differ with respect to
disclosure to Plaintiff Grifols, and the documents were not disclosed to Grifols because of that.

Nevertheless, Defendants' purpose in seeking for the sealing of these documents was to
fulfill what they felt their regulatory obligations under the Financial Services and Markets Act
2000 called for. We will not burden the Court further with additional declarations on this issue. If
this Court orders their unsealing, Defendants will defer to the Court's decision with the view that
they have made a conscientious  effort to comply with the regulations.                           .

> Respectfully,
> Miller Korzenik Rayman LLP
>
> By: *//s// David S. Korzenik*
>     David S. Korzenik
>
> *Attorneys for Defendants*