# MILLER KORZENIK RAYMAN LLP

THE PARAMOUNT BUILDING • 1501 BROADWAY, SUITE 2015 • NEW YORK, NY 10036
TEL 212-752-9200 • FAX 212-688-3996 • WWW.MKSR.LAW

May 28, 2026

**VIA ECF**
Hon. Gabriel W. Gorenstein, U.S.M.J.
United States District Court for the Southern District of New York
500 Pearl St.
New York, NY 10007-1312

> Re:    *Grifols, S.A. v. Yu, et al.*, No. 1:24-cv-00576-LJL-GWG; In Response to ECF
>        143 Renewed Mot. to Seal Exhibits to ECF 125.

Dear Judge Gorenstein,

On behalf of defendants Daniel Yu, Gotham City Research LLC, General Industrial Partners LLP and Cyrus De Weck ("Defendants"), we write to clarify a point in our letter to the court, ECF 147.

Defendants had understood Your Honor's question at ECF 143 as referring to sharing outside the procedure for sealing. That is why we explained the cross-collaboration agreement between Defendants. We did not shared the sealed documents with Plaintiff prior to seeking a seal.

Plaintiff Grifols S.A. wanted it to be clarified that in the course of our making a motion to seal the documents from public filing, we disclosed the two sealed documents relied upon in the Declaration of Michael Asaro, ECF 125, to Plaintiff directly.

In all events, we do not plan to submit further expert declarations as we feel we've done the best we can to fulfill our statutory obligations.

Respectfully,

David S. Korzenik

*Attorney for Defendants*