**Cookies on Legislation.gov.uk**

The cookies on legislation.gov.uk do two things: they remember any settings you've chosen so you don't have to choose them on every page, and they help us understand how people browse our website, so we can make improvements and fix problems. We need your consent to use some of these cookies.

Yes, these cookies are OK          Find out more or set individual cookie preferences          No, I want to reject all cookies

# **legislation**.gov.uk

Home | Explore our collections | Research tools | Help and guidance | What's new | About us          **English** | Cymraeg

Title:                          Year:          Number:   Type:                                    Advanced Search

All UK Legislation (excluding originating from the EU)  ⌄          Search

# Financial Services and Markets Act 2000

UK Public General Acts  ›  2000 c. 8  ›  **Table of contents**

**Table of Contents**          Content          Explanatory Notes   ?          More Resources   ?

Plain View          **Print Options**



**Changes to legislation:**

Financial Services and Markets Act 2000 is up to date with all changes known to be in force on or before 21 May 2026. There are changes that may be brought into force at a future date.   ?

▼ View outstanding changes

Cited in Grifols SA v Yu 24Civ576 Decided 5/11/26
Archived on 3/21/26
This document is protected by copyright. Further reproduction is prohibited without permission.

**Collapse all -**

Introductory Text

**Collapse -**

**Part I The Regulator**

1. The Financial Services Authority.

*The Authority's general duties*

2. The Authority's general duties.

*The regulatory objectives*

3. Market confidence.

3A. Financial stability

4. Public awareness.

5. The protection of consumers.

6. The reduction of financial crime.

*Enhancing public understanding of financial matters etc*

6A. Enhancing public understanding of financial matters etc

*Corporate governance*

7. Duty of Authority to follow principles of good governance.

*Arrangements for consulting practitioners and consumers*

8. The Authority's general duty to consult.

9. The Practitioner Panel.

10. The Consumer Panel.

11. Duty to consider representations by the Panels.

*Reviews*

12. Reviews.

13. Right to obtain documents and information.

*Inquiries*

14. Cases in which the Treasury may arrange independent inquiries.

15. Power to appoint person to hold an inquiry.

16. Powers of appointed person and procedure.

17. Conclusion of inquiry.

18. Obstruction and contempt.

Collapse -

**PART 1A The Regulators**

**CHAPTER 1 The Financial Conduct Authority**

*The Financial Conduct Authority*

1A. The Financial Conduct Authority

*The FCA's general duties*

1B. The FCA's general duties

1C. The consumer protection objective

1D. The integrity objective

1E. The competition objective

1EB. Competitiveness and growth objective

*Interpretation of terms used in relation to FCA's general duties*

1F. Meaning of "relevant markets" in strategic objective

1G. Meaning of "consumer"

1H. Further interpretative provisions for sections 1B to 1G

1I. Meaning of "the UK financial system"

*Modifications applying if core activity not regulated by PRA*

1IA. Modifications applying if core activity not regulated by PRA

*Power to amend objectives*

1J. Power to amend objectives

*Recommendations*

1JA. Recommendations by Treasury in connection with general duties

*Guidance about objectives*

1K. Guidance about objectives

Cited in Grifols Sim v. Yu
24-cv-576 Decided 5/21/26
Archived on 5/21/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

*Supervision, monitoring and enforcement*

1L. Supervision, monitoring and enforcement

*Arrangements for consulting practitioners and consumers*

1M. The FCA's general duty to consult

1MA. Composition of Panels

1N. The FCA Practitioner Panel

1O. The Smaller Business Practitioner Panel

1P. The Markets Practitioner Panel

1Q. The Consumer Panel

1QA. The Listing Authority Advisory Panel

1R. Duty to consider representations made by the Panels

1RA. Statement of policy on panel appointments

*Requirements for public consultation*

1RB. Requirements in connection with public consultations

*Reviews*

1S. Reviews

1T. Right to obtain documents and information

**CHAPTER 2 The Prudential Regulation Authority**

*The Prudential Regulation Authority*

2A. The Prudential Regulation Authority

2AB. Functions of the PRA

*The PRA's general duties*

2B. The PRA's general objective

2C. Insurance objective

2D. Power to provide for additional objectives

2E. Strategy

2F. Interpretation of references to objectives

2G. Limit on effect of sections 2B to 2D

2H. Secondary objectives and duty to have regard to regulatory principles

2I. Guidance about objectives

2J. Interpretation of Chapter 2

*Supervision*

2K. Arrangements for supervision of PRA-authorised persons

*Arrangements for consulting practitioners*

2L. The PRA's general duty to consult

2LA. Composition of Panels

2M. The PRA Practitioner Panel

2MA. The Insurance Practitioner Panel

Cited in Griffus SA v. Yu
24-v576 Decided 5/11/26
Archived on 5/21/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

2N. Duty to consider representations

2NA. Statement of policy on panel appointments

*Requirements for public consultation*

2NB. Requirements in connection with public consultations

*Reviews*

2O. Reviews

2P. Right to obtain documents and information

**CHAPTER 3 Further provisions relating to FCA and PRA**

*Introductory*

3A. Meaning of "regulator"

*Regulatory principles*

3B. Regulatory principles to be applied by both regulators

*Corporate governance*

3C. Duty to follow principles of good governance

*Relationship between FCA and PRA*

3D. Duty of FCA and PRA to ensure co-ordinated exercise of functions

3E. Memorandum of understanding

3F. With-profits insurance policies

3G. Power to establish boundary between FCA and PRA responsibilities

3H. Parliamentary control of orders under section 3G

*Power of PRA to restrain proposed action by FCA*

3I. Power of PRA to require FCA to refrain from specified action

3J. Power of PRA in relation to with-profits policies

3K. Revocation of directions under section 3I or 3J

3L. Further provisions about directions under section 3I or 3J

*Directions relating to consolidated supervision*

3M. Directions relating to consolidated supervision of groups

3N. Revocation of directions under section 3M

3O. Further provisions about directions under section 3M

3P. Consultation by regulator complying with direction

*Co-operation with Bank of England*

3Q. Co-operation by FCA ... with Bank of England

*Arrangements for provision of services*

3R. Arrangements for provision of services

*Rules*

3RA. Duty of FCA and PRA to review rules

3RB. Statement of policy relating to review of rules

Cited in Unifold SA v Yu 24Civ576 Decided 5/11/26 Archived on 5/21/26 This document is protected by copyright. Further reproductions prohibited without permission.

3RC. Requirement to review specified rules

3RD. Report on certain reviews

3RE. Power of Treasury to require making of rules by regulations

*Enhancing public understanding of financial matters etc.*

3S. The consumer financial education body

*Interpretation*

3T. Interpretation

**Part II Regulated And Prohibited Activities**

*The general prohibition*

19.  The general prohibition.

*Requirement for permission*

20.  Authorised persons acting without permission.

*Financial promotion*

21. Restrictions on financial promotion.

*Regulated activities*

22. Regulated activities

22A. Designation of activities requiring prudential regulation by PRA

22B. Parliamentary control in relation to certain orders under section 22A

*Offences*

23. Contravention of the general prohibition or section 20(1) or (1A).

23A. Parliamentary control in relation to certain orders under section 23

24.  False claims to be authorised or exempt.

25. Contravention of section 21.

*Enforceability of agreements*

26.  Agreements made by unauthorised persons.

26A. Agreements relating to credit

27.  Agreements made through unauthorised persons.

28.  Agreements made unenforceable by section 26 or 27: general cases.

28A. Credit-related agreements made unenforceable by section 26, 26A or 27

28B. Decisions under section 28A: procedure

29.  Accepting deposits in breach of general prohibition.

30.  Enforceability of agreements resulting from unlawful communications.

**Part III Authorisation and Exemption**

Collapse -

Collapse -

Cited in Grifols SA v. Yu 24Civ576 Decided 5/11/26

Archived on 5/21/26

This document is protected by copyright. Further reproduction is prohibited without permission.

*Authorisation*

31. Authorised persons.

32. Partnerships and unincorporated associations.

*Ending of authorisation*

33. Withdrawal of authorisation ....

34. EEA firms.

35. Treaty firms.

36. Authorised open-ended investment companies

*Exercise of EEA rights by UK firms*

37. Exercise of EEA rights by UK firms.

*Exemption*

38. Exemption orders.

39. Exemption of appointed representatives.

39A. Certain tied agents operating outside United Kingdom

Collapse -

**Part IV Permission to Carry on Regulated Activities**

*Application for permission*

40. Application for permission.

41. The threshold conditions.

*Permission*

42. Giving permission.

43. Imposition of requirements.

*Variation and cancellation of Part IV permission*

44. Variation etc. at request of authorised person.

45. Variation etc. on the Authority's own initiative.

46. Variation of permission on acquisition of control.

47. Exercise of power in support of overseas regulator.

48. Prohibitions and restrictions.

*Connected persons*

49. Persons connected with an applicant.

*Additional permissions*

50. Authority's duty to consider other permissions etc.

*Procedure*

51. Applications under this Part.

52. Determination of applications.

53. Exercise of own-initiative power: procedure.

54. Cancellation of Part IV permission: procedure.

*Notification*

54A. Notification of ESMA

54B. Notification of EBA

Cited in Grifols SA v Yu
24-civ576 Decided 5/11/26
Archived on 5/21/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

*References to the Tribunal*

55.  Right to refer matters to the Tribunal.

Collapse -    **PART 4A Permission to carry on regulated activities**

*Application for permission*

55A. Application for permission

55B. The threshold conditions

55C. Power to amend Schedule 6

55D. Firms based outside the United Kingdom

55E. Giving permission: the FCA

55F. Giving permission: the PRA

55G. Giving permission: special cases

*Variation and cancellation of Part 4A permission*

55H. Variation by FCA at request of authorised person

55I. Variation by PRA at request of authorised person

55J. Variation or cancellation on initiative of regulator

55JA. Variation or cancellation on initiative of FCA: additional power

55K. Investment firms: particular conditions that enable cancellation

55KA. Insurance undertakings, reinsurance undertakings and third-country insurance undertakings: particular conditions that enable cancellation

*Imposition and variation of requirements*

55L. Imposition of requirements by FCA

55M. Imposition of requirements by PRA

55N. Requirements under section 55L or 55M: further provisions

55NA. General requirement relating to financial promotion approval

55NB. Section 55NA: power to provide for exemptions

55O. Imposition of requirements on acquisition of control

55P. Prohibitions and restrictions

55PA. Assets requirements imposed on insurance undertakings or reinsurance undertakings

55PB. Requirements relating to general meetings

*Exercise of power in support of overseas regulator*

55Q. Exercise of power in support of overseas regulator

*Connected persons*

55R. Persons connected with an applicant

*Additional permissions*

55S. Duty of FCA or PRA to consider other permissions

Cited in Gritos SA v Fu
24-Cv-575 Decided 5/11/26
Archived on 5/21/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

*Persons whose interests are protected*

55T. Persons whose interests are protected

*Procedure*

55U. Applications under this Part

55V. Determination of applications

55W. Applications under this Part: communications between regulators

55X. Determination of applications: warning notices and decision notices

55XA. Applications relating to administering a benchmark

55Y. Exercise of own-initiative power: procedure

55Z. Cancellation of Part 4A permission or permission under section 55NA: procedure

*Notification*

55Z1. Notification of ESMA

55Z2. Notification of EBA

55Z2A. Notification of the European bodies

*References to the Tribunal*

55Z3. Right to refer matters to the Tribunal

*Interpretation*

55Z4. Interpretation of Part 4A

Collapse -

**Part V Performance of Regulated Activities**

*Prohibition orders*

56. Prohibition orders.

57. Prohibition orders: procedure and right to refer to Tribunal.

58. Applications relating to prohibitions: procedure and right to refer to Tribunal.

*Approval*

59. Approval for particular arrangements.

59ZA. Senior management functions

59ZB. Designated senior management functions

59A. Specifying functions as controlled functions: supplementary

59AB. Specifying functions as controlled functions: transitional provision

59B. Role of FCA in relation to PRA decisions

60. Applications for approval.

60A. Vetting of candidates by relevant authorised persons

61. Determination of applications.

62. Applications for approval: procedure and right to refer to Tribunal.

Cited in Gritos SA v Ys
24Civ576 Decided 5/11/26
Archived on 5/21/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

62A. Changes in responsibilities of senior managers

63.  Withdrawal of approval.

63ZA. Variation of senior manager's approval at request of relevant authorised person

63ZB. Variation of senior manager's approval on initiative of regulator

63ZC. Exercise of power under section 63ZB: procedure

63ZD. Statement of policy relating to conditional approval and variation

63ZE. Statement of policy: procedure

*Performance of controlled functions without approval*

63A. Power to impose penalties

63B. Procedure and right to refer to Tribunal

63C. Statement of policy

63D. Statement of policy: procedure

*Certification of employees*

63E. Certification of employees by ... authorised persons

63F. Issuing of certificates

...

64.  Conduct: statements and codes.

65.  Statements and codes: procedure.

*Conduct of approved persons and others*

64A. Rules of conduct

64B. Rules of conduct: responsibilities of ... authorised persons

64C. Requirement for ... authorised persons to notify regulator of disciplinary action

66. Disciplinary powers.

66A. Misconduct: action by the FCA

66B. Misconduct: action by the PRA

67. Disciplinary measures: procedure and right to refer to Tribunal.

68. Publication.

69. Statement of policy.

70. Statements of policy: procedure.

*Breach of statutory duty*

71.  Actions for damages.

*"Relevant authorised person"*

71A. Meaning of "relevant authorised person"

*Removal of directors and senior executives and appointment of temporary manager*

71B. Removal of directors and senior executives

Cited in Grifols SA v Yly
24Civ.76 Decided 5/11/26
Archived on 5/21/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

71C. Temporary manager

71D. Sections 71B and 71C: conditions

71E. Temporary manager: further provisions in relation to the appointment

71F. Temporary manager: instrument of appointment

71G. Right to refer matters to the Tribunal

71H. Removal of directors and senior executives and appointment of temporary manager: procedure

71I. Sections 71B to 71H: interpretation

Collapse -    **PART 5A Designated activities**

**CHAPTER 1 GENERAL PROVISIONS**

71K. Designated activities

71L. Restrictions on carrying on of designated activities

71M. Designated activity regulations: general

71N. Designated activities: rules

71O. Designated activities: directions

71P. Designated activities: liability

71Q. Designated activities: enforcement

71R. Designated activities and rules: connected amendments

71S. Designated activities regulations: Parliamentary control

**CHAPTER 2 PROVISIONS RELATING TO PARTICULAR DESIGNATED ACTIVITIES**

*"Relevant designated activity" and "relevant Part 5A requirement"*

71T. Meaning of "relevant designated activity" and "relevant Part 5A requirement"

*Procedure relating to relevant Part 5A directions*

71U. Meaning of "relevant Part 5A direction" for purposes of this Chapter

71V. Procedure for giving, varying or revoking relevant Part 5A direction

71W. Application for variation or revocation of relevant Part 5A direction

71X. Determination of application under section 71W

71Y. Relevant Part 5A direction: right to refer to Tribunal

Collapse -    **Part VI Official Listing**

...

72. The competent authority.

73. General duty of the competent authority.

*Rules*

Cited in Grinds SA v Yu 24Civ576 Decided 5/11/26 Archived on 3/21/26 This document is protected by copyright. Further reproduction is prohibited without permission.

73A. Part 6 Rules

*The official list*

74. The official list.

*Listing*

75. Applications for listing.

76. Decision on application.

77. Discontinuance and suspension of listing.

78. Discontinuance or suspension: procedure.

78A. Discontinuance or suspension at the request of the issuer: procedure

*Listing particulars*

79. Listing particulars and other documents.

80. General duty of disclosure in listing particulars.

81. Supplementary listing particulars.

82. Exemptions from disclosure.

83. Registration of listing particulars.

*Contravention of prohibition relating to public offer of securities*

84. Matters which may be dealt with by prospectus rules

85. Contravention of prohibition relating to public offer of securities

86. Exempt offers to the public and admissions to trading

87. Election to have prospectus

*Approval of prospectus*

87A. Criteria for approval of prospectus by FCA

87B. Exemptions from disclosure

87C. Consideration of application for approval

87D. Procedure for decision to refuse an application for approval

*Transfer of application for approval of a prospectus*

87E. Transfer by FCA of application for approval

87F. Transfer to FCA of application for approval

*Final terms*

87FA. Final terms

87FB. Communication of final terms by FCA

*Supplementary prospectus*

87G. Supplementary prospectus

*Passporting*

87H. Prospectus approved in another EEA State

87I. Provision of information to host Member State

*Transferable securities: powers of FCA*

87J. Requirements imposed as condition of approval

Cited in Grifols SA v Yu
24cv576 Decided 5/11/26
Archived on 5/21/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

87JA. Power to suspend scrutiny of prospectus

87JB. Power to refuse approval of a prospectus

87K. Power to suspend , restrict or prohibit offer to the public

87L. Power to suspend , restrict or prohibit admission to trading on a regulated market

87LA. Power of FCA to suspend or prohibit trading on a trading facility

87M. Public censure of issuer

87N. Right to refer matters to the Tribunal

87O. Procedure under sections 87JA, 87K, 87L and 87LA

87P. Exercise of powers at request of competent authority of another EEA State

*Rights of investors*

87Q. Right of investor to withdraw

*Registered investors*

87R. Register of investors

*Sponsors*

88. Sponsors.

89. Public censure of sponsor.

88A. Disciplinary powers: contravention of s.88(3)(c) or (e)

88B. Action under s.88A: procedure and right to refer to Tribunal

88C. Action under s.88A: statement of policy

88D. Statement of policy under s.88C: procedure

88E. Powers exercisable to advance operational objectives

88F. Action under s.88E: procedure

*Transparency obligations*

89A. Transparency rules

89B. Provision of voteholder information

89C. Provision of information by issuers of transferable securities

89D. Notification of voting rights held by issuer

89E. Notification of proposed amendment of issuer's constitution

89F. Transparency rules: interpretation etc

89G. Transparency rules: other supplementary provisions

*Power of FCA to call for information*

89H. FCA's power to call for information

89I. Requirements in connection with call for information

89J. Power to call for information: supplementary provisions

*Powers exercisable in case of infringement of transparency obligation*

Cited in Grifols SA v Yu
24 Civ 76 Decided 5/11/26
Archived version on 3/21/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

89K. Public censure of issuer

89L. Power to suspend or prohibit trading of securities

89M. Procedure under section 89L

89N. Right to refer matters to the Tribunal

89NA. Voting rights suspension orders

*Corporate governance*

89O. Corporate governance rules

*Primary information providers*

89P. Primary information providers

89Q. Disciplinary powers: contravention of s.89P(4)(b) or (d)

89R. Action under s.89Q: procedure and right to refer to Tribunal

89S. Action under s.89Q: statement of policy

89T. Statement of policy under s.89S: procedure

89U. Powers exercisable to advance operational objectives

89V. Action under s.89U: procedure

89W. Storage of regulated information

*Compensation for false or misleading statements etc*

90. Compensation for statements in listing particulars ...

90ZA. Liability for key investor information

90A. Liability of issuers in connection with published information

90B. Power to make further provision about liability for published information

*Penalties*

91. Penalties for breach of Part 6 rules

92. Procedure.

93. Statement of policy.

94. Statements of policy: procedure.

*Competition*

95. Competition scrutiny.

*Miscellaneous*

96. Obligations of issuers of listed securities.

96A. Disclosure of information requirements

96B. Disclosure rules: persons responsible for compliance

96C. Suspension of trading

97. Appointment by FCA of persons to carry out investigations.

97A. Reporting of infringements

98. Advertisements etc. in connection with listing applications.

99. Fees.

Cited in Gritton Stav Yu 2 Civ576 Decided 5/14/26
Archived on 5/21/26
This document is protected by copyright. Further reproduction is prohibited without permission.

100. Penalties.

100A. Exercise of powers where UK is host member state

101. Listing rules: general provisions.

102. Exemption from liability in damages.

*Interpretative provisions*

102A. Meaning of "securities" etc.

102B. Meaning of "offer of transferable securities to the public" etc.

102C. Meaning of "home State" in relation to transferable securities

103. Interpretation of this Part

**Part VII Control of Business Transfers**

103A. Meaning of "the appropriate regulator"

104. Control of business transfers.

105. Insurance business transfer schemes.

106. Banking business transfer schemes.

106A. Reclaim fund business transfer scheme

106B. Ring-fencing transfer scheme

107. Application for order sanctioning transfer scheme.

108. Requirements on applicants.

109. Scheme reports: insurance business transfer schemes

109A. Scheme reports: ring-fencing transfer schemes

110. Right to participate in proceedings.

111. Sanction of the court for business transfer schemes.

112. Effect of order sanctioning business transfer scheme.

112ZA. Duty of regulator to provide copy of order

112A. Rights to terminate etc.

113. Appointment of actuary in relation to reduction of benefits.

114. Rights of certain policyholders.

114A. Notice of transfer of reinsurance contracts

*Business transfers outside the United Kingdom*

115. Certificates for purposes of insurance business transfers overseas.

116. Effect of insurance business transfers authorised in other EEA States.

*Modifications*

117. Power to modify this Part.

**Part VIII Provisions relating to market abuse**

...

Collapse -

Collapse -

Cited in Grifols SA v. Yu 24-civ516 Decided 5/11/26 Archived on 5/21/26 This documents protected by copyright. Further reproduction is prohibited without permission.

118.  Market abuse.

118A. Supplementary provision about certain behaviour

118B. Insiders

118C. Inside information

...

119.  The code.

120.  Provisions included in the FCA's code by reference to the City Code.

121.  Codes: procedure.

122.  Effect of the code.

*Powers to require information and supplemental provisions*

122A. Power to require information from issuers

122B. General power to require information

122C. Power to require information: supplementary

122D. Entry of premises under warrant

122E. Retention of documents taken under section 122D

122F. Offences

*Other administrative powers*

122G. Publication of information and corrective statements by issuers

122H. Publication of corrective statements generally

122HA. Publication of corrective statements relating to benchmarks

122I. Power to suspend trading in financial instruments

122IA. Power to suspend auctioning of auctioned products on a recognised auction platform

*Administrative sanctions*

123.  Power to impose penalties or issue censure

123A. Power to prohibit individuals from managing or dealing

123B. Suspending permission to carry on regulated activities etc

123C. Exercise of administrative sanctions

*Statement of policy*

124.  Statement of policy.

125.  Statement of policy: procedure.

*Procedure*

126.  Warning notices.

127.  Decision notices and right to refer to Tribunal.

127A. Consultation with the PRA in relation to administrative sanctions

*Miscellaneous*

Cited in Grifols SA v Yu
24Cr-576 Decided 5/11/26
Archived on 5/21/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

128.  Suspension of investigations.

129.  Power of court to impose administrative sanctions in cases of market abuse

130.  Guidance.

130A. Interpretation and supplementary provision

131.  Effect on transactions.

131A. Protected Disclosures

131AA. Reporting of infringements

131AB. Interpretation

131AC. Meaning of "persons closely associated" in the market abuse regulation

131AD. Individual liability in respect of legal persons under Articles 8 and 12 of the market abuse regulation

131AE. Liability for contraventions of Article 14 or 15 of the market abuse regulation

Collapse -    **Part 8A Short selling**

*Short selling rules*

131B. Short selling rules

131C. Short selling rules: definitions etc

131D. Short selling rules: procedure in urgent cases

*Power to require information*

131E. Power to require information

131F. Power to require information: supplementary

131FA. Investigations in support of overseas regulator

131FB. Entry of premises under warrant

131FC. Retention of documents taken under section 131FB

*Breach of short selling regulation etc*

131G. Power to impose penalty or issue censure

131H. Procedure and right to refer to Tribunal

131I. Duty on publication of statement

131J. Imposition of penalties under section 131G: statement of policy

131K. Statement of policy: procedure

131L. Offences

Collapse -    **PART 8B Cash access services**

*Introductory*

131M. Overview

131N. Cash access services and coordination arrangements

131O. Current accounts and relevant current account providers

Cited in Griffls SA v Yu 24Civ576 Decided 5/11/26
Archived on 5/21/26
This document is protected by copyright. Further reproduction is prohibited without permission.

*Cash access policy statement*

131P. Cash access policy statement

131Q. Provision of reports to assist the Treasury

*Designation*

131R. Designation

131S. Designation criteria

131T. Cancellation or variation of a designation notice

*Supervision of designated persons*

131U. Purpose for which FCA must exercise functions under this Part

131V. FCA rules

131W. Power to direct designated persons

131X. Procedure for directions

131Y. Information gathering and investigations

131Z. Disciplinary measures

131Z1. Costs of supervision

131Z2. Exclusion and modification of other FCA duties

**Part IX Hearings and Appeals**

132.  The Financial Services and Markets Tribunal.

133. Proceedings before Tribunal: general provision

133A.  Proceedings before Tribunal: decision and supervisory notices, etc.

133B. Offences

*Legal assistance before the Tribunal*

134.  Legal assistance scheme.

135.  Provisions of the legal assistance scheme.

136.  Funding of the legal assistance scheme.

**PART 9A Rules and Guidance**

**CHAPTER 1 Rule-making powers**

*General rule-making powers of the FCA and the PRA*

137A. The FCA's general rules

137AA. The FCA's general rules: Gibraltar

137B. FCA general rules: clients' money, right to rescind etc.

137C. FCA general rules: cost of credit and duration of credit agreements

137D. FCA general rules: product intervention

137E. Orders under s.137D(1)(b)

137F. Rules requiring participation in benchmark

Collapse -

Collapse -

Cited in Grifols SA v Vu 24-Civ5176 Decided 5/11/26 Archived on 5/24/26 This document is protected by copyright. Further reproduction is prohibited without permission.

137FA. FCA general rules: disclosure of information about pension scheme transaction costs etc

137FAA. FCA general rules: pensions dashboards

137FAB. Pensions dashboards: further provision

137FAC. Sections 137FAA and 137FAB: supplementary

137FB. FCA general rules: disclosure of information about the availability of pensions guidance

137FBA. FCA general rules: advice about transferring or otherwise dealing with annuity payments

137FBB. FCA general rules: early exit pension charges

137FC. FCA rules: disclosure of information about the availability of financial guidance

137FD. FCA general rules: charges for claims management services

137G. The PRA's general rules

137GA. The PRA's general rules: Gibraltar

137H. General rules about remuneration

137I. Remuneration policies: Treasury direction to consider compliance

137J. Rules about recovery plans: duty to consult

137K. Rules about resolution packs: duty to consult

137L. Interpretation of sections 137J and 137K

137M. Special provision relating to adequacy of resolution plans

137N. Recovery plans and resolution packs: restriction on duty of confidence

*Specific rule-making powers*

137O. Threshold condition code

137P. Control of information rules

137Q. Price stabilising rules

137R. Financial promotion rules

137S. Financial promotion rules: directions given by FCA

137SA. Rules to recover expenses relating to the Money and Pensions Service

137SB. Rules to recover debt advice expenses incurred by the devolved authorities

*Supplementary powers*

137T. General supplementary powers

**CHAPTER 2 Rules: modification, waiver, contravention and procedural provisions**
*Modification or waiver of rules*

138A. Modification or waiver of rules

Citeulin Grifols SA v Yu
24Civ576 Decided 5/11/26
Archived on 5/2/26
This document is protected by copyright.
Further reproductions prohibited without permission.

138B. Publication of directions under section 138A

138BA. Disapplication or modification of rules in individual cases

*Contravention of rules*

138C. Evidential provisions

138D. Actions for damages

138E. Limits on effect of contravening rules

*Procedural provisions*

138EA. Matters to consider when making rules

138F. Notification of rules

138G. Rule-making instruments

138H. Verification of rules

138I. Consultation by the FCA

138IA. FCA Cost Benefit Analysis Panel

138IB. Statement of policy in relation to cost benefit analyses

138J. Consultation by the PRA

138JA. PRA Cost Benefit Analysis Panel

138JB. Statement of policy in relation to cost benefit analyses

138K. Consultation: mutual societies

138L. Consultation: general exemptions

138M. Consultation: exemptions for temporary product intervention rules

138N. Temporary product intervention rules: statement of policy

138O. Statement of policy under section 138N: procedure

**CHAPTER 2A Technical Standards**

138P. Technical standards

138Q. Standards instruments

138R. Treasury approval

138S. Application of Chapters 1 and 2

**CHAPTER 3 Guidance**

139A. Power of the FCA to give guidance

139B. Notification of FCA guidance to the Treasury

**CHAPTER 4 Competition scrutiny**

140A. Interpretation

140B. Advice about effect of regulating provision or practice

140C. Consultation with regulator

140D. Investigation powers of CMA

140E. Publication by CMA of section 140B advice

Cited in Griels SA v Yu
24Civ576 Decided 5/21/26
Archived on 5/21/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

140F. Duty of CMA to send report to regulator

140G. Duty of regulator to publish response

140H. Role of the Treasury

**CHAPTER 5 Power to make consequential amendments**

141A. Power to make consequential amendments of references to rules etc.

141B. Power to consequentially amend enactments

**PART 9B Ring-fencing**

*Introductory*

142A. "Ring-fenced body"

142B. Core activities

142C. Core services

142D. Excluded activities

142E. Power of Treasury to impose prohibitions

142F. Orders under section 142A, 142B, 142D or 142E

*Ring-fenced bodies not to carry on excluded activities or contravene prohibitions*

142G. Ring-fenced bodies not to carry on excluded activities or contravene prohibitions

*Ring-fencing rules*

142H. Ring-fencing rules

142I. Powers of Treasury in relation to ring-fencing rules

142J. Review of ring-fencing rules etc.

*Group restructuring powers*

142K. Cases in which group restructuring powers become exercisable

142L. Group restructuring powers

142M. Procedure: preliminary notices

142N. Procedure: warning notice and decision notice

142O. References to Tribunal

142P. Subsequent variation of requirement or direction

142Q. Consultation etc. between regulators

142R. Relationship with regulators' powers under Parts 4A and 12A

*Failure of parent undertaking to comply with direction*

142S. Power to impose penalty or issue censure

142T. Procedure and right to refer to Tribunal

142U. Duty on publication of statement

142V. Imposition of penalties under section 142S: statement of policy

Collapse -

Cited in Grifols SA v PL 24Civ576 Decided 5/11/26 Archived on 5/21/26 This document is protected by copyright. Further reproduction is prohibited without permission.

*Pension liabilities*

142W. Pension liabilities

142X. Further interpretative provisions for section 142W

*Loss-absorbency requirements*

142Y. Power of Treasury in relation to loss-absorbency requirements

*General*

142Z. Affirmative procedure in relation to certain orders under Part 9B

142Z1. Interpretation of Part 9B

Collapse -     **PART 9C Prudential regulation of FCA investment firms**

*Interpretation*

143A. FCA investment firms

143B. Other terms used in this Part

*Rules*

143C. Duty to make rules applying to FCA investment firms

143D. Duty to make rules applying to parent undertakings

143E. Powers to make rules applying to parent undertakings

143F. Part 9C rules

143G. Matters to consider when making Part 9C rules

143H. Explanation to accompany consultation on rules

143I. Exceptions from sections 143G and 143H

*Requirement to have UK parent undertaking*

143J. Requirement to have UK parent undertaking

*Imposition of requirements on non-authorised parent undertakings*

143K. Imposition of requirements on non-authorised parent undertakings

143L. Applications under section 143K

143M. Determination of applications under section 143K

143N. Refusal of applications under section 143K

143O. Exercise of own-initiative power under section 143K

143P. Right to refer matters to the Tribunal

143Q. Assets requirements

*Control of managers etc of non-authorised parent undertakings*

143R. Managers of non-authorised parent undertakings

143S. Part 9C prohibition orders

143T. Procedure for making a Part 9C prohibition order

143U. Varying and withdrawing a Part 9C prohibition order

143V. Offence of breaching a Part 9C prohibition order

Cited in Grifols SA v Yu
24Cv576 Decided 2/11/26
Archived on 5/21/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

*Disciplinary measures for non-authorised parent undertakings*

143W. Disciplinary measures

143X. Procedure for disciplinary measures

143Y. Statement of policy for penalties under section 143W

143Z. Procedure for statement of policy

Collapse -    **PART 9D Prudential regulation of credit institutions etc**

*Interpretation*

144A. CRR rules

144B. Terms used in this Part

*Making CRR rules*

144C. Matters to consider when making CRR rules

144D. Explanation to accompany consultation on CRR rules

144E. Exceptions from sections 144C and 144D etc

144F. Power to consequentially amend enactments

*Content of CRR rules*

144G. Disapplication or modification of CRR rules in individual cases

144H. Relationship with the capital requirements regulation

Collapse -    **Part X Rules and Guidance**

**Chapter I Rule-making Powers**

138.  General rule-making power.

139.  Miscellaneous ancillary matters.

139A. General rules about remuneration

139B. Rules about recovery plans

139C. Rules about resolution plans

139D. Sections 139B and 139C: interpretation

139E. Rules about recovery and resolution plans: supplementary provision

139F. Special provision in relation to resolution plans

140.  Restriction on managers of certain collective investment schemes.

141.  Insurance business rules.

142.  Insurance business: regulations supplementing Authority's rules.

143.  Endorsement of codes etc.

*Specific rules*

144.  Price stabilising rules.

145.  Financial promotion rules.

146.  Money laundering rules.

Cited in Grifols SA v Yu
24Civ576 Decided 5/11/26
Archived on 5/21/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

147. Control of information rules.

*Modification or waiver*

148. Modification or waiver of rules.

*Contravention of rules*

149. Evidential provisions.

150. Actions for damages.

151. Limits on effect of contravening rules.

*Procedural provisions*

152. Notification of rules to the Treasury.

153. Rule-making instruments.

154. Verification of rules.

155. Consultation.

156. General supplementary powers.

**Chapter II Guidance**

157. Guidance.

158. Notification of guidance to the Treasury.

158A. Guidance on outsourcing by investment firms and credit institutions

**Chapter III Competition Scrutiny**

159. Interpretation.

160. Reports by OFT.

161. Power of OFT to request information.

162. Consideration by Competition Commission.

163. Role of the Treasury.

164. The Competition Act 1998.

**Part XI Information Gathering and Investigations**

*Powers to gather information*

165. Regulators power to require information : authorised persons etc.

165A. PRA's power to require information: financial stability

165B. Safeguards etc in relation to exercise of power under section 165A

165C. Orders under section 165A(2)(d)

166. Reports by skilled persons.

166A. Appointment of skilled person to collect and update information

*Appointment of investigators*

167. Appointment of persons to carry out general investigations.

Collapse -

Cited in Grifols SA v Yu
24Civ576 Decided 5/11/26

Archived on 5/21/26

This document is protected by copyright.
Further reproduction is prohibited without permission.

168. Appointment of persons to carry out investigations in particular cases.

*Assistance to overseas regulators*

169. Investigations etc. in support of overseas regulator.

169A. Support of overseas regulator with respect to financial stability

*Conduct of investigations*

170. Investigations: general.

171. Powers of persons appointed under section 167.

172. Additional power of persons appointed as a result of section 168(1) , (4) or (4B).

173. Powers of persons appointed as a result of section 168(2).

174. Admissibility of statements made to investigators.

175. Information and documents: supplemental provisions.

176. Entry of premises under warrant.

176A. Retention of documents taken under section 176

*Offences*

177. Offences.

*Interpretation*

177A. Interpretation of Part 11

**Part XII Control Over Authorised Persons**

*Notices of acquisitions of control over UK authorised persons*

178. Obligation to notify the appropriate regulator: acquisitions of control

179. Requirements for section 178 notices

180. Acknowledgment of receipt

*Acquiring control and other changes of holding*

181. Acquiring control

182. Increasing control

183. Reducing or ceasing to have control

184. Disregarded holdings

*Assessment procedure*

185. Assessment: general

186. Assessment criteria

187. Approval with conditions

187A. Assessment: consultation by PRA with FCA

187B. Assessment: consultation by FCA with PRA

187C. Variation etc of conditions

188. Assessment: consultation with EC competent authorities

Collapse -

Cited in Grifols SA v Yu
24CV576 Decided 5/11/26
Archived on 5/21/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

189. Assessment: Procedure

190. Requests for further information

190A. Assessment and resolution

191. Duration of approval

*Enforcement procedures*

191A. Objection by the appropriate regulator

191B. Restriction notices

191C. Orders for sale of shares

*Notice of reductions of control of UK authorised persons*

191D. Obligation to notify the appropriate regulator: dispositions of control

191E. Requirements for notices under section 191D

*Offences*

191F. Offences under this Part

*Interpretation*

191G. Interpretation

*Miscellaneous*

192.  Power to change definitions of control etc.

**PART 12A Powers exercisable in relation to parent undertakings**

*Introductory*

192A. Meaning of "qualifying authorised person"

192B. Meaning of "qualifying parent undertaking"

*Power of direction*

192C. Power to direct qualifying parent undertaking

192D. Requirements that may be imposed

192E. Direction: procedure

192F. Consultation between regulators

192G. References to Tribunal

192H. Statement of policy: directions under section 192C

192I. Statement of policy relating to directions: procedure

*Rules requiring provision of information by parent undertakings*

192J. Rules requiring provision of information by parent undertakings

*Rules applying to parent undertakings of ring-fenced bodies*

192JA. Rules applying to parent undertakings of ring-fenced bodies

*Rules requiring parent undertakings to facilitate resolution*

192JB. Rules requiring parent undertakings to facilitate resolution

*Failure to comply with direction or breach of rules*

Collapse -

Cited in Grifols v A v Yu
24 Cv 576 Decided 3/11/26
Archived on 5/21/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

192K. Power to impose penalty or issue censure

192L. Procedure and right to refer to Tribunal

192M. Duty on publication of statement

192N. Imposition of penalties under section 192K: statement of policy

Collapse -    **PART 12B Approval of certain holding companies**

*Interpretation*

192O. Interpretation

*Approval*

192P. Requirement for approval

192Q. Application for approval or exemption

192R. Grant of approval

192S. Regulator's duty to monitor

192T. Measures

192U. Directions: procedure

192V. Rules imposing consolidated or sub-consolidated requirements

192W. Consultation between regulators

192X. References to Tribunal

*Rules*

192XA. Rules applying to holding companies

192XB. Procedural provision

192XC. Disapplication or modification of rules in individual cases

192Y. Power to impose penalty or issue censure

192Z. Procedure and right to refer to Tribunal

192Z1. Duty on publication of statement

192Z2. Directions and penalties: statement of policy

192Z3. Statement of policy relating to directions: procedure

Collapse -    **Part XIII Incoming Firms: Intervention by FCA or PRA**

*Interpretation*

193.  Interpretation of this Part.

194.  General grounds on which power of intervention is exercisable.

194A.  Contravention by relevant EEA firm with UK branch of requirement under markets in financial instruments directive: appropriate regulator primarily responsible for securing compliance

194B. Contravention by relevant EEA firm of requirement in capital requirements directive or capital requirements regulation

Cited in Grifols SA v Yu 24Civ576 Decided 5/11/26 Archived on 5/21/26 This document is protected by copyright. Further reproduction is prohibited without permission.

194C. Contravention by relevant EEA firm with UK branch of requirement in mortgages directive: appropriate regulator primarily responsible for securing compliance

194D. Contravention by relevant EEA firm of requirement in insurance distribution directive: appropriate regulator primarily responsible for securing compliance

195.  Exercise of power in support of overseas regulator.

195A. Contravention by relevant EEA firm , EEAUCITS or EEAAIFM of directive requirements: home state regulator primarily responsible for securing compliance

195B. Contravention by relevant EEA firm of requirement in mortgages directive: home state regulator primarily responsible for securing compliance

195C. Contravention by relevant EEA firm of requirement in insurance distribution directive: home state regulator primarily responsible for securing compliance

196.  The power of intervention.

*Exercise of power of intervention*

197.  Procedure on exercise of power of intervention.

198.  Power to apply to court for injunction in respect of certain overseas insurance companies.

199.  Additional procedure for EEA firms in certain cases.

199A. Management companies: loss of authorisation

*Supplemental*

200.  Rescission and variation of requirements.

201. Effect of certain requirements on other persons

202.  Contravention of requirement imposed under this Part.

*Powers of Office of Fair Trading*

203.  Power to prohibit the carrying on of Consumer Credit Act business.

204.  Power to restrict the carrying on of Consumer Credit Act business.

**PART 13A Enhanced supervision of firms exercising rights under the Insurance Distribution Directive**

203A. Insurance distribution directive: enhanced supervision of EEA firms by UK regulators

203B. Insurance distribution directive: enhanced supervision of UK firms by an EEA regulator

203C. Modification or waiver of rules where firm subject to enhanced supervision

203D. Publication of directions under section 203C

**Part XIV Disciplinary Measures**

Collapse -

Collapse -

Cited in Gritols SA v Ind 24Civ376 Decided 5/11/26 Archived on 5/21/26 This document is protected by copyright. Further reproduction is prohibited without permission.

204A. Meaning of "relevant requirement" and "appropriate regulator"

205. Public censure.

206. Financial penalties.

206A. Suspending permission to carry on regulated activities etc

206B. Prohibition or restriction on carrying on of relevant designated activities

207. Proposal to take disciplinary measures.

208. Decision notice.

208A. Applications under section 206B(4): procedure and right to refer to Tribunal

209. Publication.

210. Statements of policy.

211. Statements of policy: procedure.

**Part XV The Financial Services Compensation Scheme**

*The scheme manager*

212. The scheme manager.

*The scheme*

213. The compensation scheme.

*Provisions of the scheme*

214. General.

214A. Contingency funding.

214B. Contribution to costs of special resolution regime

214C. Limit on amount of special resolution regime payments

214D. Contributions under section 214B: supplementary

214E. Recapitalisation payments

214F. Recapitalisation payment: report

214G. Notification to Parliamentary Committees

214H. Reimbursement in respect of a recapitalisation payment

215. Rights of the scheme in insolvency

215A. Continuity etc. of funeral plan contracts

215B. Scheme manager's power to require assistance from liquidator etc. in relation to funeral plan contracts

216. Continuity of long-term insurance policies.

217. Insurers in financial difficulties.

217ZA. Insurers subject to write-down orders

217ZB. Recovery of financial assistance under section 217ZA

*Relationship with the regulators*

217A. Co-operation

*Annual plan and report*

Collapse -

Cited in Grifols SA v Yu 24Civ576 Decided 5/11/26 Archived on 5/21/26 This document is protected by copyright. Further reproduction prohibited without permission.

217B. Annual plan

218.  Annual report.

218ZA. Audit of accounts

*Information and documents*

218A. Regulators' power to require information

218B. Treasury's power to require information from scheme manager

219. Scheme manager's power to require information.

220. Scheme manager's power to inspect information held by liquidator etc.

220A. Power to inspect information held by write-down manager

221. Powers of court where information required.

*Miscellaneous*

221A. Delegation of functions

222.  Statutory immunity.

223. Management expenses.

223A. Investing in National Loans Fund

223B. Borrowing from National Loans Fund

223C. Payments in error

224. Scheme manager's power to inspect documents held by Official Receiver etc.

224ZA. Discharge of functions

224A. Functions under the Banking Act 2009

**Part 15A Power to require FSCS manager to act in relation to other schemes**

*Introduction*

224B. Meaning of "relevant scheme" etc

*Power to require FSCS manager to act*

224C. Power to require FSCS manager to act on behalf of manager of relevant scheme

224D. Cases where FSCS manager may decline to act

224E. Grounds for declining to act

*Rules*

224F. Rules about relevant schemes

**Part XVI The Ombudsman Scheme**

*The scheme*

225.  The scheme and the scheme operator.

226.  Compulsory jurisdiction.

226A. Consumer credit jurisdiction

Collapse -

Collapse -

Cited in Grifols SA v Yu 24Civ576 Decided 3/11/26 Archived on 5/21/26 This document is protected by copyright. Further reproduction is prohibited without permission.

227. Voluntary jurisdiction.

*Determination of complaints*

228. Determination under the compulsory jurisdiction.

229. Awards.

230. Costs.

230A. Reports of determinations

*Information*

231. Ombudsman's power to require information.

232. Powers of court where information required.

232A. Scheme operator's duty to provide information to FCA

233. Data protection.

*Funding*

234. Industry funding.

234A. Funding by consumer credit licensees etc.

*Successors to businesses*

234B. Transfers of liability

**PART 16A Consumer protection and competition**

*Super-complaints and references to FCA*

234C. Complaints by consumer bodies

234D. Reference by scheme operator or regulated person

234E. Response by FCA

234F. Section 234E: exceptions

234G. Guidance

*Competition*

234H. Power of FCA to make request to Competition and Markets Authority

234I. The FCA's functions under Part 4 of the Enterprise Act 2002

234J. The FCA's functions under the Competition Act 1998

234K. Duty to consider exercise of powers under Competition Act 1998

234L. Provision of information and assistance to a CMA group

234M. Function of keeping market under review

234N. Exclusion of general duties

234O. Supplementary provision

**Part XVII Collective Investment Schemes**

**Chapter I Interpretation**

235. Collective investment schemes.

235A. Contractual schemes

Collapse -

Collapse -

Cited in Gritas Savy Yu
24 Civ576 Decided 5/21/26
Archived on 5/21/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

236. Open-ended investment companies.

236A. Meaning of "UCITS"

237. Other definitions.

**Chapter II Restrictions on Promotion**

238. Restrictions on promotion.

239. Single property schemes.

240. Restriction on approval of promotion.

241. Actions for damages.

**CHAPTER 2A PROHIBITION ON ISSUE OF BEARER UNITS**

241A. Bearer units no longer to be issued

**Chapter III Authorised Unit Trust Schemes**

*Applications for authorisation*

242. Applications for authorisation of unit trust schemes.

243. Authorisation orders : authorised unit trust schemes.

243A. Authorisation orders: authorised money market funds

244. Determination of applications.

*Applications refused*

245. Procedure when refusing an application.

*Certificates*

246. Certificates.

*Rules*

247. Trust scheme rules.

248. Scheme particulars rules.

249. Disciplinary measures.

250. Modification or waiver of rules.

*Alterations*

251. Alteration of schemes and changes of manager or trustee.

252. Procedure when refusing approval of a proposal under section 251.

252A. Proposal to convert to a non-feeder UCITS

*Exclusion clauses*

253. Avoidance of exclusion clauses.

*Ending of authorisation*

254. Revocation of authorisation order otherwise than by consent.

255. Procedure.

256. Requests for revocation of authorisation order.

*Powers of intervention*

257. Directions.

Cited in Grifols SA v Yu
24Civ576 Decided 5/11/26
Archived on 5/21/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

258. Applications to the court.

258A. Winding up or merger of master UCITS

259. Procedure on giving directions under section 257 or 258A and varying them on FCA's own initiative.

260. Procedure: refusal to revoke or vary direction.

261. Procedure: revocation of direction and grant of request for variation.

261A. Information for home state regulator

261B. Information for feeder UCITS

**CHAPTER 3A AUTHORISED CONTRACTUAL SCHEMES**

*Applications for authorisation*

261C. Applications for authorisation of contractual schemes

261D. Authorisation orders : authorised contractual schemes

261E. Authorised contractual schemes: holding of units

261EA. Authorisation orders: authorised money market funds

261F. Determination of applications

*Applications refused*

261G. Procedure when refusing an application

*Certificates*

261H. Certificates

*Rules*

261I. Contractual scheme rules

261J. Contractual scheme particulars rules

261K. Disciplinary measures

261L. Modification or waiver of rules

*Co-ownership schemes: rights and liabilities of participants*

261M. Contracts

261N. Effect of becoming or ceasing to be a participant

261O. Limited liability

261P. Segregated liability in relation to umbrella co-ownership schemes

*Alterations*

261Q. Alteration of contractual schemes and changes of operator or depositary

261R. Procedure when refusing approval of a proposal under section 261Q

261S. Proposal to convert to a non-feeder UCITS

*Exclusion clauses*

261T. Avoidance of exclusion clauses

Cited in Grifon SA v Yu 24Civ576 Decided 5/11/26

Archived on 5/21/26

This document is protected by copyright. Further reproduction is prohibited without permission.

*Ending of authorisation*

261U. Revocation of authorisation order otherwise than by consent

261V. Procedure for revoking authorisation order

261W. Requests for revocation of authorisation order

*Powers of intervention*

261X. Directions

261Y. Applications to the court

261Z. Winding up or merger of master UCITS

261Z1. Procedure on giving directions under section 261X or 261Z and varying them on FCA's own initiative

261Z2. Procedure: refusal to revoke or vary direction

261Z3. Procedure: revocation of direction and grant of request for variation

261Z4. Information for home state regulator

261Z5. Information for feeder UCITS

**CHAPTER 3B Unauthorised co-ownership AIFs**

261Z6. Power to make provision about unauthorised co-ownership AIFs

**Chapter IV Open-ended Investment Companies**

262. Open-ended investment companies.

263. Amendment of section 716 Companies Act 1985.

**Chapter V Recognised Overseas Schemes**

*Schemes constituted in other EEA States*

264. Schemes constituted in other EEA States.

265. Representations and references to the Tribunal.

266. Disapplication of rules.

267. Power of FCA to suspend promotion of scheme.

268. Procedure on giving directions under section 267 and varying them on FCA's own initiative.

269. Procedure on application for variation or revocation of direction.

...

270. Schemes authorised in designated countries or territories.

271. Procedure.

*Schemes authorised in approved countries*

271A. Schemes authorised in approved countries

271B. Approval of country: equivalent protection afforded to participants

271C. Approval of country: regulatory co-operation

Cited in Grifols S.A v Vu 24Civ576 Decided 3/11/26 Archived on 5/21/26 This document is protected by copyright. Further reproduction is prohibited without permission.

271D. Report by the FCA in relation to approval

271E. Power to impose requirements on schemes

271F. Application for recognition to the FCA

271G. Determination of applications

271H. Procedure when determining an application

271I. Obligations on operator of a section 271A scheme

271J. Provision of information to the FCA

271K. Rules as to scheme particulars

271L. Suspension of recognition

271M. Procedure when suspending recognition

271N. Revocation of recognition on the FCA's initiative

271O. Requests for revocation of recognition

271P. Obligations on operator where recognition is revoked or suspended

271Q. Effect of variation or revocation of Treasury regulations

271R. Public censure

271S. Recognition of parts of schemes under section 271A

*Individually recognised overseas schemes*

272.  Individually recognised overseas schemes.

273.  Matters that may be taken into account.

274.  Applications for recognition of individual schemes.

275.  Determination of applications.

276.  Procedure when refusing an application.

277.  Alteration of schemes and changes of operator, trustee or depositary.

277A. Regular provision of information relating to compliance with requirements for recognition

...

278.  Rules as to scheme particulars.

279.  Revocation of recognition.

280.  Procedure.

281.  Directions.

282.  Procedure on giving directions under section 281 and varying them otherwise than as requested.

282A. Obligations on operator where recognition is revoked or suspended

282B. Public censure

282C. Recognition of parts of schemes under section 272

*Facilities and information in UK*

Cited in Grids Su v Yu
2 Civ376 Decided 5/14/26
Archived on 3/21/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

283.  Facilities and information in UK.

## CHAPTER 5A MASTER-FEEDER STRUCTURES

283A. Master-feeder structures

283B. Reports on derivative instruments

### Chapter VI Investigations

284.  Power to investigate.

Collapse -

## PART 17A Transformer Vehicles

284A. Transformer vehicles

Collapse -

## Part XVIII Recognised investment exchanges, clearing houses , CSDs and other parties

### Chapter I Exemption

*General*

285. Exemption for recognised bodies etc.

285A. Powers exercisable in relation to recognised bodies etc

286. Qualification for recognition.

*Applications for recognition*

287. Application by an investment exchange.

287A. Application by an investment exchange: persons connected with an applicant

288. Application by a clearing house

288A. Application by a central securities depository

289. Applications: supplementary.

290. Recognition orders.

290ZA. Variation of central counterparty recognition order

290ZB. Variation of CSD recognition order

290A. Refusal of recognition on ground of excessive regulatory provision

291. Liability in relation to recognised body's regulatory functions.

292. Overseas investment exchanges and overseas clearing houses.

*Publication of information by recognised investment exchange*

292A. Publication of information by recognised investment exchange

*Supervision*

293. Notification requirements.

293A. Information: compliance with specified requirements

294. Modification or waiver of rules.

295. Notification: overseas investment exchanges and overseas clearing houses.

Cited in Grifols SA v Yu 24Cr 576 Decided 5/11/26 Archived on 5/21/26 This document is protected by copyright. Further reproduction is prohibited without permission.

295A. On-site inspection of United Kingdom branches of third country CSDs

296. Appropriate regulator's power to give directions.

296A. Additional power to direct recognised central counterparties

297. Revoking recognition.

298. Directions and revocation: procedure.

299. Complaints about recognised bodies.

300. Extension of functions of Tribunal.

*Power to disallow excessive regulatory provision*

300A. Power of appropriate regulator to disallow excessive regulatory provision

300B. Duty to notify proposal to make regulatory provision

300C. Restriction on making provision before appropriate regulator decides whether to act

300D. Consideration by appropriate regulator whether to disallow proposed provision

300E. Power to disallow excessive regulatory provision: supplementary

*General rule-making powers*

300F. Rules relating to central counterparties and central securities depositories

300G. Section 300F rules in relation to overseas FMI entities

300H. Rules relating to investment exchanges and data reporting service providers

*Bank of England rules*

300I. Duty of Bank of England to review rules

300J. Statement of policy relating to review of rules

300K. Requirement to review specified rules

300L. Report on certain reviews

300M. Power of Treasury to require making of rules by regulations

*Other matters*

301. Supervision of certain contracts.

**CHAPTER 1A CONTROL OVER RECOGNISED INVESTMENT EXCHANGE**

*Notices of acquisitions of control over recognised investment exchanges*

301A. Obligation to notify the FCA: acquisitions of control

301B. Requirements for section 301A notices

301C. Acknowledgment of receipt

*Acquiring and increasing control*

301D. Acquiring and increasing control

Cited in Grifols SA v Yas
24Cr 576 Decided 5/11/26
Archived on 5/21/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

301E. Disregarded holdings

*Assessment procedure*

301F. Assessment: general

301G. Assessment: Procedure

301H. Duration of approval

*Enforcement procedures*

301I. Objections by the FCA

301J. Restriction notices

301K. Orders for sale of shares

*Offences*

301L. Offences under this Chapter

*Interpretation*

301M. Interpretation

**Chapter II Competition Scrutiny**

302. Interpretation.

*Role of Office of Fair Trading*

303. Initial report by OFT.

304. Further reports by OFT.

305. Investigations by OFT.

*Role of Competition Commission*

306. Consideration by Competition Commission.

*Role of the Treasury*

307. Recognition orders: role of the Treasury.

308. Directions by the Treasury.

309. Statements by the Treasury.

310. Procedure on exercise of certain powers by the Treasury.

**CHAPTER 2A Performance of functions of recognised bodies**

*Relevant recognised bodies*

309A. Recognised bodies to which this Chapter applies

*Prohibition*

309B. Part 18 prohibition orders

309C. Procedure for making Part 18 prohibition orders

309D. Varying and withdrawing Part 18 prohibition orders

309E. Offence of breaching prohibition

309F. Duty in relation to prohibited individuals

*Approval*

309G. Requirement for approval

309H. Rules under section 309G(3): transitional provision

Cited in Grifols SA v Yu 2 Civ276 Decided 5/11/26
Archived on 5/21/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

309I. Applications for approval

309J. Vetting by relevant recognised bodies

309K. Determining applications: power to grant approval

309L. Determining applications: period for approval

309M. Determining applications: further procedure

309N. Changes in responsibilities

309O. Withdrawing approval

309P. Procedure for withdrawing approval

309Q. Varying approval at request of relevant recognised body

309R. Varying approval on the appropriate regulator's initiative

309S. Statement of policy on approval

309T. Breach of statutory duty by relevant recognised bodies

309U. Power to impose penalties

309V. Procedure for imposing penalties

309W. Statement of policy on penalties

309X. Procedure for statement of policy on penalties

*Certification of employees*

309Y. Certification of employees by relevant recognised bodies

309Z. Issuing certificates

*Rules of conduct*

309Z1. Rules of conduct

*Disciplinary action by appropriate regulator*

309Z2. Power to take disciplinary action for misconduct

309Z3. Meaning of "misconduct"

309Z4. Procedure for disciplinary action

309Z5. Statement of policy about disciplinary action

309Z6. Procedure for statement of policy about disciplinary action

*Interpretation*

309Z7. Interpretation of Chapter 2A

*Application of this Chapter to credit rating agencies*

309Z8. Power to apply this Chapter to credit rating agencies

**Chapter III Exclusion from the Competition Act 1998**

311. The Chapter I prohibition.

312. The Chapter II prohibition.

**CHAPTER 3A PASSPORT RIGHTS**

*EEA market operators in United Kingdom*

312A. Exercise of passport rights by EEA market operator

312B. Removal of passport rights from EEA market operator

Cited in Grinds SA v IU
24Civ576 Decided 5/11/26
Archived on 5/21/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

Financial Services and Markets Act 2000

*Recognised investment exchanges operating in EEA States (other than the United Kingdom)*

312C. Exercise of passport rights by recognised investment exchange

*Interpretation*

312D. Interpretation of Chapter 3A

**CHAPTER 3B Disciplinary measures in respect of recognised bodies**

312E. Public censure

312F. Financial penalties

312FA. Central securities depositories: further disciplinary measures

312G. Proposal to take disciplinary measures

312H. Decision notice

312I. Publication

312J. Statement of policy

312K. Statement of policy: procedure

**CHAPTER 3C Critical third parties**

312L. Critical third parties

312M. Power to make rules

312N. Power of direction

312O. Directions: procedure

312P. Information gathering and investigations

312Q. Power of censure

312R. Disciplinary measures

312S. Procedure and right to refer to Tribunal

312T. Statement of policy relating to disciplinary measures

312U. Duty to ensure co-ordinated exercise of functions etc

312V. Memorandum of understanding

312W. Application of provisions of this Act to this Chapter

**Chapter IV**
*Interpretation*

313. Interpretation of Part XVIII.

**Part 18A SUSPENSION AND REMOVAL OF FINANCIAL INSTRUMENTS FROM TRADING**

313A. FCA's power to require suspension or removal of financial instruments from trading

313B. Suspension or removal of financial instruments from trading: procedure

313BA. Procedure following consideration of representations

Collapse -

Cited in Grifols SA v Yu 24Civ576 Decided 5/11/26 Archived on 5/21/26 This document is protected by copyright. Further reproduction is prohibited without permission.

313BB. Revocation of requirements: applications by institutions

313BC. Decisions on applications for revocation by institutions

313BD. Revocation of requirements: applications by issuers

313BE. Decisions on applications for revocation by issuers

313C. Notification in relation to suspension or removal of a financial instrument from trading

313CA. Suspension or removal of financial instruments from trading: notification and trading on other venues

313CB. Suspension or removal of a financial instrument from a trading by a trading venue: FCA duties

313CBA. Significant damage to investors' interests or orderly functioning of market

313CC. Suspension or removal of a financial instrument from trading in another EEA state: FCA duties

313D. Interpretation of Part 18A

**Part XIX Lloyd's**

*General*

314.  Regulators' general duty.

314A. The PRA's objectives in relation to Lloyd's etc

*The Society*

315. The Society: regulated activities

*Power to apply Act to Lloyd's underwriting*

316.  Direction by a regulator

317.  The core provisions.

318.  Exercise of powers through Council.

319.  Consultation.

*Former underwriting members*

320.  Former underwriting members.

321.  Requirements imposed under section 320.

322.  Rules applicable to former underwriting members.

*Transfers of business done at Lloyd's*

323.  Transfer schemes.

*Supplemental*

324.  Interpretation of this Part.

**Part XX Provision of Financial Services by Members of the Professions**

325.  FCA's general duty.

326.  Designation of professional bodies.

327.  Exemption from the general prohibition.

328.  Directions in relation to the general prohibition.

Collapse -

Collapse -

Cited in Grifols SA v Yu
24-civ576 Decided 5/11/26
Archived on 5/21/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

329. Orders in relation to the general prohibition.

330. Consultation.

331. Procedure on making or varying orders under section 329.

332. Rules in relation to persons to whom the general prohibition does not apply.

333. False claims to be a person to whom the general prohibition does not apply.

Collapse -

**PART 20A PENSIONS GUIDANCE**

333A. Introduction and definitions

*Giving of pensions guidance*

333B.  Secretary of State's role in relation to pensions guidance

333C. Giving of pensions guidance

333D. Financial assistance to bodies involved in giving pensions guidance

*Designation of guidance providers*

333E. Designation of providers of pensions guidance

*Co-operation and information sharing*

333F. Co-operation and information sharing

*False claims when giving pensions guidance*

333G. Offence of falsely claiming to be giving pensions guidance under arrangements made with Secretary of State

*Standards for giving of pensions guidance by designated guidance providers*

333H. Standards for giving of pensions guidance by designated guidance providers

333I. Monitoring of compliance with standards by designated guidance providers

333J. Failure by designated guidance providers to comply with standards: FCA recommendations

333K. FCA policy on making recommendations under section 333J

333L. FCA policy on making recommendations under section 333J: procedure

333M. Failure by designated guidance providers to comply with standards: ... directions

333N. Directions to designated guidance providers under section 333M: relationship with power to revoke a designation

*FCA's duties and power to give guidance*

333O. FCA's duties

333P. Power of the FCA to give guidance

*Funding of pensions guidance*

Cited in Grifols SA v Yu
2 Civ 316 decided 5/11/26
Archived on 3/21/26
This document is protected by copyright.
Further reproductions prohibited without permission.

333Q. Funding of FCA's pensions guidance costs

333R. Funding of Secretary of State's pensions guidance costs

Collapse -  **PART 20B Illegal Money Lending**

333S. Financial assistance for action against illegal money lending

333T. Funding of action against illegal money lending

Collapse -  **Part XXI Mutual Societies**

*Friendly societies*

334.  The Friendly Societies Commission.

335.  The Registry of Friendly Societies.

*Building societies*

336.  The Building Societies Commission.

337.  The Building Societies Investor Protection Board.

*Industrial and provident societies and credit unions*

338.  Industrial and provident societies and credit unions.

*Supplemental*

339.  Supplemental provisions.

Collapse -  **Part XXII Auditors and Actuaries**

*General duties of regulator*

339A. General duties of PRA in relation to auditors

339B.  Duty to meet auditors of certain institutions

339C. PRA-authorised persons to which this section applies

*Appointment*

340. Appointment.

*Information*

341.  Access to books etc.

342.  Information given by auditor or actuary to a regulator.

343.  Information given by auditor or actuary to a regulator: persons with close links.

344.  Duty of auditor or actuary resigning etc. to give notice.

*Disciplinary measures*

345.  Disciplinary measures: FCA

345A. Disciplinary measures: PRA

345B. Procedure and right to refer to Tribunal

345C. Duty on publication of statement

345D. Imposition of penalties on auditors or actuaries: statement of policy

345E. Statements of policy: procedure

*Offence*

Cited in Grifols SA v Yu 24CIv576 Decided 5/11/26
Archived on 7/21/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

346. Provision of false or misleading information to auditor or actuary.

Collapse -    **Part XXIII Public Record, Disclosure of Information and Co-operation**

*The public record*

347. The record of authorised persons etc.

347A. Duty of PRA to disclose information relevant to the record

*Disclosure of information*

348. Restrictions on disclosure of confidential information by FCA, PRA etc.

349. Exceptions from section 348.

350. Disclosure of information by the Inland Revenue.

351. Competition information.

351A. Disclosure under the UCITS directive

352. Offences.

353. Removal of other restrictions on disclosure.

*Information received from Bank of England*

353A. Information received from Bank of England

*Co-operation*

354.  Authority's duty to co-operate with others.

354A. FCA's duty to co-operate with others

354B. PRA's duty to co-operate with others

354C. PRA's duty to provide information to Bank of England

*Provision of information to ESMA, the Commission and other EEA States*

354D. Information under the markets in financial instruments directive

354E. Competent authorities under the markets in financial instruments directive: designation and co-operation

354F. Information under the transparency obligations directive

354G. Information under the UCITS directive

354H. Information under the Insurance Distribution Directive

Collapse -    **Part XXIV Insolvency**

*Interpretation*

355.  Interpretation of this Part.

*Arrangements and reconstructions: companies in financial difficulty*

355A. Powers of FCA and PRA to participate in proceedings

355B. Enforcement of requirements imposed by section 355A

*Voluntary arrangements*

356.  Powers of FCA and PRA to participate in proceedings: company voluntary arrangements.

Citation Ginfols SA v Xu
24Cr.576 Decided 5/11/26
Archived on 5/21/26
This document is protected by copyright.
Further reproductions prohibited without permission.

357.  Powers of FCA and PRA to participate in proceedings: individual voluntary arrangements.

358.  Powers of FCA and PRA to participate in proceedings: trust deeds for creditors in Scotland.

*Administration orders*

359.  Administration order

360. Insurers.

361. Administrator's duty to report to FCA and PRA

362.  Powers of FCA and PRA to participate in proceedings.

362A.  Administrator appointed by company or directors

*Receivership*

363.  Powers of FCA and PRA to participate in proceedings.

364.  Receiver's duty to report to FCA and PRA

*Voluntary winding up*

365.  Powers of FCA and PRA to participate in proceedings.

366.  Insurers effecting or carrying out long-term contracts or insurance.

*Winding up by the court*

367. Winding-up petitions.

368.  Winding-up petitions: EEA and Treaty firms.

369.  Insurers: service of petition etc. on FCA and PRA.

369A. Reclaim funds: service of petition etc on FCA and PRA

370. Liquidator's duty to report to FCA and PRA

371.  Powers of FCA and PRA to participate in proceedings.

*Bankruptcy*

372.  Petitions.

373.  Insolvency practitioner's duty to report to FCA and PRA.

374.  Powers of FCA or PRA to participate in proceedings.

*Provisions against debt avoidance*

375.  Right of FCA and PRA to apply for an order.

*Supplemental provisions concerning insurers*

376. Continuation of contracts of long-term insurance where insurer in liquidation.

377. Reducing the value of contracts instead of winding up.

377A. Write-down orders

377B. Excluded liabilities

377C. Application for a write-down order

377D. Powers of the FCA and PRA to participate in proceedings

377E. Powers of the court

Cited in Grifols SA v Yu
2 Civ576 Decided 5/11/26
Archived on 3/31/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

Case 1:24-cv-00576-LJL-GWG   Document 151   Filed 06/28/26

377F. Duty to notify creditors

377G. The manager

377H. Write-down order ceasing to have effect

377I. Variation or revocation of a write-down order

377J. Further provision about write-down orders

377K. Insurers in financial difficulties: enforcement of contracts

378. Treatment of assets on winding up.

379. Winding-up rules.

*Settlement finality*

379A. Power to apply settlement finality regime to payment institutions

Collapse -   **Part XXV Injunctions and Restitution**

*Injunctions*

380. Injunctions.

381.  Injunctions in cases of market abuse.

*Restitution orders*

382. Restitution orders.

383.  Restitution orders in cases of market abuse.

*Restitution required by FCA or PRA*

384. Power of FCA or PRA to require restitution.

385.  Warning notices.

386.  Decision notices.

Collapse -   **Part XXVI Notices**

*Warning notices*

387.  Warning notices.

*Decision notices*

388. Decision notices.

*Conclusion of proceedings*

389.  Notices of discontinuance.

390.  Final notices.

*Publication*

391. Publication.

391A. Publication: special provisions relating to capital requirements

391B. Publication: special provisions relating to transparency obligations

391C. Publication: special provisions relating to UCITS

391D. Publication: special provisions relating to markets in financial instruments

Cited in Grifol SA v Yu
24Civ576 Decided 5/11/26
Archived on 5/21/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

391E. Publication: special provisions relating to insurance distribution

391F. Publication: special provisions relating to the prospectus regulation

*Third party rights and access to evidence*

392. Application of sections 393 and 394.

393. Third party rights.

394. Access to FCA or PRA material.

*The FCA's and PRA's procedures*

395. The FCA's and PRA's procedures.

396. Statements under section 395: consultation.

**Part XXVII Offences**

*Miscellaneous offences*

397. Misleading statements and practices.

398. Misleading FCA or PRA: residual cases.

399. Misleading the CMA.

*Bodies corporate and partnerships*

400. Offences by bodies corporate etc.

*Institution of proceedings*

401. Proceedings for offences.

402. Power of FCA to institute proceedings for certain other offences.

403. Jurisdiction and procedure in respect of offences.

**Part XXVIII Miscellaneous**

*Consumer redress schemes*

404. Consumer redress schemes

404A. Rules under s.404: supplementary

404B. Complaints to the ombudsman scheme

404C. Enforcement

404D. Applications to Tribunal to quash rules or provision of rules

404E. Meaning of "consumers"

404F. Other definitions etc

404G. Power to widen the scope of consumer redress schemes

*Third countries*

405. Directions.

406. Interpretation of section 405.

407. Consequences of a direction under section 405.

408. EFTA firms.

409. Gibraltar.

Cited in Grifols SA v Yu 24CV576 Decided 5/11/26 Archived on 5/21/26 This document is protected by copyright. Further reproduction is prohibited without permission.

*International powers and obligations*

409A. Consultation in relation to deference decisions

409B. Notification in relation to international trade obligations

410. International obligations.

*Fees to meet Treasury expenses*

410A. Fees to meet certain expenses of the Treasury

410B. Directions in pursuance of section 410A

*Tax treatment of levies and repayments*

411. Tax treatment of levies and repayments.

*Gaming contracts*

412. Gaming contracts.

*Trade-matching and reporting systems*

412A. Approval and monitoring of trade-matching and reporting systems

412B. Procedure for approval and suspension or withdrawal of approval

*Limitation on powers to require documents*

413. Protected items.

*Service of notices*

414. Service of notices.

*Jurisdiction*

415. Jurisdiction in civil proceedings.

*Powers under the Act*

415A. Powers under the Act

415AA. Application of powers to formerly authorised persons

*Consultation and co-operation*

415B. Consultation in relation to taking certain enforcement action

415C. Co-operation and consultation in relation to exercise of functions

*Removal of certain unnecessary provisions*

416. Provisions relating to industrial assurance and certain other enactments.

*Sustainability disclosure requirements*

416A. SDR policy statement

416B. FCA and PRA rules etc

**Part XXIX Interpretation**

417. Definitions.

418. Carrying on regulated activities in the United Kingdom.

419. Carrying on regulated activities by way of business.

419A. Claims management services

Collapse -

Cited in Grifols SA v Yu 24civ576 Decided 5/11/26 Archived on 5/21/26 This document is protected by copyright. Further reproduction is prohibited without permission.



419B. Carrying on claims management activity in Great Britain

420. Parent and subsidiary undertaking.

421. Group.

421ZA. Immediate group

421A. Meaning of "participating interest"

422. Controller.

422A. Disregarded holdings

423. Manager.

423A. Mortgage agreements etc

424. Insurance.

424A. Investment firm

425. Expressions relating to authorisation ... in the single market.

425A. Consumers: regulated activities etc carried on by authorised persons

425B. Consumers: regulated activities carried on by others

425C. "Qualifying provision"

**Part XXX Supplemental**

426. Consequential and supplementary provision.

427. Transitional provisions.

428. Regulations and orders.

429. Parliamentary control of statutory instruments.

430. Extent.

431. Commencement.

432. Minor and consequential amendments, transitional provisions and repeals.

433. Short title.

SCHEDULES

SCHEDULE 1 The Financial Services Authority

SCHEDULE 1ZA The Financial Conduct Authority

SCHEDULE 1ZB The Prudential Regulation Authority

SCHEDULE 1A Further provision about the consumer financial education body

SCHEDULE 2 Regulated Activities

SCHEDULE 2A Gibraltar-based persons carrying on activities in the UK

SCHEDULE 3 EEA Passport Rights

SCHEDULE 4 Treaty Rights

Cited in Griffels SA v Yu 24Civ576 Decided 5/11/26

Archived on 5/21/26

This document is protected by copyright. Further reproduction is prohibited without permission.



Expand + SCHEDULE 5  Persons Concerned in Collective Investment Schemes

Expand + SCHEDULE 6  Threshold Conditions

Expand + SCHEDULE 6A Variation or cancellation of Part 4A permission on initiative of FCA: additional power

Expand + SCHEDULE 6B Designated activities

Expand + SCHEDULE 6C LISTED DESIGNATED ACTIVITY REGULATIONS AND REQUIREMENTS FOR PURPOSES OF CERTAIN PROVISIONS

Expand + SCHEDULE 7

Expand + SCHEDULE 8

Expand + SCHEDULE 9

Expand + SCHEDULE 10  Compensation: Exemptions

Expand + SCHEDULE 10A LIABILITY OF ISSUERS IN CONNECTION WITH PUBLISHED INFORMATION

Expand + SCHEDULE 11

Expand + SCHEDULE 11A TRANSFERABLE SECURITIES

Expand + SCHEDULE 11B CONNECTED PERSONS

Expand + SCHEDULE 12  Transfer schemes: certificates

Expand + SCHEDULE 13

Expand + SCHEDULE 14  Role of the Competition Commission

Expand + SCHEDULE 15  Information and Investigations: Connected Persons

Expand + SCHEDULE 16  Prohibitions and Restrictions imposed by OFFICE OF FAIR TRADING

Expand + SCHEDULE 17  The Ombudsman Scheme

Expand + SCHEDULE 17A Further provision in relation to exercise of Part 18 functions , or other FMI functions, by Bank of England

Expand + SCHEDULE 18  Mutuals

Expand + SCHEDULE 19

Expand + SCHEDULE 19A The manager of a write-down order

Expand + SCHEDULE 19B Further provision about write-down orders

Expand + SCHEDULE 19C Insurers in financial difficulties: enforcement of contracts

Expand + SCHEDULE 20  Minor and Consequential Amendments

Expand + SCHEDULE 21  Transitional Provisions and Savings

Citigin Grods SRNY Yu 24Civ576 Decided 5/14/26 Archived of 5/21/26 This document is protected by copyright. Further reproduction is prohibited without permission.

Expand +    **SCHEDULE 22 Repeals**

▲ Back to top

The data on this page is available in the alternative data formats listed:

HTML5  HTML snippet  PDF  XML  Akoma Ntoso  HTML RDFa

New site design    Help    About us    Site map    Accessibility    Contact us    Privacy notice    Cookies    © Crown and database right

content is available under the Open Government Licence v3.0 except where otherwise stated. This site additionally contains content derived from EUR-Lex, reused under the terms of the Commission Decision 2011/833/EU on the reuse of documents from the EU institutions. For more information see the EUR-Lex public statement on re-use.

Cited in Grifols SA v Yu
24Civ576 Decided 5/11/26
Archived on 5/21/26
This document is protected by copyright.
Further reproduction is prohibited without permission.