June 23, 2026

**VIA ECF**
Hon. Gabriel W. Gorenstein, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

MEMORANDUM ENDORSED

> **Re:** *Grifols, S.A., et al. v. Yu, et al.* **No. 1:24-cv-00576; Unopposed Ltr Mot. for Adjournment of June 30, 2026 Conference, Dkt. 158.**

Dear Judge Gorenstein,

I write on behalf of defendants Daniel Yu, Gotham City Research LLC, General Industrial Partners LLP and Cyrus De Weck ("Defendants") to request an adjournment of the conference scheduled for June 30, 2026 at 3:30 p.m. (Dkt. 158).

As per Your Honor's Individual Practice Rule 1.F, we seek to adjourn this conference to the mutually agreed upon time and date of Thursday, July 9, 2026 at 11:00 am.

We seek this extension because defense counsel has two previously scheduled hearings, one on June 30 and another on July 1. Both of these previously scheduled hearings will require substantial preparation and neither can be readily adjourned. The June 30 hearing has already been rescheduled once due to the difficulty of coordinating video conferencing to plaintiffs in prison.

This is the first request for adjournment of this conference. Adverse counsel does not object to this request.

Respectfully,

Conference adjourned to July 9, 2026, at 3:30 p.m. (Please note that this is a change from the requested time).

Miller Korzenik Rayman LLP
By: *//s// David S. Korzenik*
    David S. Korzenik

So Ordered.

*Attorney for all Defendants*

GABRIEL W. GORENSTEIN
United States Magistrate Judge
June 23, 2026