June 26, 2026

**VIA ECF**
Hon. Gabriel W. Gorenstein, U.S.M.J.
United States District Court for the Southern District of New York

   Re: *Grifols, S.A. v. Yu, et al.*, No. 1:24-cv-00576-LJL-GWG

Dear Judge Gorenstein:

   In advance of the upcoming August 1, 2026 Fact Discovery Deadline (ECF 62), the parties jointly request that the Court enter the attached proposed amended Case Management Order and Case Schedule. No previous extensions of fact discovery have been sought.

   The proposed amended schedule measures future deadlines from Judge Liman's resolution of Defendants' pending objection to the Court's denial of Defendants' Cross-Motion for a Protective Order (ECF 156), as Defendants believe the ruling on that objection will affect the scope of their document production.

   The parties respectfully submit that good cause exists to extend the current case schedule because, despite Grifols' diligent efforts to pursue discovery throughout the discovery period, intervening motion practice and ongoing disputes relating to document production have resulted in Defendants not making any material production of documents until yesterday.[1] Specifically, the parties respectfully submit that an extension of the existing schedule is necessary given the recent rulings on Grifols' motion to compel and Defendants' cross-motion for a protective order pursuant to the Reporter's Privilege, the pendency of Defendants' objection to Judge Liman as to the denial of its cross-motion, and the parties' ongoing discovery disputes, which either are, or absent agreement will be, before the Court in advance of and in connection with the July 9 status conference. Despite the pendency of those motions, the parties nevertheless engaged in extensive meet-and-confer efforts, and correspondence regarding other discovery issues over the past year and have reached a point where Defendants' document production commenced this past week.

---

[1] In an effort to present this request jointly, the parties have described the discovery history in as neutral a manner as possible while remaining factually accurate. Grifols does not believe, however, that Defendants have proceeded in a diligent manner, and Grifols attributes the lack of progress in discovery to Defendants' repeated delays through the process. Should the Court require additional detail regarding the parties' discovery efforts during this period in order to evaluate whether good cause warrants the requested extension, Grifols is prepared to provide a more detailed submission and chronology demonstrating that it diligently pursued the discovery necessary to prosecute its claims throughout the discovery period. Defendants do not think a request for modification of a scheduling order requires this level of contentiousness and think this simple request to modify deadlines is based on the discovery disputes and scheduling that this Court is already familiar with.

Hon. Gabriel W. Gorenstein, U.S.M.J.
June 26, 2026
Page 2 of 2

  If acceptable to the Court, the parties respectfully request that the Court endorse the attached proposed amended Case Management Order and Case Schedule and have it entered on the docket.

  The parties thank the Court for its consideration and remain available should the Court have any questions or wish to further discuss this issue.

Respectfully submitted,

/s/*Peter D. Doyle*
Counsel for Grifols

/s/*David S. Korzenik*
Counsel for Defendants