UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
GRIFOLS, S.A. et al.,                                    :

                                                         :          ORDER
                    Plaintiffs,                                24 Civ. 576 (LJL) (GWG)
                                                         :

-v.-                                                     :

                                                         :

DANIEL YU et al.,                                        :

                                                         :
                    Defendants.
--------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

        The time of the conference scheduled for July 9, 2026 (as set forth in Docket ## 158 and 160) is changed to 2:30 p.m.   Each attorney is directed to confirm that all other attorneys are aware of this change in time.

        SO ORDERED.

Dated:  July 6, 2026
        New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge