UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

GRIFOLS, S.A.,

                      Plaintiff,

      -v-

DANIEL YU, et al.,

                    Defendants.

-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/06/2026

24-cv-576 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court will hear oral argument on the pending objection to Magistrate Judge Gabriel W. Gorenstein's May 19, 2026 ruling denying Defendants' cross-motion for a protective order under New York's Shield Law, *see* Dkt. No. 141, on July 22, 2026 at 2:00 p.m.  Parties are to appear in-person in Courtroom 15C at the 500 Pearl Street Courthouse.

      SO ORDERED.

Dated: July 6, 2026
     New York, New York

                                    LEWIS J. LIMAN
                          United States District Judge