AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Grifols, S.A. et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    24 Civ. 576 (LJL) (GWG) |
| Yu et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Cyrus de Weck, General Industrial Partners LLP, Gotham City Research, LLC, and Daniel Yu                                    .

Date:      07/06/2026

/s/ Michael A. Asaro
*Attorney's signature*

Michael A. Asaro / 2935344
*Printed name and bar number*

Bank of America Tower, 1 Bryant Pk, New York, NY 10036

*Address*

masaro@akingump.com
*E-mail address*

(212) 872-8100
*Telephone number*

(212) 872-1002
*FAX number*