**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| GRIFOLS, S.A. et al., | | |
| | Plaintiffs, | Index No. 1:24-cv-00576-LJL |
| v. | | |
| DANIEL YU et al., | | |
| | Defendants. | |

**MOTION FOR ADMISSION OF ATTORNEY**
**NOLAN J. DEBROWNER *PRO HAC VICE***

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Nolan J. DeBrowner, hereby move for the admission and appearance of attorney *pro hac vice* in the above-captioned action for Defendants Daniel Yu, Cyrus de Weck, Gotham City Research LLC, and General Industrial Partners, LLP.

I am a member in good standing of the bar of the State of New York. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. In accordance with Local Rule 1.3, I have attached the required Declaration as well as a Certificate of Good Standing from the New York State bar.

Dated: July 7, 2026

Respectfully Submitted,

AKIN GUMP STRAUSS HAUER & FELD
LLP

By: */s/ Nolan J. DeBrowner*
    Nolan J. DeBrowner

One Bryant Park
New York, NY 10036
(212) 872-1000
ndebrowner@akingump.com

*Counsel for Defendants Daniel Yu, Cyrus de Weck, Gotham City Research LLC, and General Industrial Partners, LLP*