July 8, 2026

**Via ECF**
Hon. Gabriel W. Gorenstein, U.S.M.J.
United States District Court for the Southern District of New York

Re: *Grifols, S.A. v. Yu, et al.*, No. 1:24-cv-00576-LJL-GWG

Dear Judge Gorenstein:

The parties write jointly to inform the Court that, following continued meet-and-confer discussions, they have reached agreements that Grifols believes resolve, for the time being, the discovery issues that would otherwise have been addressed at the conference scheduled for July 9, 2026. *See* ECF 157, 166. The parties' agreements on the outstanding disputes are set forth below.

Accordingly, the parties jointly request that the Court take the July 9 conference off the calendar.

1. **Grifols' Requests for Production 7, 8, and 11.**

With respect to **RFPs 7 and 11**, which seek documents and communications Defendants exchanged with any governmental body, including, but not limited to, the SEC or the CNMV, concerning Grifols or Scranton, the parties have agreed to address any asserted foreign-law or local confidentiality restrictions that Defendants believe prohibit them from producing documents or communications exchanged with the CNMV through additional meet-and-confer discussions, once Defendants provide the declaration from Spanish counsel that Defendants have represented will support their position. Defendants have agreed to otherwise produce documents exchanged with governmental bodies not subject to Spanish law. Grifols reserves all rights to challenge any asserted foreign-law restriction.

With respect to **RFP 8**, which seeks documents and communications Defendants exchanged with any person or entity concerning any government investigation Defendants were subject to that concerned Grifols or Scranton, Defendants have agreed to review and produce non-privileged documents responsive to that request. Grifols reserves all rights to seek additional relief regarding RFP 8 should Defendants' production prove deficient.

2. **Grifols' Request for Production 20.**

With respect to **RFP 20**, which seeks documents and communications concerning any revenue sharing agreements between any Defendant and any person, entity, or other Defendant relating to any financial transaction involving Grifols' stock, Defendants have agreed to search for and produce such documents. Grifols reserves all rights to seek additional relief regarding RFP 20 should Defendants' production prove deficient.

July 8, 2026
Page | 2

### 3.  Targeted Review Around Publication Without the Use of Search Terms

With respect to Grifols' request that Defendants review the approximately 1,400 documents from the week before and week after publication of the Gotham Report without applying search terms (ECF 166), Defendants have agreed to review that population and produce responsive, non-privileged communications.

### 4.  Post-Publication Documents

With respect to documents that post-date publication of the Gotham Report through January 26, 2025, Defendants have represented that their collection of document from that time period is ongoing, and that Defendants will run the parties' agreed-upon search terms over the new collections as they are completed. Defendants likewise stated that they will provide hit reports so that Grifols may assess any claim of burden by Defendants in reviewing such documents. Grifols reserves its right to challenge any claim of burden by Defendants.

### 5.  Privilege Log

With respect to Defendants' privilege log, Defendants have agreed to provide a privilege log for all documents withheld on the pursuant to the attorney-client privilege and the attorney work product doctrine. Defendants have likewise represented that they plan to use the metadata from any document they seek to withhold to populate fields on their privilege log. Defendants have further represented that the  privilege log they will provide will contain sufficient information for Grifols to assess the asserted privilege or work-product claim consistent with both the Federal and Local Rules. Grifols reserves all rights to object to the sufficiency of the log after it is provided.

*** 

The parties will continue to meet and confer regarding Defendants' rolling productions and any additional issues that may arise.

The parties thank the Court for its time and attention and remain available should the Court have any questions.

Respectfully submitted,

/s/ *Peter D. Doyle*
Counsel for Grifols

/s/ *David S. Korzenik*
Counsel for Defendants