UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GRIFOLS, S.A. et al.,                                            :

              Plaintiffs,                      :      ORDER

    -v.-                                                    :
                                 24 Civ 576 (LJL) (GWG)
DANIEL YU et al.,                                               :

              Defendants.                      :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

Plaintiff has leave to file a letter in reply to Docket # 178 on or before July 28, 2026.

SO ORDERED.

Dated: July 24, 2026
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge