AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| Grifols, S.A. et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-cv-00576(LJL)(GWG) |
| Yu et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Cyrus de Weck, General Industrial Partners LLP, Gotham City Research, LLC, and Daniel Yu .

Date: 09/22/2026

s/ John C. Murphy
*Attorney's signature*

John C. Murphy / JM0825
*Printed name and bar number*

Bank of America Tower, 1 Bryant Pk, New York, NY 10036
*Address*

jmurphy@akingump.com
*E-mail address*

(212) 872-1000
*Telephone number*

(212) 872-1002
*FAX number*