**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GRIFOLS, S.A.,<br><br>Plaintiff,<br><br>-against-<br><br>DANIEL YU, GOTHAM CITY RESEARCH LLC, GENERAL INDUSTRIAL PARTNERS LLP, CYRUS DE WECK,<br><br>Defendants. | No: 1:24-cv-00576-LJL<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

Enter the appearance of Peter C. Angelica of Proskauer Rose LLP as counsel of record in this case for Plaintiff Grifols, S.A ("Grifols").

I certify that I am admitted to practice in this Court.

Dated: September 25, 2026
New York, New York

Respectfully submitted,

/s/ *Peter C. Angelica*
Peter C. Angelica
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
Telephone: 212.969.3838
pangelica@proskauer.com