**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GRIFOLS, S.A.,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL YU, GOTHAM CITY RESEARCH LLC, GENERAL INDUSTRIAL PARTNERS LLP, CYRUS DE WECK,<br><br>Defendants. | **NOTICE OF MOTION TO WITHDRAW AS COUNSEL**<br><br>No. 1:24-cv-00576-LJL |

Pursuant to Local Civil Rule 1.4(b), David S. Korzenik and Gillian Vernick of Miller Korzenik Rayman LLP ("MKR") respectfully move for an order permitting them to withdraw as counsel of record for Defendants Daniel Yu, Gotham City Research LLC, General Industrial Partners LLP, and Cyrus de Weck (collectively, "Defendants") in the above-captioned action. In support of this motion, and as set forth in the accompanying Declaration of David S. Korzenik, movants state as follows:

1. Mr. Korzenik and Ms. Vernick filed notices of appearance on behalf of Defendants on June 28, 2024. ECF Nos. 17, 18, 19.

2. Defendants and MKR have agreed to transition MKR's representation of Defendants in this action to Akin Gump Strauss Hauer & Feld LLP ("Akin").

3. Defendants have been, and will continue to be, represented in this action by Akin whose attorneys have already entered appearances on behalf of all Defendants. *See* ECF Nos. 169, 173, 203, 209. Defendants therefore already have counsel well familiar with this case and will not be without counsel.

4. Withdrawal will not prejudice any party or delay these proceedings. Defendants do not seek modification of any existing deadline or date for any court appearance by reason of this withdrawal.

5. MKR is not asserting a retaining or charging lien in connection with this withdrawal.

6. Defendants have been received a copy of this motion and its supporting papers and have agreed to the transition.

WHEREFORE, movants respectfully request that the Court enter the accompanying proposed order permitting David S. Korzenik and Gillian Vernick of MKR to withdraw as counsel of record for Defendants.

Dated: October 11, 2026
New York, New York

By: */s/ David S. Korzenik*

David S. Korzenik
Gillian Vernick

1501 Broadway, Suite 2015
New York, NY 10036
212-752-9200

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that, on October 11, 2026, a copy of the foregoing Motion to Withdraw, Declaration of David S. Korzenik, and the proposed order was served upon all counsel of record through the Court's ECF system and on Defendants by email.

By: *<u>/s/ David S. Korzenik</u>*

David S. Korzenik
Gillian Vernick

1501 Broadway, Suite 2015
New York, NY 10036
212-752-9200

*Attorneys for Defendants*