**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GRIFOLS, S.A., Plaintiff, – against – DANIEL YU, GOTHAM CITY RESEARCH LLC, GENERAL INDUSTRIAL PARTNERS LLP, and CYRUS DE WECK, Defendants. | Case No. 1:24-cv-00576-LJL-GWG **[PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL** |

Upon the motion of David S. Korzenik and Gillian Vernick of Miller Korzenik Rayman LLP to withdraw as counsel for Defendants Daniel Yu, Gotham City Research LLC, General Industrial Partners LLP, and Cyrus De Weck pursuant to Local Civil Rule 1.4, and it appearing that Defendants will continue to be represented in this action by their co-counsel of record, Akin Gump Strauss Hauer & Feld LLP, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the Clerk of Court is respectfully directed to discontinue David S. Korzenik and Gillian Vernick as counsel of record for Defendants and to remove them from the ECF service list for this action.

SO ORDERED.

Dated: New York, New York

____________, 2026

______________________________
Hon. Lewis J. Liman
United States District Judge