USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRIFOLS, S.A.,

Plaintiff,

-v-

DANIEL YU, et al.,

Defendants.

24-cv-576 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court held a telephonic scheduling conference in this matter today, October 14, 2026. This Order memorializes the rulings made at the conference:

Defendants shall file their anticipated motion to dismiss for lack of subject matter jurisdiction following the completion of jurisdictional discovery. Defendants shall file their motion to stay merits discovery pending the completion of jurisdictional discovery and the resolution of their anticipated motion to dismiss on October 16, 2026. The motion to stay merits discovery shall be addressed to the undersigned. The Order at Dkt. No. 75 referring this action to Magistrate Judge Gorenstein for general pretrial purposes shall remain otherwise undisturbed.

Plaintiff's opposition to the motion to stay merits discovery shall be due by October 30, 2026. Defendants may file a reply memorandum in further support of their motion by November 6, 2026. The parties are directed to meet and confer with respect to page limits for their briefing and to convey their agreement to the Court either by letter or in Defendants' motion to stay

merits discovery.

SO ORDERED.

Dated: October 14, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge