October 13, 2026

MEMORANDUM ENDORSED

**VIA ECF**
Hon. Gabriel W. Gorenstein, U.S.M.J.

**Re: *Grifols, S.A., et al. v. Yu, et al.*, No. 1:24-cv-00576-LJL-GWG**

Dear Judge Gorenstein,

Pursuant to the Court's October 9, 2026 Order (ECF 229) and Paragraph 1.F of the Court's Individual Practices, the parties write to update the Court about the status of Grifols' motion to compel (ECF 224) with respect to disputes concerning (1) Defendants' responses and objections to certain requests for admission ("RFAs"), (2) Defendants' responses and objections to certain interrogatories, and (3) Defendants' confidentiality designations. The parties have now reached agreement on each of these issues and request that the conference be taken off the calendar.

Defendants have agreed to provide full and complete responses to the contested RFAs by October 30, 2026, and, consistent with Fed. R. Civ. P. 36(a)(4), they will admit, deny, or explain why they cannot admit or deny each contested RFA after a reasonable inquiry.

Defendants have agreed to provide, by October 16, 2026, amended responses to Yu Interrogatory 17 and de Weck Interrogatory 4 that identify every individual with whom Mr. Yu, Mr. de Weck, or any other representative of Defendants communicated in connection with the communications referenced in paragraph 13 of Mr. de Weck's March 13, 2026 declaration (ECF 120), including the communications that were not sources for the Gotham Report, as requested.

Defendants have agreed that by October 30, they will (i) de-designate document categories 1-3, 5-6, and 8-11 in Exhibit B to Grifols' motion to compel (ECF 224) (with the caveat that to the extent any documents reflect Defendants' communications or analysis, Defendants will consider those documents on a document-by-document basis) and (ii) with respect to categories 4 and 7, de-designate copies of the final Gotham Report and will consider the other challenged documents on a document-by-document basis. Should the parties have any disputes about the revised designations for the category 4 and 7 documents, they will promptly meet and confer and then raise them with the Court as needed.

Respectfully submitted,

**PROSKAUER ROSE LLP**

*/s/ Peter D. Doyle*

Peter D. Doyle
Jeff Warshafsky
William T. Walsh, Jr.
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000
pdoyle@proskauer.com
jwarshafsky@proskauer.com
wwalsh@proskauer.com

*Counsel for Plaintiffs*

**AKIN GUMP STRAUSS HAUER & FELD LLP**

*/s/ Michael Asaro*

Michael A. Asaro
Uri A. Itkin
John C. Murphy
One Bryant Park
New York, NY 10036
Telephone: (212) 872-8100
masaro@akingump.com
uitkin@akingump.com
jmurphy@akingump.com

*Counsel for Defendants*

The discovery application (Docket ## 224/225) is deemed withdrawn. As a result, the applications to seal (Docket ## 223 and 230) are granted inasmuch as the Court has not considered and will not consider the materials contained in the sealed filings.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
October 14 2026