**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GRIFOLS, S.A.,<br>Plaintiff,<br><br>v.<br><br>DANIEL YU, GOTHAM CITY RESEARCH LLC, GENERAL INDUSTRIAL PARTNERS LLP, and CYRUS DE WECK,<br><br>Defendants. | Index No. 1:24-cv-00576-LJL |

**NOTICE OF MOTION TO STAY MERITS DISCOVERY**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Stay Merits Discovery, the declarations submitted in support thereof, and the exhibits attached thereto, Defendants Daniel Yu, Gotham City Research LLC, General Industrial Partners LLP, and Cyrus de Weck (collectively, the "Defendants") will respectfully move, pursuant to Federal Rules of Civil Procedure 16(b)(4) and 26(c), for an order staying merits discovery pending the resolution of Defendants' upcoming motion to dismiss.

Dated: October 19, 2026
New York, New York

Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP

By: */s/ Uri A. Itkin*

Uri A. Itkin
Michael A. Asaro
John C. Murphy

One Bryant Park
New York, NY 10036

*Counsel for Defendants Daniel Yu, Gotham City Research LLC, General Industrial Partners LLP, and Cyrus de Weck*