CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

# Exhibit A

CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

