CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

# Exhibit B

CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

