CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

# Exhibit C

CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

(《婚姻條例》(第 181 章))
(Marriage Ordinance (Cap. 181))

| | | |
|---|---|---|
| 登記編號 Registration no. | [redacted] | |
| 結婚日期 Date of marriage | 31 JANUARY 2018 | |
| | 新郎 Bridegroom | 新娘 Bride |
| 姓名 Surname and name | YU, DANIEL JUN | [redacted] |
| 年齡 Age | 35 YEARS | 33 YEARS |
| 結婚前婚姻狀況 Marital condition before marriage | BACHELOR | SPINSTER |
| 職業 Occupation | DIRECTOR OF RESEARCH | [redacted] |
| 住址 Residential address | [redacted] HONG KONG. | [redacted] HONG KONG. |
| 父親姓名 Surname and name of father | [redacted] | [redacted] |
| 母親姓名 Surname and name of mother | [redacted] | [redacted] |

婚禮在本人主持下於香港 ………… 按照《婚姻條例》(第 181 章)舉行。

Married at [redacted] Hong Kong in accordance with the provisions of the Marriage Ordinance (Cap. 181) before me.

TSE TIN LEUNG RAYMOND
CIVIL CELEBRANT OF MARRIAGES
(主持婚禮的人的簽署、姓名及稱銜)
(Signature, name and title of the person celebrating the marriage)

結婚雙方
The marriage was solemnized between us ………… 與 and [redacted]

(新郎簽署 Signature of bridegroom) (新娘簽署 Signature of bride)

證婚人
in the presence of us [redacted] 及 and [redacted]

(見證人簽署及姓名) (Signature and name of witness) (見證人簽署及姓名) (Signature and name of witness)

注意: (1) 本證書一式兩份,均須簽署,其中一份應依照婚姻條例第21(7)條規定於七日內送交香港婚姻登記官。
NOTES: This Certificate must be signed in duplicate with one copy delivered to the Registrar of Marriages, Hong Kong, within 7 days after the date of marriage in accordance with section 21(7) of the Ordinance.

(2) 本證書的核證副本可向香港婚姻登記官繳所規定費用領取。
Certified copies of this Certificate may be obtained from the Registrar of Marriages, Hong Kong, on payment of the prescribed fees.

核數號碼 Audit no. [redacted]

MR 66(S)