CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

# Exhibit D

CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

[redacted]

24th September, 2026

## Confirmation of Enrolment for [redacted] YU

To Whom It May Concern:

We would like to confirm that the following student has been attending [redacted] campus as follows:

| | |
|---|---|
| Name: | YU, [redacted] |
| Date of Birth: | [redacted] |
| Programme: | [redacted] |
| Enrollment Period: | 21st August, 2023 to 14th June, 2024 |

If you have any further questions regarding this student's status at [redacted] please do not hesitate to contact us.

Yours sincerely,

[redacted]

Curriculum Manager

[redacted]

CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

[redacted]

[redacted]
2001-2026

Date: 28 Sep 2026

Letter of Attendance

This letter is to identify that
[redacted] Yu (Date of Birth: [redacted]
has been enrolled in our program(s) below since January 1st, 2022:

Jan 1, 2022 until Apr 30, 2022 – [redacted]
Jul 17, 2022 until Aug 31, 2022 – [redacted]
Sep 1, 2022 until Jul 31, 20[redacted]
Jul 17 2023- Aug 18 2023 - [redacted]

[redacted]

Assistant Center Director
[redacted]



Hong Kong Side:
[redacted] Hong Kong [redacted] Hong Kong [redacted] Hong Kong [redacted]

[redacted] [redacted] hk [redacted] hk www[redacted] .hk