CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

# Exhibit E

CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

235, 480

Family Court Registry
M2/F, 12 Harbour Road
Wanchai Tower
Hong Kong

Date : 30th day of August 2024

Dear Sir/Madam,

**Re: Matrimonial Causes No. [redacted]**

In accordance with Rule 66 of the Matrimonial Causes Rules, Cap. 179A, I sent you herewith a sealed copy of the Decree Absolute in this cause, the original of which has been filed.

Yours faithfully,

[redacted]
for Registrar

[redacted]
Hong Kong

[redacted] [redacted]
(R) Yu Daniel Jun
Hong Kong

[redacted]

_________先生 / 女士:

**有關婚姻訴訟 [redacted]**

按照香港法例１７９A 章婚姻訴訟規則第６６條的規定，本人現隨信附上有關案件的絕對離婚令的副本一份給你，而正本則已存入檔。

[redacted]

附件:
日期 2024 年 8 月 30 日 (星期五)

This computer print out bears no signature.
本函為毋須簽署之電腦編印文件.

[DFC5030R04] []

CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

**Form 6**
**Certificate of making Decree Nisi Absolute (Divorce)**
**IN THE DISTRICT COURT OF THE**
**HONG KONG SPECIAL ADMINISTRATIVE REGION**
**Matrimonial Causes No.** [redacted]

---

Between

[redacted] Petitioner

and Yu, Daniel Jun Respondent

---

Referring to the decree made in this cause on the 12th day of July 2024 whereby it was decreed that the marriage solemnized on the 31st day of January 2018 [redacted] Hong Kong

between [redacted] the Petitioner

and Yu, Daniel Jun the Respondent

be dissolved unless sufficient cause be shown to the court within 6 weeks from the making thereof why the said decree should not be made absolute, and no such cause having been shown, it is hereby certified that the said decree was on the 30th day of August 2024 made final and absolute and that the said marriage was thereby dissolved.

Dated this 30th day of August 2024.

[redacted]
Registrar

SEALED COPY
HONG KONG
THE SEAL OF THE DISTRICT COURT

30 AUG 2024