CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

# Exhibit F

# *Tenancy Agreement*
# *租約*

An Agreement is made the 23rd day of May 2020 between the Landlord and the Tenant as more particularly described in Schedule I.
此合約由業主及租客(雙方資料詳列於附表一)於 2020 年 5 月 23 日訂立。

The Landlord shall let and the Tenant shall take the Premises for the Term and at the Rent as more particularly described in Schedule I and both parties agree to observe and perform the terms and conditions as follows: -
業主及租客雙方以詳列於附表一的租期及租金分別租出及租入詳列於附表一的物業，並同意遵守及履行下列條款:

1. The Tenant shall pay to the Landlord the Rent in advance on the 15th day of each and every calendar month during the Term. If the Tenant shall fail to pay the Rent within 7 days from the due date, the Landlord shall have right to institute appropriate action to recover the Rent and all costs, expenses and other outgoings so incurred by the Landlord in relation to such action shall be a debt owed by the Tenant to the Landlord and shall be recoverable in full by the Landlord.
租客須在租期內每個月第 15 天上期繳付指定的租金予業主。倘租客於應繳租金之日期的七天內仍未清付該租金，則業主有權採取適當行動追討租客所欠的租金而由此而引起的一切費用及開支將構成租客所欠業主的債項，業主將有權向租客一併追討所欠款項全數。

2. The Tenant shall not make any alteration and / or additions to the Premises without the prior written consent of the Landlord.
租客在沒有業主書面同意前，不得對該物業作任何改動及/或加建。

3. The Tenant shall not assign, transfer, sublet or part with possession of the Premises or any part thereof to any other person. This tenancy shall be personal to the Tenant named herein.
租客不得轉讓、轉租或分租該物業或其任何部分或將該物業或其任何部分的佔用權讓予任何其他人等。此租約權益將為租客個人擁有。

4. The Tenant shall comply with all ordinances, regulations and rules of Hong Kong and shall observe and perform the covenants, terms and conditions of the Deed of Mutual Covenant and Sub-Deed of Mutual Covenant (if any) relating to the Premises. The Tenant shall not contravene any negative or restrictive covenants contained in the Government Lease(s) under which the Premises are held from the Government.
租客須遵守香港一干法律條例和規則及該物業所屬的大廈有關的公契內的條款。租客亦不可違反屬該物業地段內的官批地契上的任何制約性條款。

[redacted]

9. The Landlord shall keep and maintain the structural parts of the Premises including the main drains, pipes electronic appliances and cables in proper state of repair Provided that the Landlord's liability shall not be incurred unless and until written notice of any defect or want of repair has been given by the Tenant to the Landlord and the Landlord shall have failed to take reasonable steps to repair and remedy the same after the lapse of a reasonable time from the date of service of such notice. ( Damages caused by mishandling excluded )
業主須保養及適當維修該物業內各主要結構部分(包括主要的排污渠、喉管和電器裝置 )。唯業主須在收到租客的書面要求後才會有責任在合理時限內將有關損壞維修妥當。(不當使用之損壞除外)

10. The Landlord shall pay the Property tax payable in respect of the Premises
業主負責繳付有關物業的物業稅。

11. The Stamp Duty payable on this Agreement in duplicate shall be borne by the Landlord and the Tenant in equal shares.
業主及租客各負責屬此合約一式兩份的印花稅一半費用。

12. The Landlord and the Tenant agree to be bound by the additional terms and conditions contained in Schedule II (if any).
業主及租客雙方同意遵守附表二內的附加條款 ( 如有的話 )

13. If there is any conflict between the English version and the Chinese version in this Agreement, the English version shall prevail.
此合約內的英文文本與中文文本存有差異時，將以英文文本為準。

Received the Security Deposit of
HK$__116,000-____by the Landlord
業主收到租客所交的保證金港幣__116,000-____

Received________key(s) of the Premises
by the Tenant
租客接收業主所交屬該物業的鎖匙共______條

[redacted]

[redacted]

Confirmed and Accepted all the terms and conditions contained herein by the Landlord :
業主確認及接受這合約內所有條款的約束:

[redacted]

Confirmed and Accepted all the terms and conditions contained herein by the Tenant:
租客確認及接受這合約內所有條款的約束:

[redacted]

**_Schedule 1_**

**_附表一_**

The Premises: [redacted]

[redacted] HONG KONG

物業:

The Landlord: [redacted]

業主: whose *address / registered office is situate at 其通訊地址 /註冊地址為

Telephone No: [redacted]

電話

The Tenant: [redacted]

租客: whose *address / registered office is situate at 其通訊地址 /註冊地址為

Telephone No.: [redacted]

電話

Term: From 15th June 2020 to 14th June 2022 (both days inclusive)

租期: 由 2020 年 6 月 15 日 至 2022 年 6 月 14 日 (包括首尾兩天)

Rent: HK$ 58,000- per month

租金: 每月為港幣 58,000-

Security Deposit: HK$ 116,000- (Security Deposit cannot be used as rental payment/s.)

保證金: 港幣 116,000- ( 保證金不能作租金使用。)

**Break Clause** 退租權

Notwithstanding anything to the contrary hereinbefore contained, either party shall be entitled to terminate this Agreement earlier than as herein provided by serving not less than one months' written notice or by paying one months' Rent in lieu to the other party provided that the said written notice shall not be served before 15th June 2021. (Minimum tenancy is 13 months)

儘管與前文不符，任何一方可給予另一方不少於 1 月的書面通知或 1 個月租金作代通知金提早解除此租約：唯書面通知不得早於由租期起計之 12 個月內發出(即 2021 年 6 月 15 日前, 即租期不得少於 13 個月)



[redacted]