CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

# Exhibit G

# TENANCY AGREEMENT 租約

An Agreement made the day of 29th MAY, 2024 between the Landlord and the Tenant as more particularly described in Schedule I.
此合約由業主及租客（雙方資料詳列於附表一）於 2024 年 05 月 29 日訂立。

The Landlord shall let and the Tenant shall take the Premises for the Term and at the Rent as more particularly described in Schedule I and both parties agree to observe and perform the terms and conditions as follows:-
業主及租客雙方以詳列於附表一的租期及租金分別租出及租入詳列於附表一的物業，並同意遵守及履行下列條款:-

1. The Tenant shall pay to the Landlord the Rent in advance on the **EIGHT day** of each and every calendar month during the Term. If the Tenant shall fail to pay the Rent within 7 days from the due date, the Landlord shall have right to institute appropriate action to recover the Rent and all costs, expenses and other outgoing so incurred by the Landlord in relation to such action shall be a debt owed by the Tenant to the Landlord and shall be recoverable in full by the Landlord.
租客須在租期內每個月份第(08)天上期繳付指定的租金予業主。倘租客於應繳租金之日的七天內仍未清付該租金，則業主有權採取適當行動追討租客所欠的租金而由此而引起的一切費用及開支將構成租客所欠業主的債項，業主將有權向租客一併追討所欠款項全數。

2. The Tenant shall not make any alteration and / or additions to the Premises without the prior written consent of the Landlord, which consent shall not be unreasonably withheld.
租客在沒有業主書面同意前，不得對該物業作任何改動及／或加建，惟業主不得無理拒絕給予租客有關的同意書。

3. The Tenant shall not assign, transfer, sublet or part with the possession of the Premises or any part thereof to any other person. This tenancy shall be personal to the Tenant named herein.
租客不得轉讓、轉租或分租該物業或其任何部分或將該物業或其任何部分的佔用權讓予任何其他人等。此租約權益將為租客個人擁有。

4. The Tenant shall comply with all ordinances, regulations and rules of Hong Kong and shall observe and perform the covenants, terms and conditions of the Deed of Mutual Covenant and Sub-Deed of Mutual Covenant (if any) relating to the Premises. The Tenant shall not contravene any negative or restrictive covenants contained in the Government Lease(s) under which the Premises are held from the Government.
租客須遵守香港一干法律條例和規則及該物業所屬的大廈有關的公契內的條款。租客亦不可違反屬該物業地段內的官批地契上的任何制約性條款。



掃描全能王 創建

5. The Tenant shall during the Term pay and discharge all charges in respect of water. electricity, gas and telephone (including IDD call ,if any) and other similar charges payable in respect of the Premises.
租客須在租約期內清繳一切有關該物業的水費，電費，煤氣費，電話費（包括長途電話費）及其他類似的雜費等。

6. The Tenant shall during the Term keep the interior of the Premises in good and tenantable repair and condition (fair wear and tear and damage caused by inherent defects excepted) and shall deliver up vacant possession of the Premises in the same repair and condition on the expiration or sooner determination of this Agreement.
租客須在租約期內保持物業內部的維修狀態良好（自然損耗及因固有的缺陷所產生的損壞除外）並須於租約期滿或終止時將物業在同樣的維修狀態下交吉交回業主。

7. The Tenant shall pay to the Landlord the Security Deposit set out in Schedule I for the due observance and performance of the terms and conditions herein contained and on his part to be observed and performed. Provided that there is no antecedent breach of any of the terms and conditions herein contained, the Landlord shall refund the Security Deposit to the Tenant without interest within 7 days from the date of delivery of vacant possession of the Premises to the Landlord or settlement of any outstanding payment owed by the Tenant to the Landlord, whichever is later. If the Rent and /or any charges payable by the Tenant hereunder or any part thereof shall be unpaid for seven (7) days after the same shall become payable (whether legally demanded or not) or if the Tenant shall commit a breach of any of the terms and conditions herein contained, it shall be lawful for the Landlord at any time thereafter to re-enter the Premises whereupon this Agreement shall absolutely determine and the Landlord may deduct any loss or damage suffered by the Landlord as a result of the Tenant's breach from the Security Deposit without prejudice to any other right of action or any remedy of the Landlord in respect of such breach of the Tenant.
租客須交予業主保證金（金額如附表一所列）作為保證租客遵守及履行此租約上租客所需遵守及履行的條款的按金。若租客在租期內並無干犯此合約內任何條款，則業主須於收回交吉的物業或一切租客欠款後（以較遲者作準）七天內無息退還該保証證金予租客。但若租客拖欠根據此合約需要支付的租金及／或其他款項超過七天（無論有否以法律行動追討）或若租客違反此合約內任何條款，業主可合法收回該物業而此租約將立被終止，業主可從保證金內扣除因租客違約而令業主所受的損失，而此項權利將不會影響業主因租客違約而可採取的其他合法行動的權利。

8. Provided the Tenant shall have paid the Rent and other outgoing on the days and in the manner herein provided and observe and perform the terms and conditions herein contained and on the Tenant's part to be observed and performed, the Tenant shall peacefully hold and enjoy the Premises during the Term without any interruption by the Landlord.
若租客按時清繳租金和雜費及沒有干犯此合約內任何條款，則業主不得在租約期內干擾租客享用該物業。



掃描全能王 創建

9. The Landlord shall keep and maintain the structural parts of the Premises including the main drains, pipes and cables in proper state of repair Provided that the Landlord's liability shall not be incurred unless and until written notice of any defect or want of repair has been given by the Tenant to the Landlord and the Landlord shall have failed to take reasonable steps to repair and remedy the same after the lapse of a reasonable time from the date of service of such notice.
業主須保養及適當維修該物業內各主要結構部分（包括主要的排污渠、喉管和電線）。唯業主須在收到租客的書面要求後才會有責任在合理時限內將有關損壞維修妥當。

10. The Landlord shall pay the Property tax payable in respect of the Premises.
業主負責繳付有關該物業的物業稅。

11. The Stamp Duty payable on this Agreement in duplicate shall be borne by the landlord and the Tenant in equal shares. (HKD1,022.5/share)
業主及租客各負責屬此合約一式兩份的印花稅一半$1,022.50 費用。

12. The Landlord and the Tenant agree to be bound by the additional terms and conditions contained in Schedule II (if any).
業主及租客雙方同意遵守附表二內的附加條款（如有的話）。

13. If there is any conflict between the English version and the Chinese version in this Agreement, the English version shall prevail.
此合約內的英文文本與中文文本存有差異時，將以英文文本為準。

Received the Security Deposit of

HK$68,000.00 by the Landlord

業主收到租客所交的保証金港幣陸萬捌仟元正

Received TEN key(s)of the Premises by the Tenant
租客接收業主所交屬該物業的鎖匙共 10 條
Main Door 大門 : (03) pcs
Bedroom 1&2 房間 : (04) pcs
Mailbox 信箱 : (01) pc Toiles 洗手間 : (02) pcs

Confirmed and Accepted all the terms and conditions contained herein by the Landlord :
業主確認及接受這合約內所有條款的約束：

[redacted]

Confirmed and Accepted all the terms and conditions contained herein by the Tenant :
租客確認及接受這合約內所有條款的約束：

[redacted]
YU, DANIEL JUN



掃描全能王 創建

## Schedule I
## 附表一

**1. The Premises, Term and Rent**

| | | |
|---|---|---|
| The Premises<br>物業 | : | [redacted] HONG KONG |
| The Landlord<br>業主 | : | [redacted] TEL :<br>Whose* address :<br>其通訊地址 |
| The Tenant<br>租客 | : | YU, DANIEL JUN TEL :<br>Whose* address :<br>其通訊地址 |
| Term<br>租期 | | Two Years.<br>Commencing on 08[TH] JUNE, 2024 to 07[TH] JUNE, 2026.<br>貳年租約<br>由 2024 年 06 月 08 日至 2026 年 06 月 07 日 |
| Rent<br>租金 | | Hong Kong Dollars THIRTY FOUR THOUSAND ONLY (HK$34,000.00) per calendar month. |
| Security Deposit<br>保証金 | | Hong Kong Dollars SIXTY EIGHT THOUSAND ONLY (HK$68,000.00) Deposit |



掃描全能王 創建

## SCHEDULE II
## 附表二

**1. User 用途**

The Tenant shall not use or permit to be used the Premises or any part thereof for any purpose other than for **Residential** purpose only.
[P.S. – Please select one item : e.g. residential ~~/ commercial / office / shop / industrial~~]

租客除將該物業作 用途外，不可將該物業或其任何部分作其他用途。
[備註 – 請選一項：例如：住宅 / ~~商業 / 辦公室 / 商店 / 工業~~]

**2. Miscellaneous Payments 雜項費用**

The Landlord shall be responsible for the following payments payable in respect of the Premises during the Term:

業主在租期內負責下列費用：

〔P.S.- Please fill in the following if the Rent shall include any of the following expenses.〕

〔備註－如租金包括以下任何一種開支，請填寫下列部分。〕

*(a) Management fee : (per month) (subject to revision from time to time)
管理費 :(將會不時調整)

*(b) Government Rates : (subject to actual amount demanded by the Government)
差餉 :(每季以政府實收者為準)

*(c) Government Rent : (subject to actual amount demanded by the Government)
地租 :(每季以政府實收者為準)

**3. Break Clause 退租權**

Notwithstanding anything to the contrary herein before contained, the Landlord and Tenant shall be entitled to terminate this tenancy earlier than as herein provided by serving not less than **ONE** month written notice, providing that such notice shall not be served earlier than **07 JUNE, 2025** (i.e. the Tenant shall rent the Premises for at least TWELVE months).

業主及租客雙方可給予不少於 壹 個月的書面通知解除此租約; 唯該通知不可早於 2025 年 06 月 07 日期發出 (即租客最少要租用該物業 13 個月) ·

**4. Rent Free Period 免租期**

From 29.05.2024 to 07.06.2024 (both days inclusive) provided that the Tenant shall be responsible for the charges of water, electricity, gas, telephone and other outgoing payable in respect of Premised during such rent free period.

免租期為（由 2024 年 05 月 29 日 至 2024 年 06 月 07 日止 ）(包括首尾兩天)

租客仍需負責繳付免租期內一切水、電、煤氣及電話費用及其他一切雜費支出。



掃描全能王 創建

5. Landlord is responsible for the maintenance of all provided electrical appliances throughout the lease (except for tenant misuse or negligence)
合約期內單位內所有提供給租客使用的電器，如有自然耗損由業主會負責維修，人為破壞則由租客負責。

6. **Other 其他**

The Tenant and The Landlord agree to pay the monthly rent into :

[redacted]

NAME : [redacted]

**REMARK :**

After finished the contract tenant mustbe clean up the funtitune & garbage, otherwise the Cleaning fee will be charged.
雙方協議 ：於租約期滿時，租客必須清除單位內之私人雜物及維持單位乾淨整潔，否則業主有權扣除清潔費用．

The tenant for twelve months to rent to the owner.
租客於簽正式租約同時支付十二個月租金給業主。

This unit mostly is YU DANIEL JUN live.
租約期內單位只供租客自住。



掃描全能王 創建

**Inventory List as follow :**

**租賃傢私清單:**

**[Living & Dining Room 客廳 & 飯廳]**

One (01) Air-Conditioner 冷氣機
Two (02) Lightings 燈飾
One (01) Curtain with Rails 窗簾連架

**[Bedroom 1 睡房]**

One (01) Air-Conditioner 冷氣機
One (01) Lightings 燈飾
One (01) Curtain with Rails 窗簾連架

**[Bedroom 2 睡房]**

One (01) Air-Conditioner 冷氣機
One (01) Lightings 燈飾
One (01) Curtain with Rails 窗簾連架

**[Kitchen廚房]**

One (01) Gas Cooker 煤氣煮食爐
One (01) Range Hood 抽油煙機
One (01) Ventilation Fan 抽氣扇
One (01) Kitchen Cabinet 廚櫃
One(01) Refrigerator 雪櫃
One (01) Washing Machine 洗衣機
Two (02) Lightings 燈飾

**[Bathroom 浴室]**

One (01) Ventilation Fan 抽氣扇
One (01) Water Heater 熱水爐
One (01) Lightings 燈飾
One (01) Wall Entering Device 入牆設備

**[Other 其他]**

Three (03) Air-Conditioner Controller 冷氣機搖控器
One (01) Shoes Cabinet 鞋櫃
All Window Bar 窗花



掃描全能王 創建

CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

29th February, 2024

[redacted]

"the Landlord"

And

YU, DANIEL JUN

"the Tenant"

**************************************

TENANCY AGREEMENT

Of

[redacted] HONG KONG

| | | |
|---|---|---|
| Term | : | Two years.<br>Commencing on<br>08th June, 2024<br>to<br>07th June, 2026 |
| Rental | | **HK$34,000.00** per month<br>(Inclusive of rate,<br>Government rent and<br>management fee) |
| Deposit | : | **HK$68,000.00** |

**************************************



掃描全能王 創建