CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

# Exhibit I

CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

Dated 4th September, 2026

Landlord

[redacted]

-and-

Tenant

YU, DANIEL JUN

TENANCY AGREEMENT

Of

The property

[redacted]

**HONG KONG**

| | |
|---|---|
| Term | :2 Years |
| Commencing | :1st October, 2026 |
| Expiring | :30th September, 2028 |
| Rental | :HK$34,000 per month<br>Inclusive of Government Rate,<br>Management Fee and Government Rent |
| Deposit | :HK$68,000 |

# Tenancy Agreement
# 租賃合約

An Agreement made on the 23rd day of August 2026 between the Landlord and the Tenant as more particularly described in the Schedule I,
此合約由業主及租客（雙方資料詳列於附表一）於2026年8月23日訂立。

The Landlord shall let and the Tenant shall take the Premises for the Term of Tenancy and at the Rent as more particularly described in the Schedule I and both parties agree to observe and perform the terms and conditions as follows: -
業主及租客雙方以詳列於附表一的租期金分別租出及租入詳列於附表一的物業，並同意遵守及履行下列條款：－

1. The Tenant shall pay the Rent in advance on the 1st day of each and every calendar month during the Term of Tenancy. If the Tenant shall fail to pay the Rent after 7 days from the due date, the Landlord shall have right to institute appropriate action to recover the rent and all costs, expenses and other outgoing so incurred by the Landlord in relation to such action shall be a debt owed by the Tenant to the Landlord and shall be recoverable in full by the Landlord.
   租客須在租期內每個月份第_壹_天上期繳付指定的租金，倘租客於應繳租金之日七天後仍未清付該租金，則業主有權採取適當行動追討租客所欠的租金同而由此而引起的一切費用及開支將構成租客所欠業主的債項，業主將有權向租客一併追討所欠款項全數。

2. The Tenant shall not make any alteration and / or additions to the Premises without the prior written consent of the Landlord, which consent shall not be unreasonably withheld.
   租客在沒有業主書面同意，不得對該物業作任何改動及／或加建，惟業主不得無理拒絕給予租客有關的同意書。

3. The Tenant shall not assign, transfer, sublet or part with the possession of the Premises or any part thereof to any other person. This tenancy shall be personal to the party named herein.
   租客不得轉讓，轉租或分租該物業或其任何部分或將該物業或其任何部分的佔用權予任何其他人等。此租約權益將為租客個人擁有。

4. The Tenant shall comply with all ordinances, regulations and rules of Hong Kong and shall observe and perform the covenants, terms and conditions of the Deed of Mutual Covenant and Sub-Deed of Mutual Covenant (if any) relating to the Premises. The Tenant shall not contravene any negative or restrictive covenants contained in the Government Lease(s) under which the Premises are held from the Government.
   租客須遵守香港一干法律條例和規則及該物業所屬的大廈有關的公契內的條款。租客亦不可違反屬該物業地段內的官批地契上的任何制約性條款。

5. The Tenant shall during the Term of Tenancy pay and discharges in respect of water, electricity, gas and telephone and other similar charges payable in respect of the Premises.
   租客須在租約期內清繳一切有關該物業的水費、電費、煤氣費、電話費、及其他類似的雜費等。

6. The Tenant shall during the Term of Tenancy keep the interior of the Premises in good and tenantable repair and condition (fair wear and tear and damage caused by inherent defect excepted) and shall deliver up vacant possession of the Premises in the same repair and condition on the expiration or sooner determination of this tenancy.
   租客須在租約期內保持物業內部的維修狀態良好（自然損耗及因固有的缺陷所產生損壞除外）並須於租約期滿或終止時將物業在同樣的維修狀態下交吉交回業主。

7. The Tenant shall pay to the Landlord the Security Deposit set out in Schedule I for the due observance and performance of the terms and conditions herein contained and, on his part, to be observed and performed. Provided that there is no antecedent breach of any of the terms and conditions herein contained, the Landlord shall refund the Security Deposit to the Tenant without interest within fourteen (14) days from the date of delivery of vacant possession of the Premises to the Landlord or settlement of any outstanding payment owed by the Tenant to the Landlord, including but not limited to water, electricity, gas and telephone and other similar charges payable in respect of the Premises, whichever is later. If the Rent and/or any charges payable by the Tenant hereunder or any part thereof shall be unpaid for seven (7) days after the same shall become payable (whether legally demanded or not) or if the Tenant shall commit a breach of any of the terms and conditions herein contained, it shall be lawful for the Landlord at any time thereafter to re-enter the Premises whereupon this Agreement shall absolutely determine and the Landlord may deduct any loss or damage suffered by the Landlord as a result of the Tenant's breach from the Security Deposit without prejudice to any other right of action or any remedy of the Landlord in respect of such breach of the Tenant.

租客須交予業主保証金（金額如附表一所列）作為保証物業租客遵守及履行此租約上租客所需遵守的條款的按金。若租客在租期內並無干犯此合約內任何條款，則業主須於收回交吉的物業或一切租客欠款後（以較遲者作準，并包括清繳有關物業的水費、電費、煤氣費、電話費及其他類似的雜費等）十四天內無息退還該保証金予租客。但若租客拖欠根據此合約需要支付的租金及／或其他款項超過七天（無論有否以法律行動追討）或若租客違反此合約內任何條款，業主可合法收回該物業而此租約將立被終止；業主可從保証金內扣除因租客違約而令業主所受的損失，而此項權利將不會影響業主因租客違約而可採取的其他合法行動的權利。

8. Provided the Tenant shall have paid the Rent and other outgoings on the days and in the manner herein provided and observe and perform the terms and conditions herein contained and on the Tenant's part to be observed and performed, the Tenant shall peacefully hold and enjoy the Premises during the Term of Tenancy without any interruption by the Landlord.
若租客按時清繳租金和雜費及沒有干犯此合約內任何條款，則業主不得在租約期內干擾租客享用該物業。

9. The Landlord shall keep and maintain the structural parts of the Premises and the main drains, pipes and cables in proper state of repair provided that the Landlord's liability shall not be incurred unless and until notice of any defect or want of repair has been given by the Tenant to the Landlord and the Landlord has confirmed that such defect is not caused by any intentional behaviors or negligence of the Tenant and the Landlord shall have failed to take reasonable steps to repair and remedy the same after the lapse of a reasonable time from the date of service of such notice.
業主須保養及適當維修物業內各主要結構部分（包括主要的排污渠，喉管和電線）。唯業主須在收到租客的要求後，確認該損壞並不是蓄意或租客疏忽引致，才會有責任在合理時限內將有關損壞維修妥當。

10. The Landlord shall pay the Property tax payable in respect of the Premises.
業主負責繳付有關該物業的物業稅。

11. The Stamp Duty payable on this Agreement shall be borne by the Landlord and the Tenant in equal shares.
業主及租客各負責屬此合約一式兩份的印花稅一半費用。

12. The Landlord and the Tenant agree to be bound by the additional terms and conditions contained in the Schedule II & Schedule III (if any).
業主及租客雙方同意遵守附表二及附表三內的附加條款（如有的話）。

13. If there is any conflict between the English version and the Chinese version in this agreement, the English version shall prevail.
中文文本存有差異的，將以英文文本為準。

CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

Schedule I
附表一

| | |
|---|---|
| The Premises: | [redacted] HONG KONG |
| 物業: | [redacted] |
| The Landlord: | [redacted] |
| 業主 | [redacted] TEL [redacted] |
| The Tenant: | YU, DANIEL JUN |
| 租客 | TEL [redacted] |
| Terms of Tenancy: | |
| FROM | 1st October 2026 TO 30th September 2028 |
| 租期由 | 2026 年 10 月 1 日至 2028 年 9 月 30 日 |
| Rent: | Monthly Rental HK$34,000 PER MONTH |
| 租金: | 每月為港幣$34,000 |
| Security Deposit: | HK$68,000 |
| 保証金 | 港幣$68,000 |

Schedule II
附表二

1) Uses 用途
The Tenant shall not use or permit to be used the Premises or any part thereof for any purpose other than for Residential Use purpose only.
租客除在該物業作 住宅 用途外，不可將該物業或其任何部份作其他佣途。

2) Miscellaneous Payments 雜項費用
The Landlord shall be responsible for the following payment payable in respect of the Premises during the Term: -
業主在租期內負責下列費用；
*I Management fee (at current rate) (per month) (subject to revision from time to time)
管理費（每月以現時金額為準）（將會不時調整）
*II Government Rates (at current rate) (per month) (subject to revision from time to time)
差餉（每月以現時金額為準）（將會不時調整）
*III Government Rent (at current rate) (per month) (subject to revision from time to time)
地租（每月以現時金額為準）（將會不時調整）

3) Break clause 退租權
Notwithstanding anything to the contrary hereinbefore contained, the Landlord or the Tenant shall be entitled to terminate this Agreement earlier than as herein provided by serving not less than ONE month written notice or by paying ONE month Rent in lieu provided that this Agreement shall not be terminated earlier than a date which shall be 12 months from the commencement date of the Tenn. (i.e., the Tenant shall rent the Premises for at least 13months).
儘管與前文不符，業主或租客可給予不少於 1 個月的書面通知或 1 個月租金作代通知金提早解除此租約；唯此租約的終止日期不得早於由租期開始日計第12個月（即租客最少要租用該物業13個月）。

4) Other 其他

a) The Tenant will settle the monthly rent by direct debit as per the Landlord's request
租客依業主要求以自動轉帳交租。

b) Furniture and Fixture provided by the Landlord in the Premises are in good condition as follows: -
物業內業主提供的傢具電器運作良好如下：

| | |
|---|---|
| LIVINGROOM 客廳 ＆ DINING ROOM 飯廳<br><br>(1) SPLIT/AIR-CONDITIONER(S) 冷氣機<br>(1) CURTAIN WITH RAIL(S)窗簾連架<br>(2) LIGHTING(S)燈飾<br>(1) SHOES CABINET鞋櫃 | MASTER BEDROOM 主人房間<br><br>(1) SPLIT/AIR-CONDITIONER(S) 冷氣機<br>(1) CURTAIN WITH RAIL (S)窗簾連架<br>(1) LIGHTING(S)燈飾 |
| BEDROOM 房間<br><br>(1) SPLIT/AIR-CONDITIONER(S) 冷氣機<br>(1) CURTAIN WITH RAIL(S)窗簾連架<br>(1) LIGTNG(S)燈飾 | KITCHEN 廚房<br><br>(1) RANGE HOOD抽油煙機<br>(1) COOKER煮食爐<br>(1) REFRIGERATOR雪櫃<br>(1) WASHING MACHINE洗衣機<br>(1) WALL UNIT CABINET廚櫃<br>(1) VENTILATION FAN抽氣扇<br>(2) LIGHTING燈飾 |
| BATHROOM 浴室<br><br>(1) WATER HEATER熱水爐<br>(1) VENTILATION FAN抽氣扇<br>(1) LIGHTING(S)燈飾<br>(1) BUILT-IN STORAGE UNIT 入牆櫃 | OTHERS其他<br><br>WINDOW BAR全屋窗花<br>(3) AIR CONDITIONER REMOTE CONTROL 冷氣機遥控: |

Schedule III

附表三

1) The Tenant agrees not to drill holes, drive nails, apply stickers, or stick hooks onto any tiles or wooden doors throughout the entire premises that may leave marks.
租客同意不會在全屋的瓷磚和木門上鑽孔、打釘，不會貼上貼紙及貼掛勾而留下痕跡。

2) The Tenant shall not insert coarse-threaded screws or bolted screws into the walls to support heavy objects or appliances; otherwise, compensation must be paid based on the extent of the damage. Compensation is also required if any marks are left on the walls or if the paint peels off due to pasting or sticking items.
租客不能在牆壁上鑲嵌粗粒狀的螺絲或套有螺絲帽的螺絲，以承托重型物件或電器，如有任何損毀，租客負責程度作出賠償。若因黏貼東西而使牆壁留有痕跡或致油漆剝落，亦須賠償。

3) ,The Tenant will be responsible for removing all personal items and unwanted items to ensure the cleanness of the premises as the lease expires, and the Landlord reserves the right to deduct the cleaning fee from the deposit otherwise.
租客同意于租約结束后，負责搬走所有个人物品和不需要的物品，并确保单位清潔，否則業主有權從保証金中扣除任何清潔费。

Acknowledged the receipt of the following by the Tenant
租客確認接收業主所交屬該物業的鎖匙

TEN key(s) of the premises
Main Door 大門 : 3 pcs, Mailbox 信箱 : 1 pc,
Bedroom1 & 2 睡房 : 4 pcs, Bathroom 洗手間 : 2 pcs

Name姓名： YU, DANIEL JUN
HKID NO: [redacted]

Acknowledged the receipt of the Security Deposit of HK$68,000 by the Landlord
業主確認收到租客所交的保証金HK$68,000

Name姓名： [redacted]
HKID NO: [redacted]

Confirmed and Accepted all the terms and conditions contained herein by the Tenant:
租客確認及接受這合約內所有條款的約束

Name姓名： YU DANIEL JUN
HKID NO: [redacted]

Confirmed and Accepted all the terms and conditions contained herein by the Landlord:
業主確認及接受這合約內所有條款的約束

Name姓名： [redacted]
HKID NO: [redacted]