CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

# Exhibit J

<u>**My Gym Membership at GO24 Fitness, a Hong Kong based gym.**</u>



CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

GO24 Fitness
https://www.go24fitness.com › ...

GO24 Fitness: 24-Hour Gym in Hong Kong | No Contract

GO24 Fitness – **HK's no-contract, 24-hour gym**. Train anytime across 15+ GO24 & ONYX locations. Flexible memberships, group classes & recovery amenities.




https://www.go24fitness.com/en/about-go24-fitness

Update ···

d Favorites

繁體 ENG

GO24 ONYX FITNESS

HOME ABOUT CLASSES REFORMER RECOVERY PRICE FRANCHISE TRAINERS LOCATIONS SCHEDULE CAREERS




GO24 Fitness was launched in the New Territory District of Tsuen Wan in Hong Kong in 2018. Founded, designed and operated by professionals passionate about fitness, building the kind of place you want to hang out in and a community you want to be part of. Our mission is to disrupt the industry by offering high-quality gyms and service, in convenient neighborhood locations at an affordable price. In 2023, we launched the ONYX by GO24 Fitness brand to cater to fitness enthusiasts in the CBD office areas with the same high-quality gym and classes offering while adding some additional amenities like towel service, more lunch-hour classes and recovery.

CONTACT

FREE TRIAL