CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

# Exhibit M

CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

# Daniel Yu – 2022 Tax Return Excerpts

SEE STMT

Form **1040** Department of the Treasury—Internal Revenue Service **U.S. Individual Income Tax Return** **2022** OMB No. 1545-0074 IRS Use Only—Do not write or staple in this space.

**Filing Status** Check only one box. ☐ Single ☒ Married filing jointly ☐ Married filing separately (MFS) ☐ Head of household (HOH) ☐ Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent:

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Daniel J | Yu | [redacted] |
| If joint return, spouse's first name and middle initial: [redacted] | Last name: [redacted] | Spouse's social security number: [redacted] |

| Home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | Presidential Election Campaign |
|---|---|---|
| C/O [redacted] | [redacted] | Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse |

| City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code |
|---|---|---|
| [redacted] | NY | [redacted] |

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|
| | | |

**Dependents** (see instructions):

If more than four dependents, see instructions and check here ☐

| (1) First name | Last name | (2) Social security number | (3) Relationship to you | (4) Child tax credit | (4) Credit for other dependents |
|---|---|---|---|---|---|
| | Yu | [redacted] | [redacted] | ☒ | ☐ |
| | | | | ☐ | ☐ |
| | | | | ☐ | ☐ |
| | | | | ☐ | ☐ |

Form **2555** **Foreign Earned Income** OMB No. 1545-0074 **2022**

Department of the Treasury Internal Revenue Service

Attach to Form 1040 or 1040-SR.
Go to *www.irs.gov/Form2555* for instructions and the latest information.

**For Use by U.S. Citizens and Resident Aliens Only**

Attachment Sequence No. **34**

Name shown on Form 1040 or 1040-SR: [redacted] Your social security number: [redacted]

**Part I** **General Information**

1 Your foreign address (including country): [redacted] Hong Kong Hong Kong

2 Your occupation

3 Employer's name aaaaaaaaaaaaaa

address None

4a Employer's U.S.

b

any that apply): b ☐ A U.S. company d ☐ A foreign affiliate of a U.S. company e ☐ Other (specify)

CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

Form **8858**
(Rev. September 2021)
Department of the Treasury
Internal Revenue Service

# Information Return of U.S. Persons With Respect to Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs)

▶ **Go to *www.irs.gov/Form8858* for instructions and the latest information.**
Information furnished for the FDE's or FB's annual accounting period (see instructions)
beginning 01/01 , 20 22 , and ending 12/31 , 20 22

OMB No. 1545-1910
Attachment Sequence No. **140**

Name of person filing this return: Daniel J Yu
**Filer's identifying number**: [redacted]

Number, street, and room or suite no. (or P.O. box number if mail is not delivered to street address): CO [redacted]

City or town, state, and ZIP code: [redacted] NY [redacted]

Filer's tax year beginning 1/1 , 20 22 , and ending 12/31 , 20 22

**Important:** *Fill in all applicable lines and schedules. All information **must** be in English. All amounts **must** be stated in U.S. dollars unless otherwise indicated.*

Check here
- [ ] FDE of a U.S. person
- [ ] FDE of a controlled foreign corporation (CFC)
- [ ] FDE of a controlled foreign partnership
- [X] FB of a U.S. person
- [ ] FB of a CFC
- [ ] FB of a controlled foreign partnership

Check here
- [X] Initial Form 8858
- [ ] Final Form 8858

**1a** Name and address of FDE or FB
Name: Gotham City Research LLC
Street: [redacted]
City: Hong Kong
State/Province:
Postal Code:
Country: Hong Kong

**b(1)** U.S. identifying number, if any

**b(2)** Reference ID number (see instructions)

**c** For FDE, country(ies) under whose laws organized and entity type under local tax law
Country
Entity type

**d** Date(s) of organization

**e** Effective date as FDE

| f If benefits under a U.S. tax treaty were claimed with respect to income of the FDE or FB, enter the treaty and article number | g Country in which principal business activity is conducted | h Principal business activity | i Functional currency |
|---|---|---|---|
| | Hong Kong | Research | HKD |

**2** Provide the following information for the FDE's or FB's accounting period stated above.

**a** Name, address, and identifying number of branch office or agent (if any) in the United States
Name
Address
City
State Zip ID

**b** Name and address (including corporate department, if applicable) of person(s) with custody of the books and records of the FDE or FB, and the location of such books and records, if different
Daniel J Yu
[redacted]
Hong Kong, Hong kong, Hong Kong

**3** For the **tax owner** of the FDE or FB (if different from the filer), provide the following (see instructions):

**a** Name and address
Name
Address
City
State Zip Country

**b** Annual accounting period covered by the return (see instructions)

**c(1)** U.S. identifying number, if any

**c(2)** Reference ID number (see instructions)

**d** Country under whose laws organized

**e** Functional currency

**4** For the **direct owner** of the FDE or FB (if different from the tax owner), provide the following (see instructions):

**a** Name and address
Name
Address
City State Zip

**b** Country under whose laws organized

**c** U.S. identifying number, if any

**d** Functional currency

**5** Attach an organizational chart that identifies the name, placement, percentage of ownership, tax classification, and country of organization of all entities in the chain of ownership between the tax owner and the FDE or FB, and the chain of ownership between the FDE or FB and each entity in which the FDE or FB has a 10% or more direct or indirect interest. See instructions.