CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

# Exhibit O

**From:**

Daniel Yu
[redacted]
Hong Kong

**Taxpayer Abroad**

**To:**

Austin - Internal Revenue Submission Processing Center
3651 S IH35,
Austin TX 78741

To Whom It May Concern:
**Taxpayer**: Daniel Yu;
**Tax ID number**: [redacted]

**REQUEST FOR ADDITIONAL 2 MONTHS EXTENSION TO FILE THROUGH DECEMBER 15TH, 2025.**

I am a US citizen permanently residing in Hong Kong and working in Hong Kong.

Due to the difference in tax periods across these countries (USA, Hong Kong) my foreign tax information cannot be complete by the extended due date of October 15th. As I have tax affairs outside the United States, tax reconciliation takes additional time to accomplish due to communication and mailing delays.

I am kindly requesting an additional 2 months extension of time to file through December 15th in order to have my foreign tax details ready for the proper and complete reporting of my worldwide income on U.S. tax return for 2024.

As I am residing abroad with unreliable mailing service, I am unable to sign this form and request the additional extension. I have requested my Accountant to be my duly authorized agent for this purpose, to sign the request on my behalf and mail it for me.

> *As per § 1.6081-1 Extension of time for filing returns.*
>
> *(b)Application for extension of time -*
>
> *(2)Taxpayer unable to sign. In any case in which a taxpayer is unable, by reason of illness, absence, or other good cause, to sign a request for an extension, any person standing in close personal or business relationship to the taxpayer may sign the request on his behalf, and shall be considered as a duly authorized agent for this purpose, provided the request sets forth the reasons for a signature other than the taxpayer's and the relationship existing between the taxpayer and the signer.*

Sincerely,
Daniel Yu

Approved by: Accountant for DY [redacted]