CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

# Exhibit S

# Travel Form Submitted to Accountant in 2023

**1. US Visits**

Information Please list all U.S. visits in the table below. We'll calculate the days for you - we need to know the departure dates, the IRS has a special formula. If you visited multiple states during one trip, please add them on separate rows. Note, we're not asking if any of these were business trips since you indicated they weren't. If that's incorrect, please modify the question above.

| Visitor Names(s) | Non-US Country | Date Departed Non-US Country | US Departure Date |
|---|---|---|---|
| Daniel Yu | Hong Kong | Apr-04-2023 | Apr-10-2023 |
| Daniel Yu | Hong Kong | Sep-19-2023 | Oct-07-2023 |
| Daniel Yu | Hong Kong | Dec-04-2023 | Dec-09-2023 |
| [redacted] | Hong Kong | Apr-04-2023 | Apr-10-2023 |
| | Select country | MMM-DD-YYYY | MMM-DD-YYYY |

Calculated total full days in the US

Daniel Yu: **26**

[redacted]**5**