**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GRIFOLS, S.A.,<br>Plaintiff,<br><br>v.<br><br>DANIEL YU, GOTHAM CITY RESEARCH LLC, GENERAL INDUSTRIAL PARTNERS LLP, and CYRUS DE WECK,<br><br>Defendants. | Index No. 1:24-cv-00576-LJL<br><br>**DECLARATION OF CYRUS DE WECK IN SUPPORT OF MOTION TO STAY MERITS DISCOVERY** |

I, Cyrus de Weck, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a defendant in this action and am a member of General Industrial Partners LLP ("GIP"), another defendant in this action. I submit this declaration in support of Defendants' Motion to Stay Merits Discovery.

2. GIP is a registered LLP in England and Wales, with its principal place of business in London, England. Those facts were true as of January 26, 2024, when the complaint in this action was filed. Also as of January 26, 2024, GIP had four members: Christian Cluett, Amy Gilliland, Portsea AIFM Malta Ltd. ("Portsea"), and myself. Portsea, now known as GIP Management Ltd., resigned as a member of GIP on May 14, 2024, and GIP has had no other members since that date.

3. I am the sole owner of GIP Management Ltd., formerly known as Portsea, and was its sole owner on January 26, 2024. I am familiar with its organization and operations. As of January 26, 2024, Portsea was incorporated in Malta and maintained its registered office in Valletta, Malta.

4. I am a citizen of Switzerland, and I reside in England, where I have lived since 2001. I consider England to be my permanent home, and I have no intention of relocating to the United States. On January 26, 2024, I resided in England. I am not, and have never been, a citizen of the United States.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 19, 2026
London, England

______________________

Cyrus de Weck