# Exhibit E

**From:** DeBrowner, Nolan J. <ndebrowner@akingump.com>
**Sent:** Sunday, October 18, 2026 8:25 PM
**To:** Walsh, William T.; Doyle, Peter D.; Warshafsky, Jeff; Guggenheim, Michael M.; Angelica, Peter C.; Sonn, Courtney E.
**Cc:** Asaro, Michael; Itkin, Uri; Murphy, Jack; Natera Hershey, Maria; Freeman, Madeleine; Stephens, Harris
**Subject:** Grifols, S.A. et al v. Yu et al

***This email sent by ndebrowner@akingump.com originated from outside the Firm.***

Counsel:

We intend to move for an interim stay of merits discovery pending Judge Liman's decision on Defendants' forthcoming motion to stay. From our previous meet and confers, we understand that you oppose any stay of merits discovery, including the interim stay we would be requesting, and therefore believe that our meet and confer obligations have been satisfied. If you believe further discussion is necessary, or would be willing to change your position, please let us know by 2 PM tomorrow.

Best,
Nolan

**Nolan J. DeBrowner**
**Akin**
One Bryant Park | New York, NY 10036-6745 | USA | Direct: +1 212.872.8036
Fax: +1 212.872.1002 | Mobile: +1 347.526.8694 | ndebrowner@akingump.com | akingump.com | Bio

This email message was sent from Akin Gump Strauss Hauer & Feld LLP. The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message