# Exhibit F

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GRIFOLS, S.A.,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL YU, an individual, GOTHAM CITY RESEARCH LLC, GENERAL INDUSTRIAL PARTNERS LLP, CYRUS DE WECK, an individual, JOHN DOES 1-10, and XYZ CORPORATIONS 1-10,<br><br>Defendants. | No.: 1:24-cv-00576-LJL-GWG<br><br>**DECLARATION OF PETER D. DOYLE** |

I, Peter D. Doyle, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner at Proskauer Rose LLP, counsel for Plaintiff Grifols, S.A. ("Grifols") in the above-captioned action. I submit this Declaration based on my personal knowledge of the matters set forth herein.

2. On June 10, 2025, I spoke with David S. Korzenik, then-lead counsel for Defendants, in connection with scheduling the parties' conference pursuant to Federal Rule of Civil Procedure 26(f).

3. During that conversation, I specifically asked Mr. Korzenik whether Defendants intended to challenge this Court's subject-matter jurisdiction in light of the Court's dismissal of Grifols Shared Services North America, Inc. ("GSSNA") from the action. Mr. Korzenik confirmed that Defendants would not challenge subject-matter jurisdiction.

4. Grifols relied on that representation in determining how to proceed following the Court's ruling, including by electing not to seek reconsideration of, or leave to amend its complaint in response to, the dismissal of GSSNA at that time.

5. During a subsequent meet and confer on October 6, 2026, I raised Mr. Korzenik's June 10, 2025 representation. Mr. Korzenik acknowledged the prior communication and did not dispute that he had represented that Defendants would not challenge subject-matter jurisdiction.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 21, 2026, in New York, New York.

*/s/ Peter D. Doyle*
Peter D. Doyle