Proskauer Proskauer Rose LLP Eleven Times Square New York, NY 10036-8299

October 22, 2026

Peter D. Doyle
Member of the Firm
d +1.212.969.3688
f 212.969.2900
pdoyle@proskauer.com
www.proskauer.com

**Via ECF**
Hon. Lewis J. Liman, U.S.D.J.

**Re: *Grifols, S.A. v. Yu, et al.*, No. 1:24-cv-00576-LJL-GWG**

Dear Judge Liman:

Pursuant to Paragraph 1.C of Your Honor's Individual Practices, Grifols' opposition to Defendants' Letter Motion for Temporary Stay of Discovery (ECF 261) was due yesterday, on October 21, 2026. We attempted to electronically file the motion that day but we received several error messages and were unable to do so due to a technical failure on the Court's electronic filing system. Attached hereto as Exhibit A are screenshots of the relevant error messages we received.

After numerous attempts to access the Court's electronic filing system, we served opposing counsel a complete set of our opposition and related exhibits before the filing deadline. A copy of that email is attached hereto as Exhibit B. Shortly after serving, we received a notification that Defendants' had accessed the filing. *See* Exhibit C.

Pursuant to Section 11 of the Electronic Case Filing Rules & Instructions for this Court, we respectfully request that the Court accept our filing and deem it timely.

Respectfully submitted,

*/s/ Peter D. Doyle*