**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GRIFOLS, S.A.,<br>Plaintiff,<br><br>v.<br><br>DANIEL YU, GOTHAM CITY RESEARCH LLC, GENERAL INDUSTRIAL PARTNERS LLP, and CYRUS DE WECK,<br><br>Defendants. | Index No. 1:24-cv-00576-LJL-GWG<br><br>**DECLARATION OF CYRUS DE WECK IN SUPPORT OF DEFENDANTS' MOTION TO SEAL EXHIBITS A THROUGH C AND EXHIBIT G TO ECF NO. 264** |

I, Cyrus de Weck, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a co-founder and Managing Partner of General Industrial Partners LLP ("GIP"). I submit this declaration in support of Defendants' Letter Motion to Seal dated October 28, 2026 (ECF No. 272). The facts set forth herein are based on my personal knowledge.

2. GIP's research process, including how it identifies targets, selects and weighs sources, and develops and revises its analysis, is proprietary and central to its competitive position. As such, GIP treats its internal research, drafts, and communications as confidential and takes steps to prevent their public disclosure.

3. Exhibit A contains internal discussions of GIP media and communications strategy (GCR_0060398 through GCR_00603999), GIP's internal allocation of expenses (GCR_0060400), unpublished investment ideas and short theses (GCR_0060402 through GCR_0060403), internal business management (GCR_0060403), and the personal lives of GIP personnel and third parties (GCR_0060399 - GCR_0060401).

4. Exhibit B contains internal GIP discussions of litigation and public communications strategy (GCR_0059885 through GCR_0059886), and disclosure of market indicators GIP considers in evaluating positions (GCR_0059886).

5. Exhibit C contains internal discussions of confidential information concerning GIP's relationships with partners integral to its operation that are not otherwise publicly disclosed (GCR_0060420 through GCR_0060421), internal research ideas (GCR_0060422) and personal travel (GCR_0060422).

6. Exhibits A through C also display the personal phone numbers of GIP personnel, including myself, Daniel Yu, and Christian Cluett, which are not publicly available.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 27, 2026
London, UK

CYRUS DE WECK