CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GRIFOLS, S.A.,<br>Plaintiff,<br><br>v.<br><br>DANIEL YU, GOTHAM CITY RESEARCH LLC, GENERAL INDUSTRIAL PARTNERS LLP, and CYRUS DE WECK,<br><br>Defendants. | Index No. 1:24-cv-00576-LJL<br><br>**DECLARATION OF DANIEL YU IN SUPPORT OF MOTION TO STAY MERITS DISCOVERY** |

I, Daniel J. Yu, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a defendant in this action and am the sole member of Gotham City Research LLC ("Gotham"), another defendant in this action. I submit this declaration in support of Defendants' Motion to Stay Merits Discovery.

2. Since at least 2020 (and including on January 26, 2024, when the complaint in this action was filed), I have lived in Hong Kong full time and have considered Hong Kong to be my permanent, primary residence.

3. I was born in the United States in 1982. I moved with my family to New York when I was around 11 or 12 years old and lived with my family in New York through high school. I left New York to attend college outside of New York. After college, I lived in several different states including New York. New York was at times my primary residence between approximately 2011 and 2014.

4. Beginning in approximately 2014, I began to spend a substantial amount of my time in Hong Kong. Between 2014 and 2018, I split my time between New York and Hong Kong. I transitioned to living in Hong Kong full-time in or around 2018.

5. I obtained a Hong Kong Identity Card ("HKID") in 2018. The HKID is an official Hong Kong government identification card required of anyone staying in Hong Kong for longer than 180 days. A true and correct copy of my HKID is attached as Exhibit A to this Declaration.

6. My HKID is current and is my primary form of identification. I do not have a U.S. driver's license or any other U.S. state-issued identification card. While I have a valid U.S. passport, I use my HKID for border entry purposes into Hong Kong. A true and correct copy of my U.S. passport is attached as Exhibit B to this Declaration.

7. One of the reasons that I began spending more time in Hong Kong is that I started having a relationship in approximately 2014 with a woman from Hong Kong, who is currently my ex-wife. My ex-wife and I were married in Hong Kong in 2018. The marriage license was issued in Hong Kong in 2018 and lists my residential address at the time in Hong Kong. A true and correct copy of that marriage license is attached as Exhibit C to this Declaration.

8. My ex-wife lived in Hong Kong for the duration of our relationship and marriage and continues to do so today. We lived together in Hong Kong between 2014 and 2024.

9. My ex-wife and I have a child together, who was born in Hong Kong in 2020. My child has lived their whole life in Hong Kong and has attended school in Hong Kong. True and correct copies of my child's school registrations from 2022 through mid-2024 are attached as Exhibit D to this Declaration.

10. Since my child's birth, it has always been my intention to remain in Hong Kong with them.

11. My ex-wife and I separated around 2023, and our marriage was formally dissolved by a Hong Kong family court in 2024. A true and correct copy of our marriage dissolution decree is attached as Exhibit E to this Declaration.

CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

12. After our separation and while our divorce was pending, my ex-wife and I continued to share an apartment in Hong Kong so that we could co-parent and minimize disruption for our child. A true and correct copy of my lease to that apartment, in my ex-wife's name, is attached as Exhibit F to this Declaration. While the lease that I have been able to locate only runs through June 2022, this lease was renewed, and I continued to reside in the same apartment until approximately May 2024.

13. I was living in this Hong Kong apartment on January 26, 2024, when Plaintiff filed this action. On that day (as well as for years before and ever since), I considered Hong Kong to be my permanent home.

14. In or around June 2024, I moved into another apartment in Hong Kong near my ex-wife and child, so that we could co-parent our child. A true and correct copy of my lease to that apartment is attached as Exhibit G to this Declaration.

15. My child now lives with their mother in Hong Kong. My ex-wife and I continue to co-parent my child, and I see them most days if not every day.

16. I met my current wife in 2023. She is a permanent resident of Hong Kong (and has been since I met her). My wife and I were married in Hong Kong in 2025. The marriage license was issued in Hong Kong and lists my residential address in Hong Kong during this period. A true and correct copy of that marriage license is attached as Exhibit H to this Declaration. My wife and I moved into our current apartment in Hong Kong in 2026. A true and correct copy of my lease for this apartment is attached as Exhibit I to this Declaration.

17. My wife has young children from a prior marriage who live with us. They were born in Hong Kong, have attended school in Hong Kong, and have lived their whole lives in Hong Kong. I co-parent them and consider them my own, and I intend to become their legal guardian.

18. I am a member of a church and a Christian group in Hong Kong. I have friends and maintain a gym membership in Hong Kong. A true and correct copy of my gym membership and a printout of a webpage indicating that it is in Hong Kong are attached as Exhibit J to this Declaration. I am not a member of any clubs or organizations in New York, nor is my wife or child.

19. My primary healthcare providers, as well as those of my wife and children, are in Hong Kong. We do not see any doctors in the U.S.

20. I operate an investment research firm, Gotham, which is another defendant in this action. I am the sole member of Gotham (and was the sole member of Gotham on January 26, 2024). I formed Gotham as a Delaware limited liability company in approximately 2013. I operate Gotham from Hong Kong and have done so since at least 2020.

21. For at least the years 2020 through 2025, I have filed or plan to file my U.S. federal taxes as a U.S. citizen living abroad. I have listed Hong Kong as my place of residence on my U.S. federal tax returns since at least 2020. True and correct copies of relevant excerpts of my U.S. federal tax returns from the years 2020 through 2023 are attached as Exhibits K through N. Exhibits K through N also reflect that I declared my child, who was born in 2020, as a dependent on my U.S. federal tax returns for the years 2021, 2022, and 2023.

22. I timely requested and received the federal tax filing extension available only to U.S. citizens residing outside the United States for the 2024 and 2025 tax years. Each of these extension requests states that I am a U.S. citizen permanently residing in Hong Kong and working in Hong Kong. True and correct copies of my extension requests are attached as Exhibits O and P to this Declaration. The attached 2024 extension request (Exhibit O) was filed with the IRS in October 2025 and the 2025 extension request (Exhibit P) was filed with the IRS in October 2026.

23. I have not filed state taxes in the U.S. for many years. To the best of my knowledge, the last time I filed state taxes in the U.S. was before 2020.

24. To the best of my knowledge, I am not registered to vote in the U.S. The last time I voted in a U.S. election, if ever, was before 2020.

25. I have not received any U.S. government benefits since well before 2020, if ever.

26. At all times since I made Hong Kong my permanent residence, when I have left Hong Kong, I have had the intention to return there.

27. In 2025, I traveled to the U.S. once for 3 days, not including travel days. I traveled from Hong Kong to New York City on December 3, 2025, and left New York on December 6, 2025. A true and correct copy of my ticket receipt is attached as Exhibit Q to this Declaration.

28. In 2024, I traveled to the U.S. twice, with each trip lasting less than one week. I traveled from Hong Kong to San Francisco on September 23rd and returned to Hong Kong on September 27th. I traveled to New York City on December 3rd and returned to Hong Kong on December 8th. True and correct copies of my ticket receipts are attached as Exhibit R to this Declaration.

29. In 2023, I spent approximately 26 days in the U.S. (excluding travel days). My trips were dated April 4th through April 10th, September 19th through October 7th, and December 4th through December 9th. A true and correct copy of my travel history that I submitted to my accountant for the year 2023 is attached as Exhibit S to this Declaration.

30. In 2022, I spent approximately 93 days in the U.S. (excluding travel days). My trips were dated February 25th through April 2nd, April 11th through May 22nd, and October 11th through October 31st. A true and correct copy of my travel history that I submitted to my accountant for the year 2022 is attached as Exhibit T to this Declaration.

31. In 2021, I did not travel to the U.S. at all. A true and correct copy of my travel history that I submitted to my accountant for the year 2021 is attached as Exhibit U to this Declaration.

32. In 2020, I spent five days in the U.S., January 1st through 5th, the last days of a trip that I spent visiting family for the holidays. I did not travel to the U.S. again in 2020. A true and correct copy of my travel history that I submitted to my accountant for the year 2020 is attached as Exhibit V to this Declaration.

33. I own an apartment in Manhattan, which I have rented to my sister for many years, since well before 2020. I purchased that property in approximately 2017. While I have periodically stayed at that apartment during my visits to the U.S., I have never used it as my home. My sister moved into that apartment shortly after I bought it, her husband (my brother-in-law) has been residing with her there since at least the fall of 2022, and they have lived there together as my tenants ever since then. A true and correct copy of records evidencing rent payments that my sister and brother-in-law paid to me is attached as Exhibit W.

34. I do not own or rent any other property in New York or elsewhere in the United States for personal or business reasons, nor have I since 2017. I do not own any vehicles in the United States.

35. My parents have lived in New York for the past 25 years. I have not lived in their New York home since around 2013.

36. At times, I have used either the address of the apartment I own in New York or my parents' address to receive mail, such as where (1) I have had concerns that the mailing party's internal forms may not accept a foreign address; or (2) I am otherwise concerned that communications may be lost or not delivered properly in international mail. For these reasons, on

my U.S. federal tax forms, I have listed my parents' address as a "C/O" mailing address, while also listing my Hong Kong residential address. Because I have extended family living at both of these addresses, they notify me when I receive correspondence.

37. When Grifols filed this case, I was not asked about and did not discuss with my counsel my Hong Kong residence or any of these facts.

38. In sum, I have lived and worked in Hong Kong since before 2020, and I have no intention of relocating my primary place of residence from Hong Kong.

39. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 19, 2026



Daniel Yu