CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

# Exhibit K

CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

# Daniel Yu – 2020 Tax Return Excerpts

SEE STMT

Form **1040** Department of the Treasury—Internal Revenue Service (99)
**U.S. Individual Income Tax Return** **2020** OMB No. 1545-0074 IRS Use Only—Do not write or staple in this space.

**Filing Status** ☐ Single ☒ Married filing jointly ☐ Married filing separately (MFS) ☐ Head of household (HOH) ☐ Qualifying widow(er) (QW)
Check only one box.
If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent ▶

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Daniel J | Yu | [redacted] |
| If joint return, spouse's first name and middle initial: [redacted] | Last name: [redacted] | Spouse's social security number: [redacted] |

Home address (number and street). If you have a P.O. box, see instructions. C/O [redacted] Apt. no. [redacted]
City, town, or post office. If you have a foreign address, also complete spaces below. [redacted] State NY ZIP code [redacted]
Foreign country name | Foreign province/state/county | Foreign postal code

**Presidential Election Campaign** Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Dependents** (see instructions):
If more than four dependents, see instructions and check here ▶ ☐

| (1) First name | Last name | (2) Social security number | (3) Relationship to you | (4) ✔ if qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|---|
| | | | | ☐ | ☐ |
| | | | | ☐ | ☐ |
| | | | | ☐ | ☐ |
| | | | | ☐ | ☐ |

Form **2555** Department of the Treasury Internal Revenue Service

**Foreign Earned Income**
▶ Attach to Form 1040 or 1040-SR.
▶ Go to *www.irs.gov/Form2555* for instructions and the latest information.

OMB No. 1545-0074 **2020** Attachment Sequence No. **34**

**For Use by U.S. Citizens and Resident Aliens Only**

Name shown on Form 1040 or 1040-SR: [redacted]
Your social security number: [redacted]

**Part I General Information**

1 Your foreign address (including country) [redacted] Hong Kong Hong Kong
2 Your occupation [redacted]
3 Employer's name ▶ [redacted]
4a Employer's U.S. address ▶ None
b Employer's foreign address ▶ [redacted] Hong Kong Hong Kong