Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036

T +1 212.872.1000
F +1 212.872.1002
akingump.com

Akin

**Michael Asaro**
+1 212.872.8100
masaro@akingump.com

October 30, 2026

Via ECF

Hon. Lewis J. Liman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St., Courtroom 15C
New York, NY 10007-1312

Re: ***Grifols, S.A. v. Yu, et al.*, No. 1:24-cv-00576-LJL-GWG**

Dear Judge Liman:

We write on behalf of Defendants regarding the corrected versions of Exhibits K through N to the Declaration of Daniel Yu in support of Defendants' Motion to Stay Discovery (ECF 257-11 through 257-14), which we filed earlier today.

These exhibits contain excerpts from Mr. Yu's tax filings for the years 2020 through 2023. When these exhibits were originally filed, certain information was illegible, and other information was redacted without such redactions being clearly identified. The corrected exhibits fix these deficiencies. We have also corrected an inadvertent redaction of Gotham's principal business activity on Exhibit N (ECF 257-14), which states "Research." The corrected exhibits are otherwise identical to the previously filed versions. The redacted information consists of personally identifiable information, such as social security numbers and other information relating to Mr. Yu's family members, including his former wife and minor child. Defendants do not rely on any of the redacted information in support of their motion to stay.

Respectfully submitted,

*/s/ Michael A. Asaro*

Michael A. Asaro

cc: All Counsel of Record