USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/02/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRIFOLS, S.A.,

Plaintiff,

-v-

DANIEL YU, et al.,

Defendants.

24-cv-576 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The request of Plaintiff Grifols, S.A. at Dkt. No. 271 for an order directing Defendants to produce unredacted copies of the exhibits accompanying Daniel Yu's declaration in support of Defendants' motion to stay discovery (Dkt. No. 257) is GRANTED. The information is potentially relevant to the pending motion. To address Defendants' privacy concerns, such documents shall be treated as Outside Counsel's Eyes Only under the protective order in this case, Dkt. No. 104 ¶ 11, limiting the disclosure of such documents to attorneys from Proskauer Rose LLP, subject to further order of the Court. Defendants may redact the name of Mr. Yu's minor child from the production to Plaintiff. Such production shall be made by November 5, 2026. The time for Plaintiff to respond to the motion for a stay of merits discovery is extended to November 12, 2026. Any reply to the motion shall be due no later than November 19, 2026.

SO ORDERED.

Dated: November 2, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge