Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036

T +1 212.872.1000
F +1 212.872.1002
akingump.com

Akin

**Michael Asaro**
+1 212.872.8100
masaro@akingump.com

November 2, 2026

Via ECF

Hon. Lewis J. Liman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St., Courtroom 15C
New York, NY 10007-1312

Re: ***Grifols, S.A. v. Yu, et al.*, No. 1:24-cv-00576-LJL-GWG**

Dear Judge Liman:

We write on behalf of Defendants regarding the corrected versions of Exhibits M, O, and P to the Declaration of Daniel Yu in support of Defendants' Motion to Stay Discovery, which we filed earlier today (ECF Nos. 279-13, 279-15, 279-16), and to provide additional information regarding corrected Exhibits K through N filed on October 30, 2026 (ECF Nos. 277-11 – 277-14).

In connection with the exhibits filed on October 19, 2026 (ECF No. 257), Mr. Yu redacted certain information from the source documents before sending those documents to us. We recently learned that some of those redactions were not clearly identified and that they had caused legibility and formatting issues. The corrected exhibits filed with this letter and our letter filed on Friday October 30th (ECF No. 278) fix these issues.

As previously described in our Friday October 30, 2026 letter (ECF No. 278), Mr. Yu's redactions to Exhibits K through N generally consisted of personally identifiable information relating to himself, his former wife, and his minor child. Corrected exhibit M, filed today, identifies one additional redaction made by Mr. Yu relating to the U.S. Identifying Number of Gotham City Research LLC. Corrected exhibits O and P are Mr. Yu's tax extension requests for the 2024 and 2025 tax years. In these exhibits, Mr. Yu redacted the name of his accountant by replacing it with the words "my accountant" and "Accountant for DY." The corrected exhibits O and P, filed today, redact the name of Mr. Yu's accountant using the typical black box convention.

Since the filing of our October 30 letter, Mr. Yu has re-reviewed each exhibit submitted to the Court in connection with the Stay Motion and confirmed that he did not make any other redactions. Defendants do not rely on any of the redacted information in support of their Stay Motion, and none of the redactions alter the basic jurisdictional fact that Mr. Yu was domiciled in Hong Kong when this case was filed. Still, we want to be transparent with the Court and our colleagues representing Grifols.

Akin



We apologize for the seriatim letters on the issue and for failing to identify this issue sooner, as well as for any confusion and inconvenience to the Court. We are available to answer any questions and can submit unredacted copies of the exhibits to the Court for *in camera* review if Your Honor still has questions or concerns regarding the nature or propriety of the redactions. Pursuant to the Court's November 2 order, we will also produce unredacted copies of all exhibits to Grifols on an Outside Counsel's Eyes Only basis by November 5.

Respectfully submitted,

*/s/ Michael A. Asaro*

Michael A. Asaro

cc: All Counsel of Record