Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036

T +1 212.872.1000
F +1 212.872.1002
akingump.com

Akin

**Michael Asaro**
+1 212.872.8100
masaro@akingump.com

November 17, 2026

Via ECF

Hon. Lewis J. Liman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St., Courtroom 15C
New York, NY 10007-1312

Re: *Grifols, S.A. v. Yu, et al.*, No. 1:24-cv-00576-LJL-GWG

Dear Judge Liman:

I write on behalf of Defendants and with Plaintiff's consent to submit two stipulations filed herewith, which reflect the parties' agreement (i) to extend Defendants' deadline to file their reply brief in support of their motion to stay from November 19, 2026 to November 23, 2026 and (ii) on the schedule for jurisdictional discovery, related motion practice, and briefing of Defendants' motion to dismiss for lack of subject matter jurisdiction.

The reason for Defendants' request for the short extension of the reply deadline involves personal circumstances that will prevent Daniel Yu from conferring with counsel over the next week. Defendants have explained the details of those circumstances to Plaintiff through counsel, and Plaintiff consented to the extension. Should Your Honor require additional information regarding those circumstances, Defendants respectfully request the opportunity to provide it in a letter filed under seal.

We thank the Court for its time and consideration and respectfully request that Your Honor so-order the stipulations.

Respectfully submitted,

*/s/ Michael A. Asaro*

Michael A. Asaro

cc: All Counsel of Record