**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GRIFOLS, S.A.,<br>Plaintiff,<br>v.<br>DANIEL YU, GOTHAM CITY RESEARCH LLC, GENERAL INDUSTRIAL PARTNERS LLP, and CYRUS DE WECK,<br>Defendants. | Index No. 1:24-cv-00576-LJL<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO STAY MERITS DISCOVERY** |

Defendants Daniel Yu, Gotham City Research LLC, General Industrial Partners LLP, and Cyrus de Weck (collectively, "Defendants") and Plaintiff Grifols, S.A. ("Plaintiff") (together, the "Parties"), through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, to the following:

WHEREAS, on October 14, 2026, the Court held a telephonic conference and entered an order directing that Defendants file their motion to stay merits discovery (the "Motion") on October 16, 2026, that Plaintiff's opposition to the Motion be due by October 30, 2026, and that Defendants may file a reply brief in further support of their Motion by November 6, 2026 (ECF No. 244) (the "Order");

WHEREAS, the Parties have made one previous stipulated request to modify the briefing schedule set forth in the Order, which the Court granted on October 14, 2026, extending the deadline for Defendants' opening brief to October 19, 2026, Plaintiff's opposition brief to November 6, 2026, and Defendants' reply brief to November 13, 2026 (ECF No. 247);

WHEREAS, Defendants filed their opening brief on October 19, 2026 (ECF Nos. 254-260, 262-263);

WHEREAS, on November 2, 2026, the Court granted Plaintiff's request to extend its deadline to file its opposition, and extended that deadline to November 12, 2026, and also extended Defendants' deadline to file their reply to November 19, 2026 (ECF No. 279);

WHEREAS, Plaintiff filed its opposition brief on November 12, 2026 (ECF Nos. 283-286);

WHEREAS, due to personal circumstances affecting Defendant Daniel Yu, Defendants have requested an extension of the deadline to file their reply brief to permit counsel sufficient time to confer with their client; and

WHEREAS, Plaintiff consents to Defendants' requested extension;

IT IS THEREFORE STIPULATED AND AGREED by and between the undersigned counsel for the Parties that:

1. Defendants' deadline to file their reply brief in further support of the Motion is extended from November 19, 2026 to November 23, 2026.

2. This stipulation may be signed and transmitted electronically and in counterparts, each of which shall be deemed an original signature.

Dated: November 17, 2026

PROSKAUER ROSE LLP

*/s/ Peter D. Doyle*

Peter D. Doyle
Jeff Warshafsky
William T. Walsh, Jr.

Eleven Times Square
New York, NY 10036

*Counsel for Plaintiff Grifols, S.A.*

AKIN GUMP STRAUSS HAUER & FELD LLP

*/s/ Michael A. Asaro*

Michael A. Asaro
Uri A. Itkin
John C. Murphy

One Bryant Park
New York, NY 10036

*Counsel for Defendants Daniel Yu, Gotham City Research LLC, General Industrial Partners LLP, and Cyrus de Weck*

**DATED**: November ___, 2026

**SO ORDERED:**

___________________________
Hon. Lewis J. Liman, U.S.D.J.