**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GRIFOLS, S.A.,

Plaintiff,

v.

DANIEL YU, GOTHAM CITY RESEARCH LLC, GENERAL INDUSTRIAL PARTNERS LLP, and CYRUS DE WECK,

Defendants.

Index No. 1:24-cv-00576-LJL

**STIPULATION AND [PROPOSED] ORDER REGARDING JURISDICTIONAL DISCOVERY AND MOTION TO DISMISS BRIEFING SCHEDULE**

Defendants Daniel Yu, Gotham City Research LLC, General Industrial Partners LLP, and Cyrus de Weck (collectively, "Defendants") and Plaintiff Grifols, S.A. ("Plaintiff") (together, the "Parties"), through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, to the following:

WHEREAS, the Parties have met and conferred regarding a schedule governing jurisdictional discovery, any related discovery motion practice, and briefing on Defendants' motion to dismiss; and

WHEREAS, the Parties have agreed to the jurisdictional discovery and briefing schedule set forth below;

IT IS THEREFORE STIPULATED AND AGREED by and between the undersigned counsel for the Parties that:

1. The following schedule shall govern jurisdictional discovery, related motion practice (if any), and briefing on Defendants' motion to dismiss for lack of subject matter jurisdiction.

| Event | Deadline |
|---|---|
| The Parties shall engage in rolling productions of responsive and unobjected-to documents in their possession that have not already been produced. | Defendants made their first rolling production on **November 5, 2026** with their production of the exhibits to Daniel Yu's declaration.<br>Plaintiff's first rolling production: **November 23, 2026** |
| The Parties (and GSSNA) shall serve written responses and objections to all jurisdictional discovery served to date. | **November 23, 2026**, except Daniel Yu's and Gotham City Research LLC's responses and objections to Plaintiff's First and Second Sets of Interrogatories shall be due on **November 30, 2026** |
| The Parties shall exchange deficiency letters, if any, concerning the responses and objections. | **December 4, 2026** |
| The Parties shall meet and confer regarding deficiencies, if any, in the responses and objections. | **December 8, 2026** |
| To the extent motion practice concerning the scope of jurisdictional discovery is necessary, the Parties shall file opening briefs addressing their respective claimed deficiencies in the opposing side's responses and objections, consistent with the limits set forth in Local Rule 7.1(c).<br>Either party may cross-move for relief in its opposition brief, but neither party may seek additional pages or further briefing to support or oppose the cross-motion. | **December 15, 2026** |
| The Parties shall file opposition briefs concerning any such discovery motions, consistent with the limits set forth in Local Rule 7.1(c). | **December 22, 2026** |
| The Parties shall file reply briefs concerning any such discovery motions, consistent with the limits set forth in Local Rule 7.1(c). | **January 6, 2027** |
| Exchange of proposed ESI custodians, repositories, and search terms | Following the Court's resolution of any motions concerning the scope of jurisdictional discovery, or, if no such motion practice is necessary, following the Parties' resolution of any remaining disputes concerning the scope of |

| | |
|---|---|
| | jurisdictional discovery, the Parties shall meet and confer to determine the deadline, if appropriate. |
| Completion of document productions | Following the Court's resolution of any motions concerning the scope of jurisdictional discovery, or, if no such motion practice is necessary, following the Parties' resolution of any remaining disputes concerning the scope of jurisdictional discovery, the Parties shall meet and confer to determine the deadline. |
| The Parties shall exchange privilege logs. | 14 days after completion of document productions |
| Jurisdictional depositions | Following the Court's resolution of any motions concerning the scope of jurisdictional discovery or, if no such motion practice is necessary, following resolution of any remaining disputes concerning the scope of jurisdictional discovery, the Parties shall meet and confer to determine the deadline. The deposition period shall begin after completion of document productions. |
| Defendants shall file their opening brief in support of their motion to dismiss, consistent with the limits set forth in Local Rule 7.1(c) | 21 days after completion of all jurisdictional depositions |
| Plaintiff shall file its brief in opposition to Defendants' motion to dismiss, consistent with the limits set forth in Local Rule 7.1(c) | 28 days after Defendants' opening brief |
| Defendants shall file their reply in support of their motion to dismiss, consistent with the limits set forth in Local Rule 7.1(c) | 14 days after Plaintiff's opposition brief |
| Oral argument or evidentiary hearing regarding Defendants' motion to dismiss | To be determined at the discretion of the Court, if requested by either Party in its motion papers. |

2. This stipulation may be signed and transmitted electronically and in counterparts, each of which shall be deemed an original signature.

Dated: November 17, 2026

PROSKAUER ROSE LLP

*/s/ Peter D. Doyle*

Peter D. Doyle
Jeff Warshafsky
William T. Walsh, Jr.

Eleven Times Square
New York, NY 10036

*Counsel for Plaintiff Grifols, S.A.*

AKIN GUMP STRAUSS HAUER & FELD LLP

*/s/ Michael A. Asaro*

Michael A. Asaro
Uri A. Itkin
John C. Murphy

One Bryant Park
New York, NY 10036

*Counsel for Defendants Daniel Yu, Gotham City Research LLC, General Industrial Partners LLP, and Cyrus de Weck*

**DATED**: November ___, 2026

**SO ORDERED:**

___________________________
Hon. Lewis J. Liman, U.S.D.J.